**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **Anas ELHADY, et al.,** )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**CHARLES H. KABLE, et al.,** )<br>)<br>    **Defendants.** )<br>) | Case No. 1:16-cv-375 (AJT/JFA) |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE of the following substitutions of Defendants pursuant to Federal Rule of Civil Procedure 25(d):

- Charles H. Kable, Director of the Terrorist Screening Center, in his official capacity, is hereby substituted as party defendant in the above-captioned action for the former Director of the Terrorist Screening Center, Christopher M. Piehota.

- Kelli Ann Burriesci, Principal Deputy Director of the Terrorist Screening Center in her official capacity, is hereby substituted as party defendant in the above-captioned action for the former Principal Deputy Director of the Terrorist Screening Center, Steven Mabeus.

- Timothy P. Groh, Deputy Director for Operations at the Terrorist Screening Center in his official capacity, is hereby substituted as party defendant in the above-captioned action for the former Deputy Director for Operations at the Terrorist Screening Center, G. Clayton Grigg.

- Deborah Moore, Director of Department of Homeland Security Traveler Redress Inquiry Program in her official capacity, is hereby substituted as party defendant in the above-captioned action for the former Director of Department of Homeland Security Traveler Redress Inquiry Program, James G. Kennedy.

- Nicholas J. Rasmussen, Director of the National Counterterrorism Center in his official capacity, is hereby substituted as party defendant in the above-captioned action for the former Director of the National Counterterrorism Center, Matthew G. Olsen.

- David Pekoske, Administrator of the Transportation Security Administration, in his official capacity, is hereby substituted as party defendant in the above-captioned action for the former Administrator of the Transportation Security Administration, Peter Neffenger.

- Christopher Wray, Director of the Federal Bureau of Investigation, in his official capacity, is hereby substituted as party defendant in the above-captioned action for the former Director of the Federal Bureau of Investigation, James Comey.

- Kevin K. McAleenan, Acting Commissioner of United States Customs and Border Protection in his official capacity, is hereby substituted as party defendant in the above-captioned action for the former Acting Commissioner of United States Customs and Border Protection, R. Gil Kerlikowske.

Dated: October 25, 2017

Respectfully submitted,

DANA J. BOENTE
United States Attorney

CHAD READLER
Acting Asst. Attorney General, Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

AMY POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov


_____/s/_____
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.,
Alexandria, VA. 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Gadeir Abbas
The Law Office of Gadeir Abbas
1155 F Street NW, Suite 1050
Washington, DC 20004
Tel:   720-250-0425
Fax:   202-204-0253
Email: gadeir@abbaslawfirmcom

_____/s/_____
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.,
Alexandria, VA. 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov