IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANAS ELHADY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:16cv0375 (AJT/JFA) |
| | ) |
| CHRISTOPHER M. PIEHOTA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On Friday, October 27, 2017, counsel for the parties appeared before the court to present argument on defendants' motion for protective order (Docket no. 55). Upon consideration of the motion, the memorandum in support (Docket no. 56), and the opposition (Docket no. 59), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion for protective order is **granted in part, denied in part**. Defendants' motion is granted as to information underlying watchlisting determinations and information in defendants' possession regarding plaintiffs unrelated to watchlisting. Defendants' motion is denied as to plaintiffs' watchlist status and information regarding how broadly the watchlist is disseminated.

Entered this 27th day of October, 2017.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia