IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Anas ELHADY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:16-cv-375 (AJT/JFA) |
| CHARLES H. KABLE, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO QUASH

Pursuant to Federal Rule of Civil Procedure 45(c)(1) and 26(c)(1), Defendants hereby seek a court order quashing the subpoenas and notices served upon Michael Steinbach, former Executive Assistant Director of the National Security Branch, Federal Bureau of Investigation (FBI) (now retired); Christopher Piehota, Executive Assistant Director of the FBI's Science and Technology Branch (Former Director of the Terrorist Screening Center (TSC)); and Roderick Allison, Acting Assistant Administrator for the Office of Law Enforcement, Federal Air Marshal Service; and Acting Chief of Operations for Transportation Security Administration (TSA) (formerly, Acting Deputy Administrator of TSA).

For the reasons set forth in the accompanying memorandum, these subpoenas seek burdensome and irrelevant testimony outside the proper scope of discovery.

As required by the local rules and the Court's scheduling order, Defendants' counsel has conferred in good faith with Plaintiffs' counsel in an attempt to resolve the discovery disputes at issue.

Dated: December 1, 2017                     Respectfully submitted,

DANA J. BOENTE
United States Attorney

CHAD READLER
Acting Assistant. Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

AMY POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

     /s/     
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.,
Alexandria, VA. 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 1, 2017, I filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to all counsel of record.

   /s/_____
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.,
Alexandria, VA. 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

*Attorneys for Defendants*