IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANAS ELHADY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | )   Civil Action No. 1:16cv0375 (AJT/JFA) |
| CHARLES H. KABLE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

On Thursday, December 7, 2017, counsel for the parties appeared before the court to present argument on defendants' motion to quash (Docket no. 69). Upon consideration of the motion, memorandum in support (Docket nos. 71–72), and opposition (Docket no. 73), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion to quash is granted. However, plaintiffs are not precluded from seeking testimony from Michael Steinbach, Christopher Piehota, and/or Roderick Allison if the need arises.

Entered this 7th day of December, 2017.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia