# United States District Court

**PRETRIAL CONFERENCE**

Time: 10:00 – 10:05

Case # 1:16-cv-00375 – AJT/JFA

Date: 3/15/2018

Title:   ANAS ELHADY, et al   v.   CHARLES H. KABLE, et al

DOCKET ENTRY:   Final Pretrial Conference

PRESENT: HONORABLE ANTHONY J. TRENGA, Presiding

Janice L. Allen

Deputy Clerk

APPEARANCES:

Counsel for Plaintiff and Defendant present.

TRIAL:

[X] Case set for trial by **JURY** on   8/06/2018   at   10:00 a.m.

[ ] Case set for trial by **COURT** on _____ at _____

The Court orders that all Summary Judgment Motions are to be filed by 5/14/2018; oppositions by 6/13/2018; and replies to be filed by 6/27/2018.  Summary Judgment Motions hearing is set on 7/10/2018 at 10:00 a.m.