*Elhady v. Kable, et al.* **No. 1:16-cv-375-AJT JFA (E.D.Va.)**
**DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

| EXHIBIT NO. | EXHIBIT TITLE |
|---|---|
| DEX 1 | Defendants' Objections to Plaintiffs' First Requests for Production of Documents to TSC |
| DEX 2 | Defendants' Responses to Plaintiffs' Second Set of Requests for Production of Documents to TSC and FBI |
| DEX 3 | Email from Gadeir Abbas to Antonia Konkoly, January 8, 2018 |
| DEX 4 | Email from Gadeir Abbas to Amy Powell, January 3, 2018 |
| DEX 5 | Email from Amy Powell to Gadeir Abbas, January 8, 2018 |
| DEX 6 | Email from Gadeir Abbas to Antonia Konkoly, January 10, 2018 |
| DEX 7 | Defendants' Updated Log of Documents at Issue in Plaintiffs' Motion to Compel |
| DEX 8 | Defendants' Revised Responses to Plaintiffs' First Set of Requests for Admissions to Official Capacity TSC Defendants |
| DEX 9 | Supplemental Responses to the Revised Responses to the First Set of Requests for Admissions to Official Capacity TSC Defendants |
| DEX 10 | Further Supplemental Responses to the Revised Responses to the First Set of Requests for Admissions to Official Capacity TSC Defendants |
| DEX 11 | Email from Amy Powell to Gadeir Abbas, January 3, 2018 |
| DEX 12 | Email from Gadeir Abbas to Antonia Konkoly, January 8, 2018 |
| DEX 13 | Excerpts from February 16, 2018 Hearing |
| DEX 14 | Email from Gadeir Abbas to Amy Powell, February 14, 2018 |
| DEX 15 | Excerpts from the Deposition of Matthew DeSarno |
| DEX 16 | Email from Dena Roth to Gadeir Abbas, April 16, 2018 |
| DEX 17 | Public Declaration of Timothy P. Groh, Terrorist Screening Center |
| DEX 18 | Public Declaration of Jefferson B. Sessions, III, Attorney General |
| DEX 19 | Public Declaration of Michael C. McGarrity, Federal Bureau of Investigation |
| DEX 20 | Final Order on Sensitive Security Information |
| DEX 21 | Email from Amy Powell to Gadeir Abbas, December 29, 2017 |
| DEX 22 | Email from Amy Powell to Gadeir Abbas, January 8, 2018 |
| DEX 23 | Email from Antonia Konkoly to Gadeir Abbas, January 25, 2018 |
| DEX 24 | Email from Christopher Healy to Gadeir Abbas, April 2, 2018 |