# Exhibit 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **Anas ELHADY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-375 (AJT/JFA) |
| ) | |
| **Charles H. Kable, et al.,** ) | |
| ) | |
| Defendants. ) | |

## FURTHER SUPPLEMENTAL RESPONSES TO THE REVISED RESPONSES TO THE FIRST SET OF REQUESTS FOR ADMISSIONS TO OFFICIAL CAPACITY TSC DEFENDANTS

*RFA 5: Admit that you oversee or permit the dissemination of information in the Terrorism Screening Database either directly or indirectly to foreign governments.*

**Supplemental Response:** Subject to and without waiving any of the objections Defendants have interposed to this request (*see* Defendants' Revised Responses to Plaintiffs' First Set of Requests for Admission to Official Capacity TSC Defendants, served December 22, 2017), TSC supplements its prior response to this RFA as a result of the parties' further meet and confer on January 5, 2018 as follows:

Admit to the extent that certain subsets of the TSDB have been shared with certain foreign government authorities under certain circumstances. Otherwise, TSC Defendants stand on their objections to this request and decline to admit or deny.

*RFA 6: Admit that you permit the dissemination of information in the Terrorism Screening Database either directly or indirectly to the European Union.*

**Supplemental Response:** Subject to and without waiving any of the objections Defendants have interposed to this request (see Defendants' Revised Responses to Plaintiffs' First Set of Requests for Admission to Official Capacity TSC Defendants, served December 22, 2017), TSC supplements its prior response to this RFA as a result of the parties' further meet and confer on January 5, 2018 as follows:

Admit to the extent that certain subsets of the TSDB have been shared with certain governmental authorities within the European Union under certain circumstances.  Otherwise, TSC Defendants stand on their objections to this request and decline to admit or deny.


Dated: January 8, 2018                               Respectfully submitted,

                                                    DANA J. BOENTE
United States Attorney

CHAD READLER
Acting Assistant Attorney General, Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

\_\_\_\_\_/s/_____
ANTONIA KONKOLY
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: 202-514-2395
Email: antonia.konkoly@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was sent via electronic mail toCounsel of Record in this case.

\_\_\_\_\_/s/_____
ANTONIA KONKOLY
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: 202-514-2395
Email: antonia.konkoly@usdoj.gov

January 8, 2018