Exhibit 12

| From: | Gadeir Abbas |
|---|---|
| To: | Powell, Amy (CIV); Konkoly, Antonia (CIV); Lena F. Masri, Esq.; Jack Cooper; Ahmed Mohamed; shereef@akeelvalentine.com |
| Cc: | Roth, Dena M. (CIV) |
| Subject: | RE: Elhady -- Revised RFAs |
| Date: | Monday, January 08, 2018 12:02:44 PM |
| Attachments: | image001.png |

Hi Toni,

Just following up on the RFA discussion we had on Friday.  There were a few items you all wanted to discuss with your clients.  I understand that this could take some time, but can we check in by phone towards the end of the day.  Just let me know what time works best for you.

I'd like to finalize and file tomorrow, so we should do our last round of narrowing today and set up an agreed upon hearing/briefing schedule.

Regards,

Gadeir Abbas, Esq.
**Senior Litigation Attorney**

logo-1359288842



453 New Jersey Ave, SE
Washington, DC 20003
Tel: 202.742.6420 Fax: 202.488.0833
Dir: 202.640.4935 Cell: 720.251.0425
**www.cair.com**

Licensed to practice in VA, not in DC.
Practice limited to federal matters.

*[This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.]*

WEB | FACEBOOK | TWITTER

---

**From:** Gadeir Abbas
**Sent:** Friday, January 5, 2018 8:09 AM
**To:** Powell, Amy (CIV) <Amy.Powell@usdoj.gov>; Konkoly, Antonia (CIV) <Antonia.Konkoly@usdoj.gov>; Lena F. Masri, Esq. <lmasri@cair.com>; Jack Cooper <jCooper@cair.com>; Ahmed Mohamed <aMohamed@cair.com>; shereef@akeelvalentine.com
**Cc:** Roth, Dena M. (CIV) <Dena.M.Roth@usdoj.gov>
**Subject:** Re: Elhady -- Revised RFAs

HI Amy - Yes.  You can call me on my cell or let me know what number to call.

Gadeir Abbas, Esq.
**Senior Litigation Attorney**

logo-1359288842

453 New Jersey Ave, SE
Washington, DC 20003
Tel: 202.742.6420 Fax: 202.488.0833
Dir: 202.640.4935 Cell: 720.251.0425
**www.cair.com**

---

**From:** Powell, Amy (CIV) <Amy.Powell@usdoj.gov>
**Sent:** Friday, January 5, 2018 8:06:25 AM
**To:** Konkoly, Antonia (CIV); Gadeir Abbas; Lena F. Masri, Esq.; Jack Cooper; Ahmed Mohamed; shereef@akeelvalentine.com
**Cc:** Roth, Dena M. (CIV)
**Subject:** RE: Elhady -- Revised RFAs

Gadeir –

Are you able to talk now?

amy

---

**From:** Konkoly, Antonia (CIV)
**Sent:** Thursday, January 04, 2018 6:06 PM
**To:** Gadeir Abbas <gAbbas@cair.com>; Lena F. Masri, Esq. <lmasri@cair.com>; Jack Cooper <jCooper@cair.com>; Ahmed Mohamed <aMohamed@cair.com>; shereef@akeelvalentine.com
**Cc:** Roth, Dena M. (CIV) <droth@CIV.USDOJ.GOV>; Powell, Amy (CIV) <apowell@CIV.USDOJ.GOV>
**Subject:** Elhady -- Revised RFAs

Gadeir et al,

As promised, please find attached Defendants' revised RFAs.

Also, we are available for a meet and confer call regarding these at 9 am tomorrow morning. I'm not sure how many of you may be joining on your end, so I've reserved a conference call line. Please call:

202-353-0880 / access code 78363767#

Best,
Toni

Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
Direct line:  (202) 514-2395
email:  Antonia.Konkoly@usdoj.gov