# Exhibit 16

| | |
|---|---|
| **From:** | Roth, Dena M. (CIV) |
| **To:** | "Gadeir Abbas"; Powell, Amy (CIV); Konkoly, Antonia (CIV); Healy, Christopher (CIV) |
| **Cc:** | Lena F. Masri, Esq.; Carolyn Homer; Ahmed Mohamed; Jack Cooper |
| **Subject:** | Proposal re: FG MOUs |
| **Date:** | Monday, April 16, 2018 3:28:00 PM |

Gadeir – in Plaintiffs' Motion to Compel, you state that "the Government should answer whether, and on what terms, downstream agencies and foreign governments can further disseminate TSDB information to other entities." Dkt. No. 139 at 8.  You further state that as an alternative to the Government producing the MOUs with foreign partners, "Plaintiffs would accept a single document or declaration summarizing those terms" and further, that "[w]ith respect to foreign partners, Plaintiffs only request non-classified information." *Id*.

TSC therefore proposes to provide a public, sworn statement that all agreements/arrangements for the sharing of TSDB information with foreign partners include representations to the effect that the foreign partner will use TSDB information only for terrorist screening, will safeguard TSDB information from unauthorized disclosure, and will not, without express permission, disclose TSDB information publicly or to any private entity, private individual, other government, or international organization.  Further, TSC will attest that these terms in the publically-available Albanian, Bulgarian, Hungarian, and Slovenian agreements that plaintiffs have already been provided are representative samples of such terms in the foreign government agreements more generally. We believe that this statement provides the alternative relief you told the court you would accept.  If you agree, please let us know if you will consent to withdrawing your motion to compel as to TSCA0030-0225, TSCA0229, TSCA0235, TSCB0009, TSCD0003, TSCD0008, TSCD0017, TSCD0052 and TSCD0054 (Exhibit K at 4).

Thanks for your consideration to this proposal.


Dena M. Roth
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Ph: 202-514-5108
dena.m.roth@usdoj.gov