# Exhibit 22

| | |
|---|---|
| **From:** | Konkoly, Antonia (CIV) |
| **To:** | Gadeir Abbas; Powell, Amy (CIV); Roth, Dena M. (CIV) |
| **Cc:** | Lena F. Masri, Esq.; Ahmed Mohamed |
| **Subject:** | RE: request for SSI clearances |
| **Date:** | Thursday, January 25, 2018 10:02:06 AM |
| **Attachments:** | image001.png |

Gadeir,

I have highlighted Amy's instructions below. We need you to follow these if you would like to seek SSI access.

Toni

**From:** Gadeir Abbas [mailto:gAbbas@cair.com]
**Sent:** Thursday, January 25, 2018 10:00 AM
**To:** Powell, Amy (CIV) <apowell@CIV.USDOJ.GOV>; Roth, Dena M. (CIV) <droth@CIV.USDOJ.GOV>; Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>
**Cc:** Lena F. Masri, Esq. <lmasri@cair.com>; Ahmed Mohamed <aMohamed@cair.com>
**Subject:** RE: request for SSI clearances

Yes – we will be seeking access.

Gadeir Abbas, Esq.
**Senior Litigation Attorney**



453 New Jersey Ave, SE
Washington, DC 20003
Tel: 202.742.6420 Fax: 202.488.0833
Dir: 202.640.4935 Cell: 720.251.0425
www.cair.com

Licensed to practice in VA, not in DC.
Practice limited to federal matters.

*[This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.]*

WEB | FACEBOOK | TWITTER

**From:** Powell, Amy (CIV) [mailto:Amy.Powell@usdoj.gov]
**Sent:** Wednesday, January 24, 2018 12:58 PM
**To:** Gadeir Abbas <gAbbas@cair.com>; Roth, Dena M. (CIV) <Dena.M.Roth@usdoj.gov>; Konkoly,

Antonia (CIV) <Antonia.Konkoly@usdoj.gov>
**Cc:** Lena F. Masri, Esq. <lmasri@cair.com>; Ahmed Mohamed <aMohamed@cair.com>
**Subject:** RE: request for SSI clearances

Gadeir –

Just following up on this email below.   I never got a response.  Are you still seeking access to SSI?

Amy

Amy Elizabeth Powell
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

---

**From:** Powell, Amy (CIV)
**Sent:** Monday, January 08, 2018 6:20 PM
**To:** 'Gadeir Abbas' <gAbbas@cair.com>; Roth, Dena M. (CIV) <droth@CIV.USDOJ.GOV>; Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>
**Cc:** Lena F. Masri, Esq. <lmasri@cair.com>; Ahmed Mohamed <aMohamed@cair.com>
**Subject:** RE: request for SSI clearances

==Gadeir, per my previous email on this subject (attached), you need to request, in writing, access to specific SSI.   This doesn't need to be exceedingly formal, but please indicate who is requesting access and to what SSI and why.  This could be as simple as attaching the privilege logs, identifying documents, and explaining why you have substantial need.  Please list the specific individuals who need access as well.==

Again, I know we disagree on what documents the Government can withhold, but in the interests of advancing this litigation, I urge you to consider narrowing your request to documents you actually need to litigate the case.

Thanks,

Amy

Amy Elizabeth Powell
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800

Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

---

**From:** Gadeir Abbas [mailto:gAbbas@cair.com]
**Sent:** Monday, January 08, 2018 5:29 PM
**To:** Powell, Amy (CIV) <apowell@CIV.USDOJ.GOV>; Roth, Dena M. (CIV) <droth@CIV.USDOJ.GOV>; Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>
**Cc:** Lena F. Masri, Esq. <lmasri@cair.com>; Ahmed Mohamed <aMohamed@cair.com>
**Subject:** request for SSI clearances

All,

We'd like to request that the entire El Hady team be allowed to proceed to the SSI clearance process.  Please advise.

Regards,


Gadeir Abbas, Esq.
**Senior Litigation Attorney**



logo-1359288842

453 New Jersey Ave, SE
Washington, DC 20003
Tel: 202.742.6420 Fax: 202.488.0833
Dir: 202.640.4935 Cell: 720.251.0425
www.cair.com

Licensed to practice in VA, not in DC.
Practice limited to federal matters.

*[This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.]*

WEB | FACEBOOK | TWITTER