**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ANAS ELHADY,** *et al.*, ) | |
| ) | **Case No. 16-cv-00375** |
| Plaintiffs, ) | **Hon. Anthony J. Trenga** |
| ) | |
| v. ) | |
| ) | |
| **CHARLES H. KABLE,** Director of the ) | |
| Terrorist Screening Center; in his official ) | |
| capacity, *et al.;* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' FOURTH MOTION TO COMPEL**

Pursuant to Fed R. Civ. P 37(a)(3)(B) and E.D. Va. L.R. 37, Plaintiffs hereby move to compel documents and information regarding the TSA's "Quiet Skies" program, which exists to monitor "unknown or partially known terrorists" at the same level as "Selectees." The existence of the "Quiet Skies" program was first revealed in a Boston Globe article on July 28, 2018, and the TSA only publicly confirmed its existence in statements provided to the press on July 30, 2018.

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Plaintiffs' counsel certifies the parties have met and conferred in good faith, but have not been able to reach agreement as to the requested information.  As of July 30, 2018, Defendants' counsel have indicated they can neither confirm nor deny the "Quiet Skies" program's existence, including the accuracy of any information reported by the Boston Globe.

Respectfully submitted,

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS

                                                        BY:     /s/ Gadeir Abbas
                                                        LENA F. MASRI (DC 1000019)
                                                        GADEIR I. ABBAS (VA 81161)*
                                                        CAROLYN M. HOMER (DC 1049145)
*Attorneys for Plaintiffs*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420

*Gadeir Abbas is licensed in VA, not in D.C. Practice limited to federal matters.*

AKEEL & VALENTINE, PLLC
SHEREEF H. AKEEL (P54345)
*Attorney for Plaintiffs*
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
shereef@akeelvalentine.com

Dated: August 1, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing by using the Court's ECF system. I further certify that all participants in the case are registered ECF users and will be electronically served by the Court's ECF notification system.

          Respectfully submitted,

          COUNCIL ON AMERICAN-ISLAMIC RELATIONS

          BY:    /s/ Gadeir Abbas
          LENA F. MASRI (DC 1000019)
          GADEIR I. ABBAS (VA 81161)*
          CAROLYN M. HOMER (DC 1049145)
          *Attorneys for Plaintiffs*
          453 New Jersey Ave, SE
          Washington, DC 20003
          Phone: (202) 742-6420

          *\*Gadeir Abbas is licensed in VA, not in D.C. Practice limited to federal matters.*

          AKEEL & VALENTINE, PLLC
          SHEREEF H. AKEEL (P54345)
          *Attorney for Plaintiffs*
          888 W. Big Beaver Rd., Ste. 910
          Troy, MI 48084
          Phone: (248) 269-9595
          shereef@akeelvalentine.com