IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANAS ELHADY, et al., )
 )
    Plaintiffs, )
 )
v. ) Civil Action No. 1:16cv0375 (AJT/JFA)
 )
CHARLES H. KABLE, et al., )
 )
    Defendants. )
_____ )

## ORDER

On Friday, August 24, 2018, counsel for the parties appeared before the court to present argument on plaintiffs' fourth motion to compel (Docket no. 227). Upon consideration of the motion, memorandum in support (Docket no. 229), opposition (Docket no. 234), and reply (Docket no. 242), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' fourth motion to compel is granted in part, denied in part. Plaintiffs are permitted to take a two-hour deposition of the TSA to ask any follow-up questions based on the disclosures contained in the Declaration of Hao-Y Tran Froemling (Docket no. 239-1). The motion is otherwise denied.

Entered this 24th day of August, 2018.

                                                      /s/
                                         John F. Anderson
                                         United States Magistrate Judge

Alexandria, Virginia