IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANAS ELHADY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:16cv0375 (AJT/JFA) |
| | ) |
| CHARLES H. KABLE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

Defendants have filed an emergency motion for a status conference to clarify the scope of the court's ruling concerning plaintiffs' counsel's viewing of the list of ORI entities. (Docket no. 273). As discussed during the hearing on February 22, 2019, the court has allowed plaintiffs' counsel to review the list to determine if defendants' representations concerning the categories of the entities contained on that list are accurate. The court specifically indicated that plaintiffs' counsel would not be provided with a copy of the list. To allow plaintiffs' counsel to take notes that would include the names of specific entities on the ORI list would circumvent the intent of the court's order. Accordingly, during the viewing of the ORI list, plaintiffs' counsel may not take notes that reproduce the names of the entities on the ORI list.

Entered this 25th day of February, 2019.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia