# EXHIBIT 1

```
                                                                1
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division


--------------------------------:
                                :
ANAS ELHADY, et al.,            :
          Plaintiffs,           :
                                :
    -vs-                        :    Case No. 1:16-cv-375
                                :
                                :
CHARLES H. KABLE, et al.,       :
          Defendants.           :
                                :
--------------------------------:




                       HEARING ON MOTIONS

                       February 22, 2019

            Before:  John F. Anderson, Mag. Judge






APPEARANCES:

Gadeir I. Abbas, Lena F. Masri, and Carolyn M. Homer,
Counsel for the Plaintiffs

Antonia Konkoly and Dena M. Roth,
Counsel for the Defendants
```

42

1  needs to provide it.  If it doesn't, you need to say, this is
2  the level of information that we have within our possession.
3         I am going to go ahead and I -- you know, this is a
4  close call, but I think given what has gone on in this case,
5  and given the time period in which this information has come
6  out, that it is going to be appropriate for the plaintiffs'
7  counsel, and these are people who are members of the Bar who
8  have responsibilities, to have access to that list.
9         And I'm going to arrange for that to be you go and
10 look at the list at a Government location, to look at the list,
11 read it, not copy it, to check and see if there is anything
12 surprising or not.  That information can only be used for the
13 purposes of this litigation.
14        So the restrictions are access at a government
15 facility, or U.S. Attorney's Office, or DoJ, or somewhere like
16 that.  You are not going to have possession of the list.  You
17 can look at the list and the ORIs or whatever, you know,
18 whether it's a list of 1,400 and 700 or whatever -- I mean, I
19 want you to be able to have access to that.
20        Member of the Bar.  Only for the purposes of this
21 litigation.  No copying.  Just -- and then if in fact after you
22 have reviewed that list there are issues that I need to
23 address, contact me.  Okay?
24        But I -- you know, I appreciate both sides' concerns,
25 but I don't think it's appropriate for you to have a copy of

1  the list at this point in time.  I just want you to be able to
2  hopefully, you know, assure yourself that the categories that
3  have been laid out in the supplemental answer to
4  interrogatories are consistent with what have been indicated
5  here today.  Okay?
6          MR. ABBAS:  Your Honor, just one --
7          THE COURT:  Mr. Abbas, yes, sir.
8          MR. ABBAS:  -- clarifying point.  Myself and Lena
9  Masri are members of the Virginia Bar, I have been a
10 long-standing member of the Bar of this court.
11         THE COURT:  Right.
12         MR. ABBAS:  Lena began this case with a pro hac vice
13 motion --
14         THE COURT:  Yeah.  No, I mean, you know, anybody who
15 is a member of a Bar and admitted to practice in this court in
16 this case.  So --
17         MR. ABBAS:  So anybody that has a pro hac vice motion
18 would have access?
19         THE COURT:  Pro hac.
20         MR. ABBAS:  Yes, sir.
21         THE COURT:  But, you know, they have to be Barred --
22 so not to -- not to say anything bad about paralegals --
23         MR. ABBAS:  Of course, yep.
24         THE COURT:  -- or that kind of thing, they serve a
25 very useful purpose in all cases.