Date: 03/08/2019     Judge: JOHN F. ANDERSON
Reporter: FTR

Start: 10:54 am
Finish: 11:28 am

Civil Action Number: 1:16-cv-375-AJT-JFA

Anas Elhady et al.

vs.

Charles H. Kable et al.

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

[275] DEFENDANTS' MOTION FOR A PROTECTIVE ORDER GOVERNING ACCESS TO, HANDLING OF, AND DISPOSITION OF LAW ENFORCEMENT PRIVILEGED INFORMATION

[282] PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH COURT ORDER RE: PRIVATE DISSEMINATION

Argued & [275] –
( ) Granted ( ) Denied (X) Granted in part
( ) Taken Under Advisement ( ) Continued to _____

[282] – denied

( ) Report and Recommendation to Follow
(X) Order(s) to Follow