IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANAS ELHADY, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:16cv0375 (AJT/JFA) |
| CHARLES H. KABLE, *et al.*, | ) |
| Defendants. | ) |

### ORDER

On Friday, March 8, 2019, counsel for the parties appeared before the court and presented argument on plaintiffs' motion to compel compliance with the court's order regarding private dissemination. (Docket no. 282). Upon consideration of the motion, memoranda in support (Docket nos. 285, 285-1), opposition (Docket no. 287), and reply (Docket no. 291), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' motion to compel is denied. This ruling is without prejudice to the District Judge requiring the list to be produced, *in camera* if necessary, during the summary judgment stage of the proceedings.

Entered this 8th day of March, 2019.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia