**Index of Exhibits**

| Exhibit Number | Document Title |
|---|---|
| Exhibit 1 | Decl. of Hao-Y Froemling, Exec. Dir. for Vetting, Office of Intelligence and Analysis, DHS |
| Exhibit 2 | Decl. of Michael J. Orlando, Acting Assistant Dir. of the Counterterrorism Div., FBI |
| Exhibit 3 | Decl. of Timothy P. Groh, Deputy Director for Operations of TSC, FBI |
| Exhibit 4 | Decl. of Deborah Moore, Branch Manager of the Trasport. Sec. Redress Branch in the Office of Civil Rights and Civil Liberties, Ombudsman and Traveler Engagement, TSA |
| Exhibit 5 | Osama Ahmed Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 6 | Dep. Tr. of Osama Ahmed |
| Exhibit 7 | Ahmad Halabi Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 8 | Dep. Tr. of Ahmad Halabi |
| Exhibit 9 | Saleem Ali Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 10 | Dep. Tr. of Saleem Ali |
| Exhibit 11 | Mark Amri Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 12 | Dep. Tr. of Mark Amri |
| Exhibit 13 | Samir Anwar Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 14 | Dep. Tr. of Samir Anwar |
| Exhibit 15 | Shahir Anwar Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 16 | Dep. Tr. of Shahir Anwar |
| Exhibit 17 | Ibrahim Awad Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 18 | Dep. Tr. of Ibrahim Awad |
| Exhibit 19 | Dep. Tr. of Michael Coleman |
| Exhibit 20 | Michael Coleman Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 21 | Baby Doe Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 22 | Dep. Tr. of Baby Doe |
| Exhibit 23 | Doe 2 Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 24 | Dep. Tr. of Doe 2 |
| Exhibit 25 | Doe 3 Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 26 | Dep. Tr. of Doe 3 |
| Exhibit 27 | Doe 4 Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 28 | Dep. Tr. of Doe 4 |
| Exhibit 29 | Anas Elhady Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 30 | Dep. Tr. of Anas Elhady |
| Exhibit 31 | Ausama Elhuzayel Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 32 | Dep. Tr. of Ausama Elhuzayel |
| Exhibit 33 | Zuhair El-Shwehdi Interrog. Resp. (Feb. 2, 2018) |

| Exhibit 34 | Dep. Tr. of Zuhair El-Shwehdi |
|---|---|
| Exhibit 35 | Hassen Fares Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 36 | Dep. Tr. of Hassen Fares |
| Exhibit 37 | Murat Frljuckic Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 38 | Dep. Tr. of Murat Frljuckic |
| Exhibit 39 | Wael Hakmeh Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 40 | Dep. Tr. of Wael Hakmeh |
| Exhibit 41 | Yaseen Kadura Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 42 | Dep. Tr. of Yaseen Kadura |
| Exhibit 43 | Muhammad Khan Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 44 | Dep. Tr. of Muhammad Khan |
| Exhibit 45 | Adnan Shaout Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 46 | Dep. Tr. of Adnan Shaout |
| Exhibit 47 | Hassan Shibly Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 48 | Dep. Tr. of Hassan Shibly |
| Exhibit 49 | Dep. Tr. of Donald Thomas |
| Exhibit 50 | Donald Thomas Interrog. Resp. (Feb. 2, 2018) |
| Exhibit 51 | Decl. of Randy Howe, Exec. Dir. for Operations, Office of Field Operations, CBP |
| Exhibit 52 | Decl. of Michael Christman, Acting Deputy Assistant Dir. of the Operational Programs Branch, Criminal Justice Info. Servs. Div., FBI |
| Exhibit 53 | Decl. of Robin A. Stark-Nutter, Section Chief, Nat'l Criminal Background Check Sys., Dep't of Justice |
| Exhibit 54 | Decl. of Amy Powell, Attorney in the Fed. Programs Branch of the Civil Div. of the U.S. Dep't of Justice |
| Exhibit 55 | Stipulation of Mark Amri |
| Exhibit 56 | Letter from Deborah Moore, DHS Traveler Redress Inquiry Program, to Shahir Anwar (Mar. 23, 2015) |
| Exhibit 57 | Transcript Excerpt of January 19, 2018 Hearing before Magistrate Judge Anderson |
| Exhibit 58 | FBI Interrogatory Responses, (Feb. 22 2018) |