# Elhady Plaintiffs
# MSJ Exhibit 1



Deposition of:

**Anas Elhady**

*February 22, 2018*

In the Matter of:

**Elhady vs. Kable**

Veritext Legal Solutions

1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF VIRGINIA

3

4      ANAS ELHADY, et al.,

5              Plaintiffs,              Case No.

6          v.                          1:16-CV-375

7      CHARLES H. KABLE, et al.,        (AJT/JFA)

8              Defendants.

9

10                  DEPOSITION OF ANAS ELHADY

11     DATE:          Thursday, February 22, 2018

12     TIME:          10:05 a.m.

13     LOCATION:

                   U.S. Department of Justice

14                 20 Massachusetts Avenue, N.W.

15                 Washington, DC  20001

16     REPORTED BY:  Casey Smith

17

18

19

20

21

22

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 2

APPEARANCES

1         A P P E A R A N C E S
2 On behalf of Plaintiffs:
3    LENA MASRI, ESQUIRE
4    Council on American-Islamic Relations (CAIR)
5    453 New Jersey Avenue, S.E.
6    Washington, DC  20003
7    (202) 640-4934
8    lmasri@cair.com
9
10 On behalf of Defendants:
11    ANTONIA KONKOLY, ESQUIRE
12    U.S. Department of Justice
13    20 Massachusetts Avenue, N.W.
14    Washington, DC  20001
15    (202) 514-2395
16    antonia.konkoly@usdoj.gov
17
18
19
20
21
22

Page 3

CONTENTS

1       C O N T E N T S
2 EXAMINATION BY:       PAGE

3   By Ms. Konkoly      4
4   By Ms. Masri      267
5
6       E X H I B I T S

7 NO.     DESCRIPTION      PAGE
8 Exhibit A    Complaint     26
9 Exhibit D    Answers to interrogatories    29
10 Exhibit F    Answers to interrogatories    33
11 Exhibit G    Travel inquiry form    26
12 Exhibit H    Copy of passport    199
13 Exhibit K    (Not described)    198
14     (*Exhibits attached to transcript.)
15
16
17
18
19
20
21
22
23

Page 4

PROCEEDINGS

1      P R O C E E D I N G S
2 WHEREUPON,
3     ANAS ELHADY
4 was called as a witness, and having been sworn, was
5 examined and testified as follows:
6     EXAMINATION BY COUNSEL FOR DEFENDANTS
7 BY MS. KONKOLY:
8   Q   Good morning, Mr. Elhady.
9   A   Good morning.
10   Q   My name is Toni Konkoly.  I'm an attorney for
11 the Department of Justice.  I represent the defendants
12 in this lawsuit.  I'll be taking your deposition
13 today.  Before we get started, I just have some
14 instructions to go over with you, to make sure that
15 you understand how this will work.  So first, do you
16 understand that you're under oath?
17   A   Yes.
18   Q   Okay, and were -- one of the purposes of what
19 we're doing here today is to create a transcript that
20 we can submit to the Court later.  So it's important
21 that we create a clear transcript, and so one of the
22 things that can get in the way of that is when we talk

Page 5

1 over each other or if you gave an answer, you know.
2 Like an uh-huh doesn't translate well, or if you nod
3 your head the transcript's not going to pick that up.
4    So I need you to number one, wait until I'm
5 finished speaking to provide your answer, and then I
6 need you to provide audible answers, like a yes or a
7 no instead of shaking your head or saying "uh-huh."
8 Do you understand?
9   A   Yes.
10   Q   Okay.  If you don't understand a question
11 that I ask you, you can ask me to clarify.  If you
12 answer the question, I'm going to assume that you did
13 understand it.  Do you understand that?
14   A   Yes.
15   Q   Okay.  Is there any reason that you cannot
16 answer my questions truthfully and accurately today?
17   A   There is not, no.
18   Q   Okay.  Have you taken any medications in the
19 last 48 hours?
20   A   No.
21   Q   Have you consumed any alcohol in the last 48
22 hours?

2 (Pages 2 - 5)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 6

1    A   No.

2    Q   Have you consumed any other illegal drugs in
3 the last 48 hours?

4    A   No.

5    Q   Okay.  Did you prepare for this deposition?

6    A   Yes.

7        MS. MASRI:  I'm going to only -- for the next
8 line of questioning, I'm going to instruct you not to
9 answer in a way that divulges any attorney-client
10 privileged information.  But if she asks regarding
11 your preparation, answer anything else besides your
12 discussions with us.

13       THE WITNESS:  Okay.

14 BY MS. KONKOLY:

15   Q   Have you talked to anyone besides your lawyer
16 in preparing for this deposition?

17   A   No.

18   Q   Did you review any documents to prepare for
19 this deposition?

20   A   No.

21   Q   Have you ever been deposed before?

22   A   No.

Page 7

1    Q   Can you please state and spell your full name
2 for the record?

3    A   My first name A-N-A-S, last name E-L-H-A-D-Y.

4    Q   Have you ever used any other spellings of
5 your name?

6    A   No.

7    Q   Have you used any other names for any purpose
8 since you turned 18?

9    A   No.

10   Q   What is your date of birth?

11   A   ███████

12   Q   And where were you born?

13   A   In Sanaa, Yemen.

14   Q   Is that Yemen?

15   A   Yes.

16   Q   Can you spell that for the record, for the
17 court reporter?

18   A   Sanaa, S-A-N-A-A, and Yemen, Y-E-M-E-N.

19   Q   Are you a U.S. citizen?

20   A   Yes.

21   Q   When did you move to the United States?

22   A   First time I came in 2002 or '03.

Page 8

1    Q   Do you recall which?

2    A   2000, my first time coming here was --

3        MS. MASRI:  Only answer what you know.

4        THE WITNESS:  Yeah.  Between 2002 and 2003.
5 I'm not sure.

6 BY MS. KONKOLY:

7    Q   Okay.  You said your first time.  Was that
8 not a permanent move to the United States?

9    A   I came back -- I went back and came like many
10 times after that.

11   Q   When you moved to the United States from
12 Yemen in 2002 or 2003, was that a permanent relocation
13 to the United States?

14   A   Yes.

15   Q   Did you come with your family?

16   A   Yes.

17   Q   Okay, and when did you become a citizen?

18   A   Since the day I was born.  That's my only
19 citizenship.

20   Q   So you were born in Yemen?

21   A   Yes.

22   Q   But you were born an American citizen?

Page 9

1    A   My dad's a U.S. citizen.

2    Q   Okay.  Do you have citizenship anywhere else?

3    A   No.

4    Q   You're not a citizen of Yemen?

5    A   No.

6    Q   Okay, and where do you currently reside?

7    A   What does that mean?

8    Q   Where do you live?

9    A   ███████████████████

10   Q   Okay.  How long have you lived there?

11   A   I don't recall.  Like between -- around four
12 years.

13   Q   Okay.  Have you been in Dearborn for longer
14 than that?

15   A   No.

16   Q   When you first moved to the United States in
17 2002 or 2003, what part of the United States did you
18 move to?

19   A   To Michigan, Hamtramck City.

20   Q   To what city?

21   A   Hamtramck.

22   Q   Can you spell that?

3 (Pages 6 - 9)

Anas Elhady
February 22, 2018
Elhady vs. Kable

Page 10

1    A   I don't know the spelling of it.
2    Q   Can you guess?
3    A   H-A-M-T-R-M-E-C-K.
4    Q   Is that near Detroit?
5    A   Yes.
6    Q   Okay.  Have you been in the Detroit area for
7  the entirety of the time that you've lived in the
8  United States?
9    A   Not living.
10    Q   Okay.  Where else have you lived?
11    A   I lived in Ohio.
12    Q   Okay, where in Ohio?
13    A   Toledo.
14    Q   Toledo.  When did you live in Toledo?
15    A   2000, around 2012.
16    Q   How long were you there?
17    A   For about eight months.
18    Q   Okay.  Why did you move to Toledo?
19    A   Because I went back to Yemen; then I came
20  back and lived there with my family.
21    Q   Your family had moved to Toledo?
22    A   I lived with my uncle in Toledo.

Page 11

1    Q   With your uncle, for eight months?
2    A   Yes.
3    Q   Were you working while you were there?
4    A   No.
5    Q   Were you in school?
6    A   When I was in Toledo?
7    Q   When you were in Toledo.
8    A   No.
9    Q   Okay.  What's the highest level of education
10  you've attained?
11    A   Associate.
12    Q   Associate's degree?
13    A   Yes.
14    Q   From where?
15    A   Henry Ford College.
16    Q   And what is that degree in?
17    A   Criminal Justice, law enforcement.
18    Q   Okay.  Aside from the eight months you lived
19  in Toledo, since you've been resident in the United
20  States, have you been in the Detroit area?
21    A   I'm sorry, can you repeat that?
22    Q   Aside from the eight months in Toledo, have

Page 12

1  you lived in Detroit for the entire time that you've
2  been a United States resident?
3    A   No.
4    Q   Okay.  Where else have you lived?
5    A   Nowhere, just Toledo, then Dearborn.
6    Q   Okay, and is Dearborn near Detroit?
7    A   It's near Detroit, yeah.
8    Q   Okay.  So aside from Toledo, since you've
9  been a U.S. resident, have you lived only in the
10  Detroit area?
11    A   I don't understand that.
12        MS. MASRI:  I'm going to object, just that
13  it's mischaracterizing prior testimony.  He testified
14  that he lived in Hamtramck as well.
15  BY MS. KONKOLY:
16    Q   Okay.  I understood that to be in the Detroit
17  area; is that correct, Hamtramck?
18    A   Hamtramck is a different city.
19    Q   Okay.  Is it near Detroit?
20    A   It's near Detroit.
21    Q   Okay.  So you came to the United States in
22  2002 or 2012, and aside from this time when you went

Page 13

1  to Toledo for about eight months, has the rest of the
2  time you've been living in the United States have you
3  been in or near Detroit?
4    A   It seems like you're repeating the same
5  question.
6    Q   I'm just trying to get your answer.  I didn't
7  understand earlier.
8    A   Okay.  Came to Hamtramck.  That's not
9  Detroit.  Went back to Yemen.  Came back to Toledo,
10  then went back.  Then came back to Dearborn.  I don't
11  see where Detroit is there.
12    Q   The Detroit area, Greater Detroit?
13    A   Okay.
14    Q   Yes.
15    A   In between 2002 and 2003.  That wasn't the
16  Greater Area, which is Hamtramck.
17    Q   Okay.  Aside from Toledo, have you ever lived
18  in any other -- the time you spent in Toledo, Ohio,
19  have you ever lived in any other state besides
20  Michigan while you've been a United States resident?
21    A   No.
22    Q   Okay.  Are you currently employed?

4 (Pages 10 - 13)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 14

1    A   Yes.
2    Q   Where do you work?
3    A   Work for Centria Healthcare.
4    Q   Century?
5    A   Centria.
6    Q   Centria?
7    A   Yes.
8    Q   What do you do?
9    A   Applied behavior technician.
10   Q   Okay.
11   A   And also work for the U.S. Security
12   Association.
13   Q   Okay, and what does an applied behavior
14   technician do?
15   A   Technician apply the behavior, analysis of
16   the behavior of autistic kids.
17   Q   Autistic kids?
18   A   Yes.
19   Q   Okay, and you said you also worked for, I'm
20   sorry.  What was the name of your second employer?
21   A   U.S. Security Association.
22   Q   Okay, and what do you there?

Page 15

1    A   Security supervisor.
2    Q   Can you describe that?
3    A   Security supervisor at DMC hospital.
4    Q   Are you a security guard?
5    A   Yes.
6    Q   Okay, at a hospital?
7    A   Correct.
8    Q   Okay.  Are both of those jobs part-time?
9    A   Yes.
10   Q   Okay.  What year did you graduate from Henry
11   Ford?
12   A   My associate?  In 2016.
13   Q   Okay, and have you held any other jobs other
14   than the ones we've already discussed since that time?
15   A   A lot, yes.
16   Q   Okay.  Where else have you been employed?
17   A   I do not recall all of them, but I'll mention
18   the one I remember, which is Amazon.
19   Q   What did you do for Amazon?
20   A   Warehouse storation, basically store their
21   warehouse, and also employed at Henry Ford College.
22   Q   When did you work at Amazon?

Page 16

1    A   November 2017.
2    Q   Okay, until?
3    A   Until December, end of December.
4    Q   2017?
5    A   Yes.
6    Q   So just two months?
7    A   Yes.
8    Q   Okay.  You said you also worked at Henry Ford
9    College?
10   A   Correct.
11   Q   What did you do there?
12   A   College mentor, did a mentor --
13   Q   Okay, and what were the dates of that
14   employment?
15   A   I do not recall.
16   Q   Can you estimate?
17   A   From 2016 until 2017.
18   Q   Right after you graduated?
19   A   Sure.
20   Q   Okay.  What other jobs have you held since
21   graduation from Henry Ford?
22   A   Worked for So Sweet Pastries in Toledo.

Page 17

1    Q   A pastry?
2    A   Yes.
3    Q   Okay.  I thought you said earlier that you
4    weren't employed while you were in Toledo?
5    A   This is after.
6    Q   Is this a bakery?
7    A   Yes.
8    Q   In Toledo?
9    A   Yes.
10   Q   Were you living in Toledo at the time that
11   you worked at this bakery?
12   A   No.
13   Q   Okay.  Where were you living while you worked
14   at the Toledo bakery?
15   A   I'm sorry?
16   Q   Where were you living while you worked at the
17   bakery in Toledo?
18   A   In Dearborn.
19   Q   Okay.  How long of a commute is that?
20   A   Forty minutes.
21   Q   Okay.  What were the dates of your employment
22   with the bakery?

5 (Pages 14 - 17)

Anas Elhady
February 22, 2018
Elhady vs. Kable

Page 18

1    A   I don not recall.
2    Q   It was after you left Dearborn, or I'm sorry,
3 after you left Toledo?
4    A   Yes.
5    Q   Okay.  Any other jobs since you've graduated
6 from Henry Ford?
7    A   There is, but I do not remember right now.  I
8 worked at a gas station also.  I do not remember the
9 dates.  It was on and off.
10   Q   Okay.  Where was the gas station?
11   A   13 and Hoover, Warren City, Michigan.
12   Q   Near Detroit?
13   A   Yes.
14   Q   Okay.  Are you married?
15   A   Yes.
16   Q   Okay.  When did you get married?
17   A   July 21st, 2017.
18   Q   Do you have any social media accounts?
19   A   Yes.
20   Q   Okay, which ones?
21   A   Instagram, Facebook, Snapshot, Twitter.  If
22 there is any other ones, I do not -- I probably set

Page 19

1 them up and never used them.
2    Q   Okay.  When did you set up your Instagram
3 account?
4    A   I do not remember.
5    Q   Was it before or after you graduated from
6 Henry Ford?
7    A   I do not recall.
8    Q   How often do you post to Instagram?
9    A   There's not a certain, you know, days to
10 post.  Whenever there's something to post, I'll post
11 it.
12   Q   Do you remember when you set up your Facebook
13 account?
14   A   No.
15   Q   Do you remember whether you had it while you
16 were a student at Henry Ford?
17   A   I had it when I was a student, yes.
18   Q   Okay.  Did you have it before you started at
19 Henry Ford?
20   A   Yes.
21   Q   Okay, and when did you start at Henry Ford?
22   A   2013.

Page 20

1    Q   When did you graduate from high school?
2    A   2011.
3    Q   Did you have Facebook while you were in high
4 school?
5    A   I do not recall.
6    Q   When did you set up your Snapshot account?
7    A   I do not recall.
8    Q   Do you recall if you had while you were at
9 college at Henry Ford?
10   A   No.
11   Q   That you don't recall or you --
12   A   I do not recall.
13   Q   Okay.  So that's an example of please wait
14 until I finish my question before you answer.
15   A   Okay.
16   Q   Okay.  So my question was, do you not recall
17 whether you had Snapshot at Henry Ford, or was your
18 -- did your no indicate that you did not have it?
19   A   I do not recall.
20   Q   Okay.  Do you remember when you set up your
21 Twitter account?
22   A   I do not remember.

Page 21

1    Q   Did you have it while you were at Henry Ford?
2    A   I do not recall.
3    Q   How often do you Tweet?
4    A   I rarely Tweet.
5    Q   I'm going to show you some documents
6 throughout this deposition.  You can use this binder.
7        MS. MASRI:  Do you have another copy counsel?
8        MS. KONKOLY:  We've been using two binders,
9 so I have one for me and I've got one for everyone
10 else to share.
11       MS. MASRI:  Okay.
12       MS. KONKOLY:  Like to have you turn to Tab A.
13 Do you recognize this document?
14       MS. MASRI:  Take your time to look through
15 it.
16       (Witness reviewing document.)
17       THE WITNESS:  Yes.
18       MS. KONKOLY:  What is it?
19       MS. MASRI:  Objection, calls for a legal
20 conclusion, but describe if you know what it is.
21       THE WITNESS:  It's our case.
22 BY MS. KONKOLY:

6 (Pages 18 - 21)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 22

1   Q   What do you mean?

2   A   The case.

3   Q   Okay.  Is it the complaint in this case?

4       MS. MASRI:  Objection, calls for a legal

5   conclusion.

6   BY MS. KONKOLY:

7   Q   You can answer.

8   A   I don't know what that means.

9   Q   Okay.  If you could turn to page 29, starting

10  at paragraph 142?

11  A   That's it.

12  Q   Okay.  Are these your allegations in this

13  lawsuit?

14      MS. MASRI:  Objection, calls for a legal

15  conclusion.  Only answer if you know.

16      THE WITNESS:  Can you repeat your question?

17      MS. KONKOLY:  Are the paragraphs starting at

18  142 underneath the heading "Plaintiff Anas Elhady,"

19  going through paragraph 164, are those your

20  allegations in this lawsuit?

21      MS. MASRI:  Objection, calls for a legal

22  conclusion.  Only answer if you know.

Page 23

1       THE WITNESS:  Yes.

2       MS. KONKOLY:  Okay.  Are these allegations

3   accurate to your best knowledge?

4       MS. MASRI:  Objection, calls for a legal

5   conclusion.  Only answer if you know.

6       THE WITNESS:  Yes.

7       MS. KONKOLY:  I'd like to specifically ask

8   you about paragraph 148.  It says, "Shortly

9   afterwards," and the paragraph beforehand references

10  the May 11th, 2015.  So "Shortly after May 2015, Mr.

11  Elhady was again referred to Secondary section,

12  handcuffed and detained by CBP at the border.

13      "Stopped at the Ambassador Bridge Port of

14  Entry, Detroit, Michigan for approximately six hours

15  when he attempted to re-enter the United States after

16  a brief vacation in Canada."  Is that accurate?

17      MS. MASRI:  Objection as to form.  Only

18  answer if you remember, if you know.

19      THE WITNESS:  I do not recall.

20  BY MS. KONKOLY:

21  Q   You don't recall?

22  A   I don't recall.  You asked me if it's

Page 24

1   accurate.  I don't know.

2   Q   You don't know if this allegation is

3   accurate?

4       MS. MASRI:  Objection, misstates prior

5   testimony.  Objection as to form.  He's already

6   answered your question.

7       MS. KONKOLY:  I would like to make sure I

8   understand his answer.  Is your testimony that you are

9   not sure whether the allegation set forth in paragraph

10  148 is accurate?

11      MS. MASRI:  Objection.  Misstates prior

12  testimony.  Objection as to form.  Only answer if you

13  know and if you remember.

14      THE WITNESS:  It says, "shortly afterwards."

15  There is no act beyond that.  I'm not sure.

16      MS. KONKOLY:  Is it your allegation that in

17  the spring of 2015, you were detained at the

18  Ambassador Bridge Port of Entry in Detroit, Michigan

19  for approximately six hours when you attempted to re-

20  enter the United States after a brief vacation in

21  Canada?

22      MS. MASRI:  Objection.  Misstates prior

Page 25

1   testimony.

2       THE WITNESS:  Yes.

3       MS. KONKOLY:  Okay, and this paragraph is

4   referring to the incident where you ultimately were

5   taken to the hospital and received medical treatment?

6   A   I'm sorry.  Can you repeat that?

7   Q   This is in the context of the stop where you

8   were taken to the hospital?

9       MS. MASRI:  Objection, calls for a legal

10  conclusion. Only answer if you know.

11      THE WITNESS:  I'm not sure if that's the one.

12      MS. KONKOLY:  Okay.  Do the paragraphs that

13  follow describe the events that followed from this

14  particular stop?

15      MS. MASRI:  Objection as to form.

16      THE WITNESS:  I did not understand that part.

17      MS. KONKOLY:  Okay.  If you could read

18  paragraphs 148 and 153, actually to 156.  My question

19  to you is whether the allegations in paragraphs 148 to

20  156 are all referring to the same incident.

21      (Witness reviewing document.)

22      MS. KONKOLY:  Can we mark that first tab as

7 (Pages 22 - 25)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 26

1 Exhibit A?
2             (Whereupon, the document
3             referred to was marked for
4             identification as Exhibit A.)
5       MS. MASRI:  Officially from the binder.
6       MS. KONKOLY:  And we're going to jump around
7 a little bit.
8       MS. MASRI:  Are you marking this one?
9       MS. KONKOLY:  Yes, Exhibit A, Tab A.  Okay,
10 and then we're going to go to Tab G.  You can go ahead
11 and mark that as Exhibit G while we're at it.  Yeah,
12 exhibit -- it's Tab G.
13            (Whereupon, the document
14            referred to was marked for
15            identification as Exhibit G.)
16      MS. KONKOLY:  Do you recognize this document?
17 (Witness reviewing document.)
18 THE WITNESS:  Yes.
19 BY MS. KONKOLY:
20   Q   What is it?
21   A   I don't know.  I'm not sure what it is
22 exactly, but I remember filling it for a certain

Page 27

1 reason.
2   Q   Okay.  Why did you fill out this form?
3       MS. MASRI:  I'm going to just object, and
4 instruct you not to answer if your answer reveals
5 attorney client privileged information.  If it
6 doesn't, go ahead and answer.
7       THE WITNESS:  Can you repeat your question?
8 BY MS. KONKOLY:
9   Q   Why did you fill out this form?
10   A   I do not recall the specific incident for
11 filling it.
12   Q   Okay.  What do you understand this form to
13 be?
14   A   Traveling Inquiry Form.
15   Q   Okay.
16   A   From Homeland Security.
17   Q   And what's the purpose of this form?
18      MS. MASRI:  Objection, calls for a legal
19 conclusion.  Objection as to form.
20 BY MS. KONKOLY:
21   Q   What is your understanding of the purpose of
22 this form?

Page 28

1   A   I do not remember.
2   Q   Did you submit this form to the
3 Transportation Security Administration?
4       MS. MASRI:  I'm going to object and instruct
5 you to answer only if it doesn't divulge attorney-
6 client communications.
7       THE WITNESS:  Can you repeat your question?
8 BY MS. KONKOLY:
9   Q   Did you submit this form to the
10 Transportation Security Administration?
11   A   I do not recall.
12   Q   Okay.  If you'll look at page -- at the
13 bottom it has a date stamp.  It says "Elhady dash 3
14 zeros and then a 3."  I'm sorry, Elhady 3.  Is that
15 your signature in the middle of the page?
16   A   Yes.
17   Q   Okay, and in Section 6, Incident Details.  It
18 says "Every time I cross the border I get stopped and
19 detained for three to six hours by CBP.  I also get my
20 cell phone taken for at least three weeks."  Is that
21 accurate?
22   A   Yes.

Page 29

1   Q   Okay.  Is that the complaint that you
2 submitted on this form?
3   A   Yes.
4   Q   And attested to with your signature?
5   A   Yes.
6   Q   Okay, and is that allegation accurate?
7       MS. MASRI:  Objection as to form.
8       (Witness reviewing document.)
9 BY MS. KONKOLY:
10   Q   You can answer.
11   A   Sorry, give me a second.  I'm reading it.
12      (Witness reviewing document.)
13 THE WITNESS:  Yes.
14      MS. KONKOLY:  Okay.  If we could turn to Tab
15 D.  Mark that please.  I ask you to take a look at
16 this document and tell me whether you recognize it.
17            (Whereupon, the document
18            referred to was marked for
19            identification as Exhibit D.)
20      (Witness reviewing document.)
21      MS. MASRI:  So counsel for the record and
22 just to clarify your question, it looks like Exhibit D

8 (Pages 26 - 29)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 30

1 consists of two separate documents.

2     MS. KONKOLY: He sent them to us as one, but

3 yeah.

4     MS. MASRI: Okay.

5     THE WITNESS: Can you repeat your question?

6 BY MS. KONKOLY:

7     Q Do you recognize the document or documents in

8 Tab D?

9     A Yes.

10     Q Okay. What are they?

11     MS. MASRI: Objection as to form, calls for a

12 legal conclusion. Only answer if you know.

13 BY MS. KONKOLY:

14     Q What is your understanding of what these

15 documents are?

16     A My entry and exiting the United States.

17     Q Are these your answers to the questions that

18 defendants have asked you in discovery in this case?

19     A Yes.

20     Q Okay. Can you turn to the last page of this

21 exhibit? Is that your signature?

22     A Yes.

Page 31

1     Q Okay. When did you provide that signature?

2     A I do not remember.

3     Q Was it before or after the New Year?

4     A I do not recall.

5     Q If you could go back a page before that.

6 Does the certificate of service say that this document

7 was served on us on December 21st, 2017?

8     MS. MASRI: Objection as to form, calls for a

9 legal conclusion. It calls for speculation. There's

10 no way for him to know when I submitted this

11 certificate of service.

12     MS. KONKOLY: I'm asking him whether this

13 document indicates that it was served on December

14 21st, 2017.

15     THE WITNESS: I do not recall.

16     MS. KONKOLY: I'm not asking you what you

17 recall about this. I'm asking you to look at this

18 document and tell me whether on its face it's dated

19 December 21st, 2017?

20     MS. MASRI: Objection. The document speaks

21 for itself.

22 BY MS. KONKOLY:

Page 32

1     Q You can answer.

2     A It's on December 21st, 2017.

3     Q Okay. Exhibit D is dated December 21st,

4 2017; is that correct?

5     MS. MASRI: Objection. Objection as to form.

6 The document speaks for itself.

7 BY MS. KONKOLY:

8     Q You can answer.

9     A Could you repeat the question? It's on

10 December 21st, 2017.

11     Q Okay. Exhibit D is dated December 21st,

12 2017; correct?

13     MS. MASRI: Objection, same objection, and

14 just for the record, we're looking at the very last

15 page of Exhibit D, and it shows that I signed the

16 document on December 21st.

17 BY MS. KONKOLY:

18     Q Okay, and your signature is attached to this

19 document on the bottom; correct?

20     A Yes.

21     MS. KONKOLY: Okay. If we can turn to

22 Exhibit I? I'm sorry. That's not what I want.

Page 33

1 Exhibit F. Go ahead and mark that one. Let the court

2 reporter see the exhibit. Okay. If you could take a

3 look at Exhibit F and tell me whether you recognize

4 this document?

5         (Whereupon, the document

6         referred to was marked for

7         identification as Exhibit F.)

8     (Witness reviewing document.)

9 BY MS. KONKOLY:

10     Q Do you recognize Exhibit F?

11     A Yes.

12     Q What is your understanding of what Exhibit F

13 is?

14     MS. MASRI: Same objection as to form, calls

15 for a legal conclusion. Only answer if you know.

16     THE WITNESS: My case.

17 BY MS. KONKOLY:

18     Q What do you mean by that?

19     A The case of -- information about my case that

20 I provided.

21     Q Okay, and what is the date on this document?

22     MS. MASRI: Objection again as to form. The

9 (Pages 30 - 33)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 34

1  document speaks for itself.  There is no way for him
2  to have personal knowledge regarding when this
3  document was dated.
4  BY MS. KONKOLY:
5      Q  It's okay, you can answer.
6      A  I do not recall.
7      Q  On the face of the document, when is it
8  dated, on page 18?
9      A  Page 18 dated on February 2nd, 2018.
10     Q  Okay, and on the last page of this exhibit,
11  or I'm sorry, it's not the last page.  Second to last
12  page, is that your signature?
13     A  Yes.
14     Q  Okay, and did you provide a new signature for
15  this February 2nd document, or is this a copy of the
16  signature that you provided for Exhibit D that we were
17  just asking about?
18     A  I do not recall.
19     Q  Did you provide a new signature for your
20  interrogatories somewhere between January 19th and
21  February 2nd?
22         MS. MASRI:  Objection, he's already answered

Page 35

1  your question.
2  BY MS. KONKOLY:
3      Q  He hasn't.  You can answer.
4      A  I do not recall.
5      Q  Okay.  How many times did you provide your
6  attorneys with a signature page, once or twice?
7         MS. MASRI:  Objection.  I'm going to instruct
8  you not to answer in a way that divulges any attorney-
9  client privileged information.  If there's no way for
10  you to answer the question without divulging attorney-
11  client privileged information, then you say that you
12  can't answer the question.
13         THE WITNESS:  I can't answer the question.
14         MS. KONKOLY:  I'm going to object to the
15  impropriety of that objection.  That was clearly a
16  leading coaching objection.
17         MS. MASRI:  That was -- it was --
18         MS. KONKOLY:  There's no attorney-client
19  privileged information called for by this question.
20         MS. MASRI:  Oh, there is definitely.  When
21  you asked when he gave us his signature, that is
22  definitely attorney-client privileged information, and

Page 36

1  your question is inappropriate.
2         MS. KONKOLY:  How many times did you provide
3  signatures for your interrogatories, once or twice?
4         MS. MASRI:  Again I'm going to object on the
5  same grounds, not to divulge any attorney-client
6  privileged information.
7         MS. KONKOLY:  We have a right to inquire as
8  to the veracity of the signature that was provided and
9  his compliance with the Federal Rules of Civil
10  Procedure, and the court order that was provided on
11  January 19th.
12         MS. MASRI:  You have asked already whether
13  that was his signature.  He has confirmed that it is.
14  Any communications with our office, on the other hand,
15  are privileged information.
16         MS. KONKOLY:  I'm asking him whether this is
17  a new signature.
18         MS. MASRI:  He's already answered that
19  question.
20         MS. KONKOLY:  Strike that.  Will you please
21  go back to Exhibit D?  I'd like you to take out the
22  last page.  It has the signature there.  Take a look

Page 37

1  at the binder.  We'll put it back.
2         (Witness reviewing document.)
3         MS. KONKOLY:  Okay.  Let's flip back to where
4  we were at the end of Exhibit F.  Does it appear to
5  you that this is a photocopy of the original
6  signature?
7         MS. KONKOLY:  I'm going to object as to form,
8  and that this question is completely inappropriate and
9  the document speaks for itself.
10         MS. KONKOLY:  You can answer.  I'm asking you
11  to compare these two signatures.  That's all you need
12  to look at.  Do these appear to you to be a photocopy?
13         MS. MASRI:  Objection, the document speaks
14  for itself.
15         THE WITNESS:  No.
16         MS. KONKOLY:  Do you recall providing two
17  different signatures for these two different pages?
18         MS. MASRI:  I think this question's been
19  answered three or four times right now.
20         MS. KONKOLY:  You can answer.
21         MS. MASRI:  I'm going to allow him to answer,
22  but you need to continue with your line of

10 (Pages 34 - 37)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 38

1 questioning, because at this point it's harassment and
2 you're bullying my client. Again, we've gone through
3 this issue. We've gone to court on this issue, and
4 the judge made it very clear that you are not to bully
5 and harass our clients during the depositions.
6      MS. KONKOLY: You can answer.
7      THE WITNESS: I've answered that question
8 before.
9      MS. KONKOLY: I just want to know whether
10 this is the same signature. I'm sorry. Can you just
11 read my question back? I would just like -- you said,
12 Lena, you were going to allow him to answer that last
13 question. I would like that question read back and I
14 would like an answer, and then we'll move on.
15      MS. MASRI: Okay.
16      THE WITNESS: This is my signature.
17      MS. KONKOLY: We're going to read my question
18 back, and you're going to answer, and then we'll move
19 on.
20      THE WITNESS: Can you repeat the --
21      MS. KONKOLY: He's going to read it back.
22 The court reporter is going to read the question back.

Page 39

1      (Off mic comment.)
2      MS. KONKOLY: Okay. Are you able to read it
3 back?
4      COURT REPORTER: It's on the record. I don't
5 actually type the full question.
6      MS. KONKOLY: Can you play it back?
7      COURT REPORTER: Sure, I can.
8      (Off mic comment.)
9      MS. KONKOLY: Why don't we take a short break
10 while you try to find that.
11      COURT REPORTER: Okay.
12      MS. KONKOLY: We'll go off the record and
13 come back in a few minutes.
14      MS. MASRI: How long did you say?
15      MS. KONKOLY: Three minutes.
16      MS. MASRI: Okay.
17      (Whereupon, a short recess was taken.)
18      (Whereupon, the requested question was read
19 back for the record.)
20 BY MS. KONKOLY:
21      Q  I'm just going to ask one more time because
22 that was confusing. Do you recall providing two

Page 40

1 distinct signatures for these two distinct signature
2 pages?
3      MS. MASRI: Counsel, we agreed that he was
4 going to answer the question that you asked, which was
5 is this a photocopy? That's the question that I
6 agreed that you're going to ask. You've been bullying
7 and harassing my client. You've asked him that
8 question multiple times at this point. He's answered
9 it multiple times.
10      MS. KONKOLY: We agreed that there would be
11 one last opportunity for him to answer that question.
12 The question is, do you recall providing two distinct
13 signatures on two occasions?
14      MS. MASRI: That was not the question that we
15 agreed that he was going to answer. The question was
16 whether this was a photocopy.
17      MS. KONKOLY: Okay. I'm going to move on.
18 I'm going to state for the record that I very, very,
19 very strenuously take strong objection to your
20 characterization of this line of questioning. If you
21 continue to make those kind of characterizations,
22 we'll adjourn.

Page 41

1      MS. MASRI: Yeah. We've literally been
2 discussing his signatures for ten minutes. At this
3 point yes, it is bullying and harassing.
4      MS. KONKOLY: Okay. Let's take another
5 break.
6      (Whereupon, a short recess was taken.)
7 BY MS. KONKOLY:
8      Q  Mr. Elhady, do you understand that you're
9 still under oath?
10      A  Yes.
11      Q  Okay. I'm just going to state for the record
12 that on defendant's view, there is a pending question
13 we have not received an answer to. I understand that
14 plaintiffs take a different position. We may revisit
15 that issue later, but I'm going to move on for now.
16      MS. MASRI: Well, on the record. No, I have
17 a right to respond. On the record, I have said that
18 he can answer your last question that you asked. That
19 was the agreement that we both agreed to, and he is
20 ready to answer that question. So if you don't want
21 him to answer, that's your prerogative.
22      MS. KONKOLY: Okay. Shall we try to play

11 (Pages 38 - 41)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 42

1 back the question one more time then?

2 　　MS. MASRI:  We've already done that.  The

3 question was, is this a photocopy?  That was the

4 question, and you can answer that if you want to

5 answer.  If you don't want him to answer, that's your

6 prerogative.

7 　　MS. KONKOLY:  Okay.  I'll ask that question

8 one more time, and when we get the transcript we'll

9 see whether that was in fact the last question.  I

10 honestly do not recall at this point in time.

11 　　MS. MASRI:  We just heard it.  It was played

12 back.  We just heard it.

13 BY MS. KONKOLY:

14 　　Q   There was a whole interchange that was played

15 back.  I will ask that question one more time.  Are

16 these two signatures photocopies of each other?

17 　　A   I don't know.

18 　　Q   Okay.  You can put that other page back --

19 　　A   Where was it?

20 　　Q   At the end of D, Tab D.

21 　　(Pause.)

22 　　MS. KONKOLY:  Oh, I'm sorry.  Let's make sure

Page 43

1 it goes in the right place.  I think -- yeah, okay.

2 Tab D, I'm sorry.

3 　　MS. MASRI:  Yeah, I think that's right.

4 　　MS. KONKOLY:  Okay.  We're going to stick

5 with Exhibit F for a while.  This is the February 22nd

6 document.  I'm sorry, the February 2nd.

7 　　MS. MASRI:  Umm counsel, I don't know if

8 things got rearranged, but was Exhibit E just a

9 verification page?

10 　　MS. KONKOLY:  Yeah.  You sent it to us

11 separately, this one.

12 　　MS. MASRI:  Oh okay, all right.

13 BY MS. KONKOLY:

14 　　Q   Okay.  You're in Tab F?

15 　　A   Yes.

16 　　Q   Okay.  I want to take some time to talk about

17 all your travel in the last ten years, and we're going

18 to have to go trip by trip.  I want to start with your

19 domestic travel.  I'll have you turn to page 13,

20 paragraph one of that upside down.  It says that "In

21 July 2012, you flew from Detroit, Michigan to New York

22 City."

Page 44

1 　　We're going to come back to your

2 international travel later, but from your other

3 interrogatory responses, it seems to me that you might

4 have traveled on to Saudi Arabia on this trip; is that

5 correct?

6 　　MS. MASRI:  Objection as to form, and if you

7 need to look at the other interrogatory responses that

8 she referred to, then state that you do.

9 　　MS. KONKOLY:  I'm going to object to the

10 speaking objection there.

11 　　MS. MASRI:  It's not -- well, I'm going to

12 object as to form, because you haven't identified what

13 other responses are, and you haven't asked him about

14 it yet.

15 BY MS. KONKOLY:

16 　　Q   I'm just indicating that -- let me ask you

17 this.  Did you fly -- strike all the previous

18 questions.  In July 2012, after you flew from Detroit

19 to New York, did you continue on to Saudi Arabia?

20 　　A   Yes.

21 　　Q   And I'm just asking about this leg from

22 Detroit to New York.  Were you traveling with anyone?

Page 45

1 　　A   Yes.

2 　　Q   Who were you traveling with?

3 　　A   My aunt and her kids.

4 　　Q   Okay.  What is your aunt's name?

5 　　A   Arid.

6 　　Q   Can you spell that for the record?

7 　　A   A-R-I-D.

8 　　Q   Okay, and what her children?  How many kids?

9 　　A   I'm not sure which of her kids were there,

10 but I just remember one of them, which is her little

11 daughter, Amira.

12 　　Q   Okay, school age?

13 　　A   What are you asking?

14 　　Q   Are they under 18?

15 　　A   Yes.

16 　　Q   Is this the first time you've flow since you

17 turned 18 domestically?

18 　　A   I do not recall.

19 　　Q   Prior to July 2012, had you ever flown inside

20 the United States before?

21 　　A   Can you repeat that question?

22 　　Q   Prior to this July 2012 trip from Detroit to

12 (Pages 42 - 45)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 46

1 New York, had you ever taken an airline flight inside
2 the United States before?
3     A  I don't recall.
4     Q  You don't recall.
5     A  I don't recall taking any flights.
6     Q  You were born in 1993?
7     A  Correct.
8     Q  So you would have been approximately 19 in
9 July 2012?
10    A  I don't know.  19 maybe.
11    Q  Okay.
12    A  Yes.
13    Q  Paragraph 13 indicates that in December 2013
14 you flew from Detroit to California.  Is that
15 accurate?
16    A  Around December -- around December or around
17 December.  I'm not sure of the exact date.
18    Q  Okay, but you went from Detroit to
19 California?
20    A  Correct.
21    Q  Where in California?
22    A  I went to Oakland.

Page 47

1     Q  Okay.  What was the purpose of that trip?
2     A  Me and my friends met there for a vacation.
3     Q  Okay.  How long did you stay?
4     A  About three weeks.
5     Q  Okay, and did you fly back to Detroit?
6     A  Yes.
7     Q  Okay, and were you traveling alone or with
8 anyone on your trip from Detroit to California?
9     A  Alone.
10    Q  And on your return trip from California to
11 Detroit, were you traveling by yourself or alone?
12    A  From Detroit.  Yeah, from Oakland to -- I'm
13 sorry.  Can you repeat that?
14    Q  The second question was on your return flight
15 back to Detroit, were you traveling alone or with
16 anyone?
17    A  I did not come back from Oakland.  I came
18 back from Las Vegas to Detroit.
19    Q  You came back from Las Vegas?
20    A  Yes.
21    Q  Did you fly from Oakland to Las Vegas?
22    A  No.

Page 48

1     Q  How did you get from Oakland to Las Vegas?
2     A  Drove there.
3     Q  That was approximately three weeks after you
4 flew out to Oakland?
5     A  Approximate.
6     Q  Okay.  In paragraph four on the same page, it
7 says in January 2015 you flew from Las Vegas to
8 Detroit.  Is that the flight that you're referring to?
9     A  Yes.
10    Q  Okay.  I'm a little confused, because we go
11 from December 2013 to January 2015.  That's more than
12 a year.
13        MS. MASRI:  Objection.  Misstates prior
14 testimony and that is not what it says.
15 BY MS. KONKOLY:
16    Q  I understand your testimony to be that in
17 December 2013, you flew from Detroit to Oakland; is
18 that correct?
19        MS. MASRI:  Counsel, are you talking about
20 paragraph two or paragraph three?
21 BY MS. KONKOLY:
22    Q  I'm talking about paragraph two.

Page 49

1     A  Detroit to Oakland.  It's the same one.
2     Q  What do you mean it was the same one?
3     A  Give me a second please.
4        (Witness reviewing document.)
5        THE WITNESS:  Paragraph two and paragraph
6 three, it's not different flights.  It's one flight
7 from Detroit to Oakland.
8 BY MS. KONKOLY:
9     Q  Okay, and did you take that trip in December
10 2013 or December 2015?
11    A  I do not recall.
12    Q  But it was only one trip?
13    A  It was one trip.
14    Q  You didn't take one trip to Oakland in
15 December of 2013 and another trip to Oakland December
16 2014, a year later?
17    A  No.
18    Q  Okay, and you stayed for about three weeks
19 and then you drove from Oakland to Las Vegas?
20    A  I drove -- then the third week, I drove to
21 Las Vegas and traveled from there.
22    Q  Okay, and so that trip either happened from

13 (Pages 46 - 49)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 50

1 December 2013 to January 2014, or from December 2014
2 to January 2015, but not both?
3     A   Yes.
4     Q   Okay.  Was your flight from Detroit to
5 Oakland a direct flight?
6     A   I do not recall.
7     Q   Paragraph three indicates that you went from
8 Detroit to Phoenix to Oakland.  Is that accurate?
9     A   Oh yeah, yeah.  That's right.
10     Q   Okay.  So there was a layover at Phoenix on
11 your way out?
12     A   Right.
13     Q   Okay.  How about on your way back from Las
14 Vegas to Detroit?
15     A   I do not recall.
16     Q   Were you traveling alone or with anyone on
17 your return flight from Las Vegas to Detroit?
18     A   With my friend.
19     Q   Who was your friend?
20     A   Ousama Almirani.
21     Q   Okay.  Can you spell that for the record?
22     A   Usama, O-U-S-A-M-A.  Almirani, A-L-M-I-R-A-N-

Page 51

1 I.
2     Q   Paragraph three, page 13 indicates that on
3 your trip out from Detroit to Phoenix to Oakland, you
4 were delayed an hour.  At what point were you delayed
5 an hour?  Was that on the Detroit to Phoenix leg?
6     A   Detroit to Phoenix.
7     Q   Okay.  Can you tell me what happened?
8     A   The flight, I do not recall which airlines
9 was it, but the person who was in charge of the flight
10 came to me, and they first announced that the flight
11 will be delayed, and then they came to me and they
12 asked me if I would take a different flight, and get
13 paid two to three hundred dollars.  I don't recall was
14 the exact amount, but they asked me if I could do
15 that.
16     Q   Okay.
17     A   And I said no, and then that was it.  They
18 said they'd delayed it, they're going to delay it 30
19 minutes, and then they delayed that another 30 minutes
20 and then we got on the flight.
21     Q   So the whole flight was delayed; everybody on
22 that flight was delayed?

Page 52

1     A   Yes.
2     Q   Okay, not just you?
3     A   I was the only person that was asked to take
4 another flight for a certain amount.
5     Q   Okay.  But they offered you two or three
6 hundred dollars in exchange for that?
7     A   Okay.
8     Q   Do you allege that that -- that that question
9 was posed to you because you were on a watch list?
10     MS. MASRI:  Objection, calls for speculation.
11 Calls for a legal conclusion.  Objection as to form.
12 You can answer.
13 BY MS. KONKOLY:
14     Q   You can answer.
15     A   Can you repeat that question.  Do you believe
16 or do you allege in this lawsuit that the reason that
17 the airline asked you if you'd be willing to take two
18 or three hundred dollars to move to a different flight
19 because you're on a watch list?
20     MS. MASRI:  Same objection.
21     THE WITNESS:  I don't know what they think.
22 BY MS. KONKOLY:

Page 53

1     Q   Okay.  You were allowed to say no to that
2 offer; correct?
3     A   I'm sorry.
4     Q   You were allowed to say no to that offer?
5     A   I said no.
6     Q   Yeah, okay.  Did you write about that
7 experience of being asked to be bumped to a different
8 flight in any social media forum?
9     A   No.
10     Q   Okay.  Did you talk to anyone about it at the
11 time?
12     A   No.
13     Q   Aside from your attorney, did you talk about
14 it with anyone at the time?
15     A   Yes.
16     Q   Okay.  Who did you talk to?
17     A   My brother.
18     Q   Okay.  What did you tell your brother?
19     A   I told him the story and what happened, and
20 why I was late.
21     Q   Okay.  What is your brother's name?
22     A   Moneeb.

14 (Pages 50 - 53)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 54

1   Q   Can you spell that?

2   A   M-O-N-E-E-B, Elhady, E-L-H-A-D-Y.

3   Q   Did you send anyone a letter or an email

4 describing the experience in which the airline offered

5 to bump you to a different flight?

6       MS. MASRI:  Objection.  To the extent that it

7 asks for attorney-client privilege information, don't

8 answer.  Otherwise, you can answer.

9       THE WITNESS:  I do not recall.

10 BY MS. KONKOLY:

11   Q   Paragraph five on page 13 indicates on August

12 23rd, 2017, you flew from Chicago to Detroit.  Is that

13 accurate?

14   A   What paragraph was that?

15   Q   Paragraph five.

16   A   Yes.

17   Q   Okay, and on the next page, it says "On the

18 exact same date, August 23rd, 2017, you flew from ORD

19 to DTW on United Air Flight 360.  Is that the same

20 flight as you were talking about in paragraph five?

21   A   It's the same flight number and on the same

22 date.  It's the same thing.

Page 55

1   Q   Okay.  Does ORD stand for O'Hare?

2   A   It's the Chicago airport.

3   Q   ORD stands for Chicago?

4   A   It's their code for the airport.

5   Q   Okay.  So five and six are the same flight?

6   A   Yes.

7   Q   Do you know why you listed them twice?

8   A   I do not recall.

9   Q   How did you get to Chicago?

10   A   Came back from overseas.

11   Q   This is a return from an overseas trip?

12   A   Yes.

13   Q   Where were you coming back from?

14   A   The flight was from Roma, Italy.

15   Q   And on your trip from Chicago to Detroit,

16 were you traveling by yourself or with anyone?

17   A   Can you repeat that?

18   Q   Just on the leg from Chicago to Detroit, were

19 you traveling by yourself or with anyone?

20   A   By myself.

21   Q   Okay.  Did you check any luggage?

22   A   Yes.

Page 56

1   Q   Did you take a carry-on as well?

2   A   Yes.

3   Q   Okay.  It says your carry-on was searched and

4 chemical tests were administered?

5   A   Yes.

6   Q   Okay.  Can you tell me about that?

7   A   I was walking with everyone through the exit.

8   Q   Exit where?

9   A   From the overseas flight to the other flight

10 from Chicago to Detroit.  I was heading to my gate

11 toward Detroit, and when I -- when I'm leaving the

12 luggage area, everyone was being stopped and they were

13 asked for their passport or boarding pass.  When they

14 got to me, they asked me to take a different lane.

15       They asked me where I'm coming from, what's

16 the reason?  I'm from my flight, why I came back and

17 they asked me to take a different lane than everyone

18 else, and my luggage and carry-on were searched and

19 chemical test.

20   Q   How long did that take?

21   A   About an hour.

22   Q   Did you catch your flight to Detroit?

Page 57

1   A   Yes.

2   Q   Did you have any problems checking into your

3 flight to Detroit from Chicago?

4   A   I do not recall.

5   Q   Did you have any problems boarding your

6 flight once you got to the gate?

7   A   There was a problem, but I do not remember

8 what it is.  I know I couldn't do it at the computer,

9 fast service, whatever.  I had to go to the corner.

10 So one of the airlines employees had to do it for me.

11   Q   Okay.  That's when you checked into your

12 flight at Chicago to go to Detroit?

13   A   Correct.

14   Q   Okay.  Did you have any problems boarding

15 your plane at the gate?

16   A   I do not recall.

17   Q   Did you have any problems once you were on

18 board that flight to Detroit?

19   A   Can you repeat that question?

20   Q   Did you have any problems once you boarded

21 the flight on the plane?

22   A   On the plane?

15 (Pages 54 - 57)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 58

1    Q   Yeah.

2    A   No.

3    Q   Okay.  Did you talk to anyone about --

4    A   I'm sorry.  Can we go back to the last

5    question?  I did have a problem on the plane from

6    Chicago to Detroit.  I was asked three times to change

7    my seat.

8    Q   Okay.  Do you know why you were asked to

9    change your seat?

10        MS. MASRI:  Objection, calls for speculation.

11        THE WITNESS:  I don't know why.

12        MS. KONKOLY:  Do you believe it was because

13   you were on a watch list?

14        MS. MASRI:  Objection, calls for a legal

15   conclusion, calls for speculation.  Objection as to

16   form.

17   BY MS. KONKOLY:

18   Q   You can answer.

19   A   I don't know.

20   Q   Did you talk to anyone about your experience

21   going through the Chicago airport on your way to

22   Detroit at the time, besides your attorney?

Page 59

1    A   No.

2    Q   Did you post about it on any of your social

3    media accounts?

4    A   No.

5    Q   Did you email anyone other than your attorney

6    about that experience?

7    A   No.

8    Q   Aside from these trips that we've talked

9    about, so Detroit to New York in July 2012, Detroit

10   out to Oakland and then Las Vegas back to Detroit in

11   either the end of 2013/early 2014 or the end of

12   2014/early 2015, and this last trip from Chicago to

13   Detroit, are there any other times that you've flown

14   domestically in the United States since you turned 18?

15   A   I do not recall.

16   Q   Have you taken any family vacations inside

17   the United States since you turned 18?

18   A   Through flight?

19   Q   Yeah.

20   A   No.

21   Q   Have you taken any trips with your wife

22   inside the United States?

Page 60

1        MS. MASRI:  As a clarification, are you

2    asking through flights?

3    BY MS. KONKOLY:

4    Q   Yes.  Have you flown with your wife inside

5    the United States?

6    A   My wife haven't been in the United States.

7    Q   Okay.  She's never entered the United States?

8    A   No.

9    Q   Have you flown to visit your parents inside

10   the United States?

11   A   No.

12   Q   Have you flown to visit other family members

13   inside the United States?

14   A   No.

15   Q   Have you flown to visit friends inside the

16   United States?

17   A   Other than the flights we --

18   Q   Other than the ones we've already talked

19   about?

20   A   No.

21   Q   Have you flown to attend a wedding inside the

22   United States?

Page 61

1    A   No.

2    Q   Have you flown to attend a bachelor party

3    inside the United States?

4    A   No.

5    Q   Have you flown to attend a funeral inside the

6    United States?

7    A   No.

8    Q   Have you flown for work inside the United

9    States?

10   A   I do not recall.

11   Q   Is it possible that you have flown for work

12   inside the United States?

13   A   I do not recall.

14   Q   So there's a possibility?

15   A   I don't remember any flights other than the

16   one we mentioned.  So I don't know if there's another

17   flight possible, but to the best of my knowledge,

18   those are the only flights I can recall.

19   Q   Inside the United States?

20   A   Correct.

21   Q   What efforts did you make to search for other

22   flights?

16 (Pages 58 - 61)

Anas Elhady
February 22, 2018
Elhady vs. Kable

Page 62

1    A   I'm sorry?
2    Q   What efforts did you make to search for other
3 flights?
4    A   I don't understand your question.
5    Q   To answer the questions that the defendants
6 put to you, to fill out this document, how did you
7 search?
8    A   How I was searched?
9    Q   Yeah.  How did you conduct a search to
10 provide your answers that you provided in this
11 document that we're talking about?
12   A   I do not understand the question honestly?
13   Q   Did you -- do you have an email account?
14   A   Email?
15   Q   Yes.
16   A   Yes.
17   Q   Do you book your flights using your email
18 account?
19   A   Sometimes.
20   Q   Did you run a search inside your email
21 account to see if you could find flights that you
22 might not remember off the top of your head?

Page 63

1    A   I did.
2    Q   Okay.  How long did you spend on that search?
3    A   I do not remember.
4    Q   How did you conduct that search?
5    A   I do not recall.
6    Q   Do you have any idea when that was?
7    A   The past two years, within the past two
8 years.
9    Q   Within the past two years, and you conducted
10 such a search since last October?
11   A   I do not recall exactly.  I know I did
12 search, but I do not remember when exactly.  It's in
13 the past year definitely, past year.
14   Q   Do you recall what search terms you used when
15 you ran that search?
16   A   I'm sorry.  Can you repeat the question?
17   Q   What kind of search terms did you put into
18 your email account?
19   A   Looked up flight numbers, just in the search
20 bar, to see if I can get any other flights than the
21 ones I mentioned.
22   Q   Can you turn back to page one?  I'm sorry,

Page 64

1 page five, paragraph one at the bottom.  Page five,
2 paragraph one.  It says, "That on July 14th, 2002, you
3 entered the United States at Detroit from Rome."  Is
4 that correct?
5    A   Correct.
6    Q   Okay.  How did you get to Rome?
7    A   Flight from Yemen.
8    Q   Okay.  Where did that trip start?
9    A   I do not recall.
10   Q   Were you living in the United States in July
11 2012?
12   A   Are you asking about paragraph one, because
13 that's 2002.
14   Q   I'm sorry.  Were you living in the United
15 States in July 2002?
16   A   That's when I moved here to the United
17 States.
18   Q   Okay.  So this trip disclosed in paragraph
19 one, this is when you first moved to the United
20 States?
21   A   Yes.
22   Q   And was that a direct flight from Rome

Page 65

1 straight to Detroit?
2    A   Yes.
3    Q   Were you traveling alone or with anyone on
4 that flight?
5    A   With my family.
6    Q   Okay, and who is in your family that you were
7 traveling with on that trip?
8    A   My father, mother and my three siblings.
9    Q   Okay.  Who are your siblings?
10   A   Awaab is the oldest.
11   Q   Can you spell that?
12   A   I'm not sure of the spelling, but it's
13 probably A-W-A-A-B.
14   Q   How much older is he?
15   A   He's 28, four years older than me.
16   Q   Okay.
17   A   And my other sibling is Moneeb, and he's two
18 years older than me, and my sister Kholood, K-H-O-L-O-
19 O-D.  She's a year and a half younger than me.
20   Q   Okay.  So it was the six of you traveling
21 together on that flight?
22   A   Yes.

17 (Pages 62 - 65)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 66

1    Q   Okay.  If you could turn the page to page
2  six, paragraph two at the top?  It says, "In March
3  2004, you entered the United States at Detroit on a
4  flight from Frankfurt," is that correct?
5    A   Yes.
6    Q   Okay.  So how did you get to Frankfurt?
7    A   Flight from Yemen to Frankfurt.
8    Q   And did you fly from Detroit to Yemen?  In
9  other words, we see that you've entered the United
10 States, but we don't have any information about when
11 you exited.  Our next information that you're coming
12 back.  I'm asking about when you left.
13   A   It's actually mentioned.  Just give me a
14 second.
15       (Witness reviewing document.)
16 BY MS. KONKOLY:
17   Q   Oh, you know what, I'm sorry.  I think I
18 might have missed that too, page seven, paragraph
19 seven.
20   A   There you go.
21   Q   So July 14th, 2013, you flew from Detroit to
22 Frankfurt?

Page 67

1    A   Yes.
2    Q   Okay.  Was that direct flight from Detroit to
3  Frankfurt?
4    A   To the best of my knowledge, yes.
5    Q   Who -- were you traveling by yourself or with
6  anyone?
7    A   With the same family I came with.
8    Q   Your whole family?
9    A   Yes.
10   Q   What was the purpose of this trip?
11   A   Going back to Yemen.
12   Q   To visit family?
13   A   We actually moved here to the United States
14 in 2002.  Then we decided, my parents decided to go
15 back to Yemen.
16   Q   To live?
17   A   Yes.
18   Q   Okay.  How old were you at the time in 2013,
19 I'm sorry, 2003?
20   A   Ten years.
21   Q   Okay.  So you went with them?
22   A   Yes.

Page 68

1    Q   Okay.  How long did you stay in Yemen?
2    A   Until my next entry to the United States,
3  which is on 2004.
4    Q   So from July 20, 2003 to March 2004, you
5  lived in Yemen; is that true?
6       MS. MASRI:  Objection.  Misstates prior
7  testimony and what's written.
8       THE WITNESS:  Can you repeat your question?
9  BY MS. KONKOLY:
10   Q   I'm understanding, and I'm asking you to
11 clarify, that from July 2003 to March 2004, you
12 returned to live in Yemen with your family; is that
13 accurate?
14   A   Correct.
15   Q   And on your return flight in March 2004, were
16 you traveling by yourself or with anyone?
17   A   With my family, but without my two brothers.
18   Q   So your mom, your dad, you and your sister
19 were on that flight?
20   A   Correct.
21   Q   In March 2004?
22   A   Yes.

Page 69

1    Q   Okay.  Was that a direct flight from
2  Frankfurt to Detroit?
3    A   I believe so.
4    Q   Okay, and what was the purpose of this trip?
5    A   My mom was pregnant and she -- we came here
6  so she can give birth to my younger sister.
7    Q   Okay.  So you have a fourth sibling as well
8  now?
9    A   Yes.
10   Q   Okay.  How long did you stay in the United
11 States?
12   A   I do not recall exactly, but it was -- it was
13 in June, like it's mentioned in paragraph eight.
14 That's the exit flight.
15   Q   So from March to June, you returned to the
16 Detroit area while your mother gave birth to your
17 younger sibling?
18   A   Correct.
19   Q   Okay, and when you returned in June 2004 from
20 Detroit to Frankfurt, were you traveling by yourself
21 or with others?
22   A   With the rest of the family.

18 (Pages 66 - 69)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 70

1    Q   Okay.  Was your whole family on that flight?
2    A   Yes.
3    Q   Including all of your siblings?
4    A   Including my two sisters.
5    Q   Okay.  Was that a direct flight from Detroit
6  to Frankfurt, or were there any layovers?
7    A   I believe so.
8    Q   You believe it was a direct flight?
9    A   Yes.
10    Q   Okay.  The next flight I see in these
11  responses is paragraph three.  It says, "In April
12  2012, you entered the United States at Detroit from
13  Saudi Arabia."  Is that the next time you flew
14  internationally?  Let me ask you this.  Is that the
15  next time you entered the United States?
16    A   Yes.
17    Q   Okay.  So between June of 2004 and April of
18  2012, you did not enter the United States?
19    A   No.
20    Q   Okay.  What was the purpose of this trip in
21  April of 2012?
22    A   I came with my aunt.

Page 71

1    Q   Okay.  Is that the same aunt you mentioned
2  earlier?
3    A   Yes.
4    Q   What was her name again?
5    A   Arid.
6    Q   And what was the purpose of this trip?
7    A   She came here for a hospital examination or
8  something, and I came to -- I came with her to help
9  her with her kids that she had with her.
10    Q   Okay.  Was anyone else on that flight, aside
11  from your aunt and her children and you?  Actually,
12  were you traveling with anyone besides your aunt and
13  her children on that flight?
14    A   No one was with us, no.
15    Q   Okay.  How old were you at the time?
16    A   2012?
17    Q   Yeah.  About 19?
18    A   Nineteen.
19    Q   Paragraph three says you were escorted by a
20  Customs officer to a private room.  Can you tell me
21  about that?
22    A   Okay.  So like all the time we -- everyone

Page 72

1  else were going through the booth to be, you know,
2  checked into the United States, and the Customs, they
3  took my passport, asked me where I'm coming from,
4  what's the reason and why I'm coming to the United
5  States.  And then they asked me if anyone lives with
6  me, and I told them about my aunt that was with me.
7  Then they took me and her to the room.
8         But they -- I stayed there for approximately
9  about two hours for questioning, and they kept asking
10  me about where I'm going to stay at, what's my plan in
11  the United States, and what have I done outside the
12  United States since my last visit.  And they also told
13  me why I'm coming back to the United States and a lot
14  more questions.  I do not recall.
15    Q   Okay.  This says the flight was from Saudi
16  Arabia to Detroit.  Was that a direct flight?
17    A   Saudi Arabia to Detroit.  I do not recall.
18    Q   Were you living in Saudi Arabia at the time?
19    A   No.
20    Q   Were you living in Yemen?
21    A   Yes.
22    Q   Did you fly from Yemen to Saudi Arabia?

Page 73

1    A   I do not recall.
2    Q   Do you recall how you got from Yemen to Saudi
3  Arabia?
4    A   I was traveling at that time with my dad.
5  I'm not sure if I came from Yemen or from somewhere
6  else.
7    Q   Do you recall if you flew into Saudi Arabia?
8    A   Yes.
9    Q   Okay.  Did you have any trouble boarding your
10  flight in Saudi Arabia?
11    A   There's actually someone did it for us.  I
12  got straight to the plane.
13    Q   Okay.  So I understand you to be saying the
14  were no issues checking into or boarding your flight
15  in Saudi Arabia coming to Detroit?
16    A   Not that I know of.
17    Q   Okay.  Were there any problems on your trip
18  from wherever you were flying in from to Saudi Arabia
19  prior to the flight to Detroit?
20    A   No.
21    Q   Okay.  Did you write about the screening
22  experience with Customs?  When you arrived in Detroit,

19 (Pages 70 - 73)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 74

1 did you write about that experience on any of your
2 social media accounts?
3      A  No.
4      Q  Did you talk to anyone besides your attorney
5 about it?
6      A  I did talk.
7      Q  Who else besides your attorney did you talk
8 to?
9      A  My family and my uncles.
10      Q  Okay.  Who did you talk to in your family
11 about that?
12      A  Mom and dad and my uncles and my cousins.  I
13 do not remember who it is that I spoke to exactly, but
14 I remember telling my family about the story and why
15 we were delayed two hours.
16      Q  Did you email anyone aside from your
17 attorneys about that experience?
18      A  No.
19      Q  How long did you stay in the United States on
20 that trip with your aunt in April 2012?
21      A  In paragraph nine, that's my exit on July
22 2012 from JFK to Saudi Arabia.

Page 75

1      Q  So you stayed from April to July 2012?
2      A  Correct.
3      Q  Were you in the Detroit area that whole time?
4      A  No.  I was in Toledo.
5      Q  You were in Toledo, okay.  Did you fly
6 domestically during that time?
7      A  I do not recall.
8      Q  It's possible that you did?
9      A  I'm not sure.
10      Q  Do you believe that your experience with
11 Customs at the Detroit airport in April 2012 was
12 because you were on a watch list?
13      MS. MASRI:  Objection, calls for a legal
14 conclusion, calls for speculation.  Objection as to
15 form.  Answer if you know.
16      THE WITNESS:  It was chosen.  I'm not sure
17 why they chose me in specific.
18      MS. KONKOLY:  Were there any specific
19 consequences for the delay that you encountered at
20 Customs in Detroit in April 2012?
21      MS. MASRI:  Objection, calls for a legal
22 conclusion.  Objection as to form.

Page 76

1      THE WITNESS:  I did not understand that
2 question.
3      MS. KONKOLY:  Were there any consequences
4 that followed from the two hours that you spent with
5 Customs at the Detroit airport in April 2012?
6      MS. MASRI:  Same objection.  Sorry, same
7 objection.
8      THE WITNESS:  There is.  My family was
9 worried about where I was and since it was the, you
10 know, it took long time for me to travel back to the
11 United States.  So my family was worried about me.  I
12 remember leaving there and I got so many phone calls
13 from my family.
14      From my uncle and my cousin that were waiting
15 for us, they were -- I remember they were panicking
16 where have we been.  It's been more than two hours
17 since our flight arrived, and also my mom was calling
18 to find out where have we -- where did we disappear.
19 That's what led me to tell my whole family why we were
20 delayed and chosen to be questioned and searched.
21 BY MS. KONKOLY:
22      Q  Is that the first time in your life that you

Page 77

1 encountered additional screening or searching at an
2 airport?
3      A  Yes.
4      Q  So we'll turn to paragraph nine.  It says,
5 "In July 2012, you exited from JFK to Saudi Arabia."
6 Is that accurate?
7      A  To the best of my knowledge, yes.
8      Q  Okay, and did you fly from Detroit to JFK on
9 the first leg of that trip?
10      A  Yes.
11      Q  Is that the trip that we talked about
12 earlier, paragraph one on page 13?
13      A  Yes.
14      Q  Is it a direct flight from Detroit to JFK?
15      A  I believe so.
16      Q  Was it a direct flight from JFK to Saudi
17 Arabia?
18      A  I do not recall.
19      Q  Were you traveling alone or with anyone on
20 that flight?
21      A  With my aunt and her kids.
22      Q  Okay.  What was the purpose of this trip in

20 (Pages 74 - 77)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 78

1 July 2012?

2   A  Going back to where she was living in the

3 United States, in Saudi Arabia, sorry.

4   Q  Okay.  Did you return to Yemen to live at

5 that time?

6   A  Give me a second.  I do not recall.

7   Q  I believe you testified that you were living

8 in Yemen prior to this trip that you took with your

9 aunt for medical care.  Is that accurate?

10   A  I was living in Yemen, but like I mentioned

11 earlier, my dad was all over the Middle East for work,

12 and I remember I was with him when I came to Saudi

13 Arabia to meet my aunt, travel to the United States.

14 Then when I came back, I am not sure if he was in

15 Yemen or somewhere else.  But I remember flying to

16 meet, to go back with him.

17   Q  Okay.

18   A  For wherever he was.

19   Q  To stay with your dad?

20   A  Yes.

21   Q  In the Middle East?

22   A  Correct.

Page 79

1   Q  Okay.  Did you travel around with him in the

2 Middle East?

3   A  Between the Middle East and South Africa.

4   Q  Okay.  So you rejoined him in July 2012?

5   A  Correct.

6   Q  Okay.  How long did you stay with him,

7 traveling with him in the Middle East and North

8 Africa?

9       MS. MASRI:  Objection, misstates prior

10 testimony.

11       THE WITNESS:  I do not recall.

12       MS. MASRI:  I believe he said South Africa,

13 just to clarify.

14 BY MS. KONKOLY:

15   Q  Oh, South Africa?

16   A  Yes.

17   Q  Okay.  Was it more than a month?

18   A  Traveling?

19   Q  Yeah.  You said you returned to stay with

20 your dad, and I understand your testimony to be that

21 you moved from place to place with him for a period of

22 time?

Page 80

1   A  Yes.

2   Q  And I'm trying to figure out how long that

3 period of time was?

4   A  It was until my next entry to the United

5 States, in July 2013.

6   Q  Is that in paragraph ten?

7   A  I'm sorry.  I take that back.  It was -- it

8 was in --

9   Q  The next one I see is October 2012, paragraph

10 four.

11   A  Yes, until that time.

12   Q  So between July 2012 and October 6, 2012, you

13 were traveling with your father?

14   A  Correct.

15   Q  Okay.  Were you flying with your father?

16   A  Yes.

17   Q  How frequently were you flying?

18   A  I do not recall.

19   Q  Was it weekly?

20   A  No.

21   Q  Was it monthly?

22   A  Yes.

Page 81

1   Q  So would you say you took at least three or

2 four trips during that period by airline?

3   A  Around that.

4   Q  Okay.  Were they all international flights?

5   A  Yes.

6   Q  Okay.  Were there possibly more than three or

7 four trips during that period?

8   A  I'm not sure.

9   Q  Did you try to search for those flights when

10 you were responding to these questions?

11   A  Yes.

12   Q  Paragraph four.  When you returned from Yemen

13 to Detroit in 2012, what was the purpose of this trip?

14   A  In 2012, I came back to the United States to

15 attend college and live here.

16   Q  Okay.  Is that when you enrolled at Henry

17 Ford?

18   A  Yes.

19   Q  Let me go back just a little bit.  What

20 countries, when you were traveling with your dad in

21 the Mideast and to South Africa, what countries did

22 you visit with your dad between July and October 2012?

21 (Pages 78 - 81)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 82

1    A  The ones I still remember are Ethiopia.
2    Q  Which one?
3    A  Ethiopia.
4    Q  Oh, Ethiopia.
5    A  Okay, and that's all I can remember.
6    Q  South Africa?
7    A  No.  It's in South Africa.  Ethiopia is in
8  South Africa.  Not the country South Africa.
9    Q  Okay.  Were there any countries in the Middle
10 East you recall traveling to with your father?
11   A  I do not remember.
12   Q  What does your father do?
13   A  Are you asking what was his job?
14   Q  Yeah.  I was trying to get a sense for why
15 the travel.
16   A  He was -- he had a business, a farming
17 business that I was helping him with, basically moving
18 papers and contracts.
19   Q  A farming business?
20   A  Yeah.  It's called Elhady Ingami (ph) Farms.
21   Q  Okay.  Does he sell farm equipment?
22   A  He sells cows and sheeps.

Page 83

1    Q  Okay.  Was it just you and your dad or was
2  anybody else traveling with you?
3    A  Just me and my dad.
4    Q  Okay.  Let's go back to your trip on October
5  6, 2012 from Yemen to Detroit.  Was that a direct
6  flight from Yemen to Detroit?
7    A  There was a stop, but I do not recall where.
8    Q  Okay.  So it was Yemen to somewhere, and
9  somewhere to Detroit?
10   A  Probably yes.
11   Q  Do you remember if that intermediate stop was
12 inside or outside the United States?
13   A  I'm not sure.
14   Q  Okay.  Did you have any issues checking into
15 your flight in Yemen?
16   A  No.
17   Q  Did you have any issues going through
18 security in Yemen?
19   A  No.
20   Q  Did you have any issues boarding your flight
21 in Yemen?
22   A  No.

Page 84

1    Q  Did you have any issues at the location of
2  your layover between Yemen and Detroit?
3    A  No.
4    Q  When you arrived in Detroit, it says that CBP
5  agents were waiting for you.  How do you know they
6  were waiting for you?
7    A  Because the minute I arrived, there was
8  agents, one agent in each booth until I walked to the
9  booth and my turn, it's time for my turn to walk into
10 the booth.  I walked in and another agent walked into
11 the booth with a guy -- with the agent that was there,
12 and he entered my information and the agent that was
13 at the booth talked with another agent that came to
14 the booth, and they told me to follow that agent that
15 came to the booth when I walked into the booth.
16   Q  Okay, and what happened?
17   A  And then they took me to a room where I was
18 asked what I was doing in Yemen, if I joined any
19 groups.  Do I know anyone?  Do I have any relationship
20 with Al-Garda and bin Laden and all the terrorist
21 groups in Yemen?
22      They asked me what's the reason of my visit,

Page 85

1  what's my plans and also my luggage were searched and
2  details, and my phone was taken and searched, and
3  there was a camera recording everything that I was
4  asked right in front of me.
5    Q  Whose camera?
6    A  The agent that was in the room.
7    Q  Okay.  Was it your camera?
8    A  No.
9    Q  Okay.  How long did -- how long did they
10 question you for?
11   A  I did not recall exactly.  It was about six
12 hours.
13   Q  How do you know it was six hours?
14   A  My watch on me.
15   Q  Okay.  Did you take notes?
16   A  No.
17   Q  Did you talk to anyone but your attorney
18 about it at the time?
19   A  I did actually talk to my family about it,
20 because they were worried and the same panic happened
21 in the whole family, because I was -- I was being
22 delayed and my relatives that were waiting for me

22 (Pages 82 - 85)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 86

1 outside the airport waited for more than six hours,
2 not knowing what happened to me.
3        The same thing happened to my mom.  She was
4 in a panic mode.  Nobody knew where I was, and I also
5 asked them if I can at least inform my cousins or and
6 my uncle.  I do not remember who was, who came for me,
7 picked me up from the airport.
8        But I asked the agents if I can at least
9 inform them that I'm being questioned and so they can
10 at least know where I am.  But they asked, they told
11 me that I can't have any contact with them until I
12 finish my questioning or searched.
13   Q  Do you recall what time your flight landed?
14   A  No.
15   Q  Was it morning, afternoon, evening?
16   A  It was in the daytime.  I'm not sure exactly.
17   Q  Do you recall what time of day it was when
18 you were able to join your family?
19   A  No.
20   Q  Did you email anyone other than your attorney
21 about this experience at the time?
22   A  No.

Page 87

1   Q  And I can't recall if I've asked you this
2 already or not for this question.  Were you traveling
3 alone or with anyone on this trip?
4   A  Alone.
5   Q  Was there anyone you knew who witnessed these
6 events?
7   A  No.  My relatives that were waiting for me,
8 they knew I was delayed and they know my flight
9 arrived six hours before, and I did not exit until
10 approximate six hours after.
11   Q  But inside the airport, you didn't run into
12 anyone that you knew?
13   A  No.
14   Q  Okay.  Were there any specific consequences
15 for this delay with Customs upon your return in
16 October 2012?
17       MS. MASRI:  Objection, calls for a legal
18 conclusion.  Calls for speculation.  Objection as to
19 form.
20       THE WITNESS:  I did not understand that
21 question.  Can you repeat it?
22       MS. KONKOLY:  Were there any consequences

Page 88

1 that followed from this experience with Customs in
2 October 2012?
3       MS. MASRI:  Same objection.
4       THE WITNESS:  This questioning was basically
5 my whole family was, you know, worried why I was
6 selected for the second time into the United States,
7 and why this always happened to me, and just that the
8 whole family worried and got me also from entering or
9 exiting the United States.
10       MS. KONKOLY:  Do you believe that your
11 experiences with Customs in October 2012 is because
12 you were on a watch list?
13       MS. MASRI:  Objection, calls for a legal
14 conclusion.  Calls for speculation.  Objection as to
15 form.
16       THE WITNESS:  I do not know.
17 BY MS. KONKOLY:
18   Q  Can you turn to paragraph ten?  It says, "In
19 July 2013, you exited the United States on a flight to
20 Yemen."  Is that accurate?
21   A  Yes, around July or around July.
22   Q  Okay.  Can you be more specific than the

Page 89

1 United States?  Were you leaving from Detroit?
2   A  I'm not sure.
3   Q  You don't recall where you flew out of?
4   A  No.
5   Q  Do you recall if it was a direct flight to
6 Yemen?
7   A  There has to be a stop between the United
8 States and Yemen.  I'm not sure where I was.
9   Q  You had a layover somewhere?
10   A  Yes.  I'm not sure if it's in the United
11 States or outside, but there was a layover somewhere.
12   Q  Okay.  Were you traveling by yourself or with
13 anyone on this trip?
14   A  I'm not sure if my brother was with me.
15   Q  Which brother --
16   A  Moneeb.
17   Q  What was the purpose of this trip?
18   A  Back to visit my mom and dad in Yemen.
19   Q  Was Yemen your final destination?
20   A  Yes.
21   Q  Did you cross any other international borders
22 while you were abroad?

23 (Pages 86 - 89)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 90

1    A   I'm not sure.

2    Q   Did you possibly fly through the United Arab

3  Emirates?

4    A   That's on my way back to the United States.

5    Q   Okay.  On your way back?

6    A   To the United States.

7    Q   Okay.

8    A   Not going back to Yemen.

9    Q   Okay, okay.  So there were -- there was a

10  layover somewhere.  You don't think it was in the UAE?

11    A   I think it was in Paris.

12    Q   Paris?

13    A   Yes.

14    Q   Okay.

15    A   I'm not sure, because I remember stopping in

16  Paris with my brother.  I don't know if that was on

17  the way to Yemen or after stopping in Dubai, then

18  Paris, then the United States, going back here.

19    Q   Okay, and this was to visit your family back

20  in Yemen?

21    A   Correct.

22    Q   Okay.  Who was living in Yemen at that time?

Page 91

1    A   My whole family.

2    Q   Okay, and do you recall whether you made any

3  trips to other countries during this time you were

4  visiting?

5    A   I do not recall any trips.

6    Q   Okay.  Is it possible that you took some?

7    A   I do not know.

8    Q   Did you travel with your dad on business at

9  all during this period of time?

10    A   No.

11    Q   Paragraph five, back on page six.  It says on

12  August 27, 2013, you entered the United States on a

13  flight from Dubai.  Is this your return trip from this

14  trip to Yemen you were just discussing?

15    A   Yes.

16    Q   Okay.  So here you flew back through Dubai?

17    A   Correct.

18    Q   Did you fly from Yemen to Dubai?

19    A   Yes.

20    Q   Okay.  Did you have any issues boarding your

21  flight in Yemen?

22    A   No.

Page 92

1    Q   Did you have any issues going through

2  security in Yemen?

3    A   No.

4    Q   Did you have any issues at the layover in

5  Dubai?

6    A   No.

7    Q   And just to clarify, you didn't have any

8  issues either checking in or going through security or

9  boarding your flights in Dubai?

10    A   No.

11    Q   Okay.  It says when you -- first of all, it

12  says you entered the United States.  Where

13  specifically did you enter?

14    A   On August 27th?

15    Q   2013.

16    A   I'm not sure.  The last destination was

17  Detroit, but I'm not sure if we stopped somewhere else

18  in the United States as a layover.

19    Q   So there might have been another layover in

20  the United States?

21    A   I'm not sure.

22    Q   Did you look for that itinerary when you were

Page 93

1  responding to this question?

2    A   Yes, and I did not find any.

3    Q   Do you recall where you encountered Customs?

4    A   Are you asking where?

5    Q   Yeah.  Was it at Detroit or was it in a

6  different city?

7    A   That was in Detroit.

8    Q   Okay.  But there may have been another stop

9  in the United States before you got to the Detroit?

10    A   I'm not sure.  I don't think so.

11    Q   Okay.  What happened when you arrived at

12  Detroit?

13    A   I was escorted to the same thing happened.

14  When I reached the booth, there was agent the minute

15  my -- I'm sorry, go back.  The minute the agent

16  scanned my passport at the scanner, he closed the

17  window and called on his radio for agents came to the

18  booth.

19       They asked me if I'm here with anyone and I

20  told them that my brother that was with me also.  They

21  scanned his passport.  They called for another agent.

22  They came, took us to our luggage.  They waited with

24 (Pages 90 - 93)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 94

1  us.  We picked up our luggage and then they took me
2  and my brother and our luggage to the, a different
3  room, where they took everything in our luggage and
4  asked us about every detail.
5       From clothes, where we got them from and from
6  the gifts that we had for relatives here, why and for
7  who they are.  They also searched my wallet and asked
8  me detail about each card, when I got it, who's it for
9  and also business cards that I had there.  They asked
10 me details about the people and the business cards.
11      There was also pictures for my relatives and
12 family I always keep on my wallet.  They asked me
13 about them.  They took them to make copies of
14 everything in my wallet.  They also took my phone and
15 asked me to open it so they can -- they asked me to
16 open the password, and then they took it back to a
17 different room and gave it back to me before I left.
18      It took about, I don't know if it's an hour
19 or two until they gave me back my phone.  But they
20 made me take everything that was my jacket, my shoes,
21 everything again and pat me down.  There was also SIM
22 cards that I had in my wallet.  They asked me where

Page 95

1  did I use them, under who's name are they, what's
2  their number and where I bought them from.
3       They asked me about pictures that I had on my
4  phone and when did I took them, who are these people
5  and my phone, pictures and also contacts that I had
6  there.  They asked me about some of them.  They just
7  -- after they came back from their room, they asked me
8  about contact and phone numbers that I had there, and
9  who are these people and what's my relationship and
10 when did I know them, each details about each
11 contact and phone number and pictures that I had at
12 that time.
13 Q   You said you were traveling with your
14 brother?
15 A   Yes.
16 Q   Which one?
17 A   Moneeb.
18 Q   Were you traveling with anyone else?
19 A   No.
20 Q   Was there anyone else you knew who witnessed
21 this incident?
22      MS. MASRI:  Objection, calls for speculation.

Page 96

1       THE WITNESS:  At the airport?
2  BY MS. KONKOLY:
3  Q   Yeah, at the airport.
4  A   No.
5  Q   Did you talk to anyone aside from your
6  attorney about this?
7  A   I talked to my family and my friends.
8  Q   What friends did you talk to?
9  A   I do not recall.
10 Q   How many people would you say that you talked
11 to?
12 A   I'm not sure.
13 Q   More than five?
14 A   Yes.
15 Q   More than five friends?
16 A   Yes.
17 Q   Did you post about this experience on any of
18 your social media accounts?
19 A   No.
20 Q   Did you email about this to anyone but your
21 attorney?
22 A   No.

Page 97

1  Q   Did you write about it in a journal or a
2  diary or anywhere else?
3  A   No.
4  Q   Have you ever kept a journal?
5  A   Yes.
6  Q   Have you written about any of the other
7  flights or travel experiences that we've talked about
8  so far in your journal?
9  A   Have I wrote?
10 Q   Yeah.  Have you written about any of the
11 travel, anything we've talked about in today's
12 deposition?  Have you written about that in your
13 journal?
14 A   I'm not sure.  I do not recall.
15 Q   Okay.  Do you still have your journal?
16 A   No.
17 Q   Okay.  What years did you keep a journal?
18 A   I'm sorry?
19 Q   What years did you keep a journal?
20 A   It was between 2010 and 2014.
21 Q   Okay.  Did you write in it daily?
22 A   No.

25 (Pages 94 - 97)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 98

1    Q   Weekly?
2    A   No, just whenever I liked.  Sometimes it
3  takes months; sometimes days.  I lost it anyway.
4    Q   Okay.  When did you lose it?
5    A   I'm not sure.
6    Q   Did you start another one?
7    A   No.
8    Q   Were there any consequences that were
9  specific to this experience with Customs that we were
10 just talking about?
11       MS. MASRI:  Objection, calls for a legal
12 conclusion.  Calls for speculation.  Objection as to
13 form.
14       THE WITNESS:  Can you repeat that question?
15       MS. KONKOLY:  Were there any consequences
16 that followed from your experience with Customs that
17 we were just discussing?
18       MS. MASRI:  Same objections.
19       THE WITNESS:  Are you referring to paragraph
20 four?
21 BY MS. KONKOLY:
22    Q   Let me check.  Five.  We're talking about

Page 99

1  your return trip from Dubai to the United States;
2  correct?
3    A   Yes.  There is actually a lot of consequence
4  that followed that.  After coming back from Dubai and
5  all the questioning and I had in my phone got taken,
6  and I was asked about the pictures and all the SIM
7  cards that I had, I had the agents came to my house
8  where I listed that I was going to be living.  And
9  also to other relatives that have the same last name.
10       Agents came to their house looking for me.  I
11 was at the time staying with my cousin, and they just
12 came to my uncle's house, two of my uncle's houses
13 looking for me.  They left their card.  I believe they
14 were the FBI based on what they mentioned to my
15 uncles, and they left their phone number and asked my
16 uncles to deliver a message that they want to talk to
17 me as soon as possible.
18       That was within a month from my day, month to
19 two months from when I entered the United States.
20    Q   Who were the uncles who the FBI came to
21 visit?
22    A   Taher Elhady.

Page 100

1    Q   Spell it.
2    A   T-A-H-E-R.
3    Q   Okay, and other one?
4    A   Badeel, B-A-D-E-E-L.
5    Q   Okay.  Do they both live in the Detroit area?
6    A   Yes.
7    Q   Okay, and you said the FBI agents left their
8  cards with your uncles?
9    A   Yes.
10    Q   Were those cards given to you?
11    A   No.  They just -- they just called me and
12 gave me the phone number that was on there.
13    Q   And did you call the agent back?
14    A   I did.
15    Q   You did?
16    A   Yes.
17    Q   Okay.  When did you make that phone call?
18    A   I'm not sure.
19    Q   What did you discuss with the FBI agent?
20    A   I was asked about details about groups in
21 Yemen, terrorist groups and if I joined them, and even
22 though I said no, I did not join anything, I was also

Page 101

1  asked if I joined military groups and I said no.  I
2  was asked about terrorist names, bin Laden and other
3  knowing terrorist people that I used to hear in the
4  social media or TV, if I know them personally, if I
5  know where they live and any details about them.
6       All my answers were no to that, and I was
7  also asked who I'm living with, where I will be
8  staying, what's my plans in the United States, if I'm
9  working or not.  Basically, everything about my plans
10 in the future and who, where I could be possibly
11 living at that time, and if I have any contact with
12 people in Yemen other than my family.  That's it.
13    Q   How long did that phone conversation last?
14    A   More than 40 minutes.
15    Q   Okay.  Did you ever talk to an FBI agent on a
16 different occasion?
17    A   I did.  I received more than phone call from
18 FBI after that.
19    Q   A different phone call?
20    A   Yeah.
21    Q   Okay.  What was the other phone call?
22    A   I do not recall what date exactly, but there

26 (Pages 98 - 101)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 102

1  was a call from an FBI agent called me and basically
2  asked me the same questions, but different people.
3  Asked me about my school and all that, and then about
4  a month later or something, or more than a month, I'm
5  not sure, I got the same phone call from the same FBI
6  agent.
7         Told me where I was and I told them at
8  school, and he said --
9      Q   He told you where you were?
10     A   Yes.  He asked me where I was.
11     Q   He asked you where you were?
12     A   Yes.
13     Q   Okay.
14     A   And I told him I'm at school right now, and
15 he said I know you're at school.  Where exactly in
16 school, and I was shocked because I was walking to my
17 class at that time.  I was like what do you mean
18 exactly where I am in school, and he said I have --
19 I'm at the security building at your school right now.
20 I know you're at school.  Just tell me which building
21 exactly so I can come and give you some documents.
22        I told him right now I'm walking to my class.

Page 103

1  What kind of documents, and I need to talk to my
2  attorney about this before I receive any documents or
3  talk to you.  He told me that my cell phone was, you
4  know, being -- you know, they've been listening to my
5  phone calls and everything, and we just want
6  to talk to you and give you notice that we've been
7  search your phone and your phone calls and all that.
8         I told him I'm walking to my class.  I
9  believe I had an exam at that point, and I told him I
10 don't want to talk or see him until I talk to my
11 attorney about this.  It could be after class.  But he
12 told me okay, if you don't want to come right now,
13 don't worry about it.  That's it.
14     Q   So did you meet him?
15     A   No.
16     Q   Did you ever meet him?
17     A   No.
18     Q   Did you ever receive the documents that he
19 wanted to give you?
20     A   No.
21     Q   Did you -- okay.  You never got the documents
22 that he wanted to give you?

Page 104

1      A   No.
2      Q   Okay.  I understand that from your testimony
3  there were two different phone calls, plus this third
4  one at the time the agent wanted to meet you on
5  campus?
6      A   Yes.
7      Q   So three altogether?
8      A   To the best of my knowledge, yes.  There was
9  many missed calls that I received I remember, but I
10 was in class or busy with something else.  But they
11 left me a voicemail but it was private phone number,
12 so it does not show in my voicemail.
13     Q   Do you recall the agent's name?
14     A   I believe it was Josh.
15     Q   Josh.  Do you remember the last name?
16     A   No.
17     Q   Was it the same agent that you talked to on
18 all three occasions?
19     A   No.
20     Q   Was it three different agents or was --
21     A   The first one was a lady that I spoke to.
22     Q   Do you recall her name?

Page 105

1      A   No.
2      Q   Okay.  Was Josh the person that you spoke to
3  on the second occasion or the third occasion or both?
4      A   Both, second and third.
5      Q   Okay.  If I can have you turn back to Exhibit
6  A.  Paragraph 157 is on page 31.
7      A   What paragraph was that?
8      Q   157.  It states, "On December 2nd, 2015, FBI
9  Special Agent Josh Allen contacted Mr. Elhady and
10 informed him that his phone was being tapped, and that
11 all his calls were being listened to by the FBI."  Is
12 that referring to the third conversation you
13 described?
14     A   That's the third phone call.
15     Q   That's the one when you were on campus?
16     A   Yes.
17     Q   Okay.  It's 12:38.  Do you want to take a
18 short lunch break?
19         MS. MASRI:  Yeah.
20         MS. KONKOLY:  How long do you need?
21         MS. MASRI:  How are you doing on time?  We
22 have late flights or he has a late flight today so --

27 (Pages 102 - 105)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 106

1    MS. KONKOLY:  We need to go through the rest
2  of his travel and the rest of the questions that you
3  should be familiar with by now so --
4    MS. MASRI:  I mean does --
5    MS. KONKOLY:  I'd prefer a short lunch break,
6  but tell me how much you would like.
7    MS. MASRI:  Can we do 45 minutes?
8    MS. KONKOLY:  Sure.
9    MS. MASRI:  Does that work?  Okay.  What time
10  is it right now?
11    MS. KONKOLY:  It's 12:40, so let's say to
12  1:30?
13    MS. MASRI:  Yeah, that works.
14    (Whereupon, at 12:40 p.m., a luncheon recess
15    was taken.)
16
17
18
19
20
21
22
23

Page 107

1    A F T E R N O O N  S E S S I O N
2    CONTINUED EXAMINATION BY COUNSEL FOR DEFENDANTS
3  BY MS. KONKOLY:
4    Q  Mr. Elhady, do you understand that you're
5  still under oath?
6    A  Yes.
7    Q  I have one follow-up question from the trips
8  that we talked about this morning before we move on.
9  Regarding the trip, this is page 13, paragraphs five
10  and six.  We discussed your flight on August 23rd from
11  Chicago to Detroit, August 23rd, 2015.  You recall
12  that, right?
13    MS. MASRI:  Which exhibit?
14    THE WITNESS:  Which exhibit is that?
15  BY MS. KONKOLY:
16    Q  Oh, I'm sorry.  We're on the same exhibit,
17  Exhibit F.
18    A  Page 13.
19    Q  Page 13, paragraph five and then six on the
20  next page, which is the same flight.
21    A  Okay.  Can you repeat your question?
22    Q  We discussed earlier this morning your flight

Page 108

1  from Chicago to Detroit on August 23rd, 2017.  Do you
2  recall that flight?
3    A  Yes.
4    Q  I believe that's the flight where you were
5  asked to change your seat three times; is that
6  correct?
7    A  Correct.
8    Q  Okay.  What reasons were you given for being
9  asked to change your seat?
10    A  I did not know.  The flight attendant came to
11  me the first time he told me that there is a family
12  that needs to sit together, so if I can move to a
13  different seat in the middle row.  And then I moved,
14  but when I moved, the only one lady came and sit.  I
15  didn't see no family.
16    And then I sat there, and then again, the
17  same flight attendant came and asked me to move my
18  seat to all the way in the back, right in the middle
19  between two guys, which is a seat I did not, wasn't
20  comfortable with.  I asked her again if I can move
21  from that seat because I'm not comfortable to sit
22  right between two guys, and she told me she will try

Page 109

1  but she never came back.
2    Q  So did you move once or twice?
3    A  Twice.
4    Q  You moved twice and you asked the third time
5  you tried to make a move?
6    A  Yes.
7    Q  But she wasn't able to accommodate that?
8    A  Right.
9    Q  Okay.  If we could turn back to -- let me ask
10  you this.  Do you believe that those seat changes had
11  anything to do with your being on a watch list?
12    MS. MASRI:  Objection, calls for a legal
13  conclusion.  Calls for speculation.  Objection as to
14  form.
15  BY MS. KONKOLY:
16    Q  You can answer.
17    A  Yes.  That was something I haven't
18  experienced or none of the other people that were in
19  the flight had the same thing, plus when I was in the
20  third seat, I was talking with the person on the left
21  of me and his questions were kind of weird, the
22  questions, where I'm from, where I'm coming from, what

28 (Pages 106 - 109)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 110

1  am I doing, and I kept talking to him and, you know,
2  going back and forth just to make him feel, you know
3  --
4       I tried to think that it's not -- I wasn't
5  directed to sit next to him, but I realized he have
6  military background and/or criminal justice
7  background, based on his terms and knowledge that I
8  have.
9       Q  Okay.  I'm confused about how that relates to
10  your status on a watch list.  Can you explain that?
11      A  I felt like I was basically directed to sit
12  next to that person for some reason.
13      Q  Okay, and he asked you about where you were
14  traveling from?
15      A  He was asking me questions like A, how are
16  you, where are you coming from?  But I felt like it
17  wasn't normal, you know, to have these kind of
18  questions just from a person, you know, I first met.
19  It was kind of off, I felt.
20      Q  Okay.  He was asking you about where you were
21  traveling from?
22      A  Yes.

Page 111

1       MS. MASRI:  Objection, misstates prior
2  testimony.
3  BY MS. KONKOLY:
4       Q  How long did that conversation last?
5       A  The whole trip.
6       Q  How long was the trip?
7       A  I'm not sure, from Chicago to Detroit.  What
8  is that, three hours?  I'm not sure.
9       Q  Okay.  Did you ask him any questions about
10  where he was traveling from?
11      A  No.
12      Q  If you could turn to page eight,
13  interrogatory or paragraph 11?
14      A  Exhibit F.
15      Q  Exhibit F.  So then June 11th, 2017, you flew
16  from JFK to Turkey.  Is that accurate?
17      A  Yes.
18      Q  Okay.  So the last trip we discussed before
19  the break was your flight from Dubai, with a layover
20  somewhere to Detroit in August 2013.  Did you take any
21  international trips in between August 2013 and June of
22  2017?

Page 112

1       A  I haven't took any flights between that
2  period.
3       Q  Okay.  You made border crossings by car?
4       A  Correct.
5       Q  Okay, but no flights in and out of the
6  country between August of 2013 and June of 2017?
7       A  Correct.
8       Q  Okay.  It says you were going to Turkey.
9  Where were you specifically going to?
10      A  I went to Turkey.
11      Q  To Istanbul?
12      A  Yes.
13      Q  Was Istanbul your final destination?
14      A  No.
15      Q  What was your final destination?
16      A  I went after Turkey to Saudi Arabia.
17      Q  You were in Saudi Arabia?
18      A  Yeah.
19      Q  Okay.  What was the purpose of this trip?
20      A  Attend my brother's wedding and go get
21  married after.
22      Q  You guys got married at the same time?

Page 113

1       A  No.  It was about two weeks different.
2       Q  Okay.  Were both weddings in Saudi Arabia?
3       A  No.  He got married in Saudi Arabia.  I got
4  married in Yemen.
5       Q  Okay.  Paragraph 11 says you flew from JFK to
6  Istanbul or to Turkey, but you've clarified Istanbul.
7  How did you get to JFK?
8       A  Driving?
9       Q  You drove?
10      A  Yeah.
11      Q  Okay.  Did you park at the airport?
12      A  I rented a car and dropped it at the JFK car
13  return.
14      Q  Okay, and why did you drive on the portion of
15  the trip from Detroit to JFK?
16      A  Because I was traveling with my whole family,
17  and it was cheaper if we get a car than pay for
18  tickets from Detroit to JFK.
19      Q  Okay, and so when you said with your whole
20  family, who was with you on that trip?
21      A  It was me, my mom, my dad and my two little
22  sisters, Kholood and Arige (ph), and my brother

29 (Pages 110 - 113)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 114

1  Moneeb.
2    Q  Okay.  Did you have any issues checking into
3  your flight at JFK?
4    A  Yes.  It was actually our luggage were
5  searched.
6    Q  Let me start with the check-in counter.  Did
7  you have any issues just obtaining a boarding pass at
8  the counter?
9    A  Yeah.  Actually at -- it wasn't me that was
10  checking in.  It was my dad that had all our passports
11  and flight tickets, who approached the counter.  There
12  was an issue based on what they said is system issue,
13  and they moved to another counter so they can process
14  our luggage, and they finished processing everyone at
15  the old or the first counter.
16    Q  Okay.  How long did that take?
17    A  About an hour.
18    Q  Okay.  Do you recall looking at your watch?
19  How do you know it was an hour?
20    A  Because we arrived there two or three hours
21  before and based on the estimate that I had, we stayed
22  an hour until we got to the gate.

Page 115

1    Q  Okay.  Were you keeping track of time at the
2  time?
3    A  I always keep track.
4    Q  Okay.  Did you encounter any particular
5  difficulties passing through the security checkpoint?
6    A  No.
7    Q  Okay.  Did you encounter any issues boarding
8  your flight once you got to the gate?
9    A  Can you repeat that question?
10    Q  Were there any issues boarding your flight
11  once you arrived at the gate?
12    A  Isn't that the same question we discussed.
13    Q  No.  I'm asking about various points.  So
14  there -- the last question was about passing through
15  the security checkpoint, and then my next question is
16  -- my current question is when you get to the gate,
17  the seats outside the flight.
18    A  Oh, no.
19    Q  Okay.  Did you have any issues once you were
20  on the plane?
21    A  I don't -- no.
22    Q  Okay.  Was it a direct flight from JFK to

Page 116

1  Istanbul?
2    A  Yes.
3    Q  Okay.  No stops in between JFK and Istanbul?
4    A  No.
5    Q  Okay, and from Istanbul you proceeded on to
6  Saudi Arabia?
7    A  Yes.
8    Q  What city?
9    A  In Saudi Arabia?  Are you asking about --
10    Q  Yeah.  What city, what airport?
11    A  It was in El-Medina.
12    Q  Medina?
13    A  Yeah.
14    Q  Was it a direct flight from Istanbul to
15  Medina?
16    A  Yes.
17    Q  And how long did you stay in Saudi Arabia?
18    A  For 30 days.
19    Q  How many?
20    A  Thirty days.
21    Q  Thirty days, and then you went from Saudi
22  Arabia to Yemen?

Page 117

1    A  Yes.
2    Q  Did you fly from Saudi Arabia to Yemen?
3    A  I flew from the -- I was not able to cross
4  the border from Saudi Arabia to Yemen.  It was -- I
5  think they were closing the border at that time.
6    Q  They were closing the border to everyone?
7    A  Yes.
8    Q  Okay.
9    A  So I had to fly from Saudi Arabia to Oman,
10  and then take a bus to Yemen.
11    Q  Okay, and that was because of a border
12  protocol that was in place, just generally speaking at
13  that point in time?
14    A  Yes.  It was based on my visa.  They said if
15  apparently my visa for Saudi Arabia was if I enter by
16  flight I have to leave by flight.  So I had to leave
17  to Oman by flight and then take a bus to Yemen.
18    Q  Okay.  Were you traveling with your family
19  for that leg of your journey as well?
20    A  No.  I left them in Saudi Arabia.  They came
21  back to the United States, and I went to Oman.
22    Q  Okay.  So you traveled by yourself from Saudi

30 (Pages 114 - 117)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 118

1  Arabia to Oman, and then on to Yemen?

2    A  Correct.

3    Q  Did you get married in Yemen?

4    A  Yes.

5    Q  Was your family present for the wedding?

6    A  Not my parents and siblings, but my uncle, my

7  grandma, my other of my family, not my closer mom and

8  dad and siblings.

9    Q  Okay.  Did you talk to anyone aside from your

10  attorney about your screening at JFK on your way out

11  to Saudi Arabia at the time?

12    A  No.

13    Q  Did you post about that experience on any of

14  your social media accounts?

15    A  No.

16    Q  Did you email anyone aside from your attorney

17  about that experience?

18    A  No.

19    Q  Did you write about it anywhere else?

20    A  No.

21    Q  Was there anyone else you knew, aside from

22  your family who you were traveling with, who was

Page 119

1  present to witness that experience?

2    A  Just my family.

3    Q  Okay.  Were there any specific consequences

4  for the screening you received at JFK on your way to

5  Saudi Arabia?

6      MS. MASRI:  Objection, calls for a legal

7  conclusion.  Calls for speculation.

8  BY MS. KONKOLY:

9    Q  You can answer.

10    A  I did not understand the question honestly.

11    Q  Were there any consequences that followed

12  from the screening that you received at JFK on your

13  way to Saudi Arabia in June 2017?

14      MS. MASRI:  Same objection.

15      THE WITNESS:  Just a delay and rush to the

16  gate, because we kept that in mind that I might get

17  stopped for or delayed.  So we made time for that, and

18  arrived there three hours before the flight.  So we

19  had to rush to the gate.

20  BY MS. KONKOLY:

21    Q  Okay.  You caught your flight to Turkey

22  though?

Page 120

1    A  Yes.

2    Q  If you could flip back to paragraph six, page

3  seven?  It says, "On August 23rd, 2017, you entered

4  the United States at Chicago."  Is that accurate?

5    A  On paragraph six?  Was that paragraph six?

6    Q  Uh-huh, page seven.

7    A  Can you repeat your question?

8    Q  I'm just establishing that -- your statement

9  here that you entered the United States by air at

10  Chicago on August 23rd, 2017 is accurate?

11    A  Correct.

12    Q  It says you were coming from Rome?

13    A  Correct.

14    Q  So when we last left off you were in Yemen

15  for your wedding.

16    A  Uh-huh.

17    Q  Did you go from Yemen on to Rome?

18    A  I went from Yemen to Egypt, because that was

19  the only flight you can take from Yemen is Egypt or

20  Jordan.  So I fly to Egypt and then from Egypt to Rome

21  and then Rome to United States.

22    Q  Was Cairo the city you passed through in

Page 121

1  Egypt?

2    A  Yes.

3    Q  Did you stay in Cairo or was that just a

4  layover at the airport?

5    A  It was a layover, but I left the airport.  I

6  did not stay at the airport.  It was -- how long was

7  it, it was -- I remember I had to spend the night in

8  Cairo.

9      So it was a long layover, because the Yemeni

10  Airlines does not -- you cannot connect it with other

11  flights.  So you have to take it and make a space

12  between another flight in case you get delays because

13  you always get delays.

14    Q  Okay.  Were you traveling by yourself or with

15  anyone on that trip?

16    A  By myself.

17    Q  Okay.  So you traveled by yourself from Yemen

18  to Cairo and then on to Rome?

19    A  Correct.

20    Q  Okay.  Is this right after you got married?

21    A  Correct.

22    Q  Did you stay in Rome or was that just a way

31 (Pages 118 - 121)

Case 1:16-cv-00375-AJT-JFA   Document 305-1   Filed 03/12/19   Page 34 of 72 PageID# 12231

Anas Elhady
February 22, 2018
Elhady vs. Kable

Page 122

1 to get back to the United States?
2    A  It was the same layover for I think like
3 eight hours.
4    Q  Okay, and then was your flight direct from
5 Rome to -- what paragraph are we on again?
6    A  Chicago.
7    Q  Yeah, to Chicago?
8    A  Correct.
9    Q  There were no layovers between Rome and
10 Chicago?
11    A  No.
12    Q  Did you have any issues checking into your
13 flight at Rome, at the Rome airport?
14    A  No.
15    Q  Did you have any issues passing through
16 security in Rome?
17    A  In Rome, I do not recall.
18    Q  Did you have any issues boarding your flight
19 once you reached the gate at Rome?
20    A  I'm sorry, can you repeat that?
21    Q  Did you have any issues boarding your flight
22 once you reached the gate area at the Rome airport?

Page 123

1    A  No.
2    Q  Did you have any issues on the plane once you
3 boarded the plane in Rome?
4    A  No.
5    Q  So your interrogatory states that when you
6 landed at Chicago, CBP agents were waiting for you.
7 How do you know that they were waiting for you?
8    A  I did not state they were waiting for me. I
9 stated that they were -- they escalated me to a
10 different lane.
11    Q  Okay.  So you don't believe that they were
12 waiting for you?
13    A  They were not waiting.
14    Q  Okay.  So I understand you to be saying that
15 you waited in line and when you came out to the front
16 of the line to talk to the officers, they put you in a
17 separate line?
18    A  Correct.
19    Q  Okay, and what happened?
20    A  I was delayed an extra hour for extra
21 screening and search to my luggage and carry-on.
22    Q  Okay.  Are you sure it was an hour?

Page 124

1    A  It was approximately an hour, and we went
2 through this question before.  The lane in Chicago,
3 you've asked me this at the beginning of this --
4    Q  Well, I'm asking now about paragraph six.  I
5 don't think we've talked about this, because this is
6 2017 and I think we talked about Chicago to Detroit,
7 and now I'm talking about your arrival at Chicago.
8    A  Okay.
9    Q  Paragraph six says that you were questioned
10 for 30 minutes at the Chicago airport.  Do you see
11 that?
12    A  Okay.
13    Q  Paragraph six says that you were questioned
14 for 30 minutes at the Chicago airport.  Do you see
15 that?
16    A  Yeah.
17    Q  So was it 30 minutes or was it an hour?
18    A  It was approximate 30 minutes to an hour.  I
19 wasn't sure.
20    Q  Were you by yourself or with anyone at the
21 Chicago airport?
22    A  By myself.

Page 125

1    Q  Was there anyone you knew who witnessed the
2 30 second or the 30-minute delay?
3    A  No, there was no one.  It was 30 minutes to
4 an hour, but there was no one.
5    Q  Did you talk to anyone other than your
6 attorneys about that experience at the time?
7    A  I did talk to my family and my friend called
8 me when I was at the airport.
9    Q  Who was that?
10    A  My friend?
11    Q  Yeah.
12    A  His name is Gareeb.
13    Q  Can you spell that?
14    A  Okay.  It's G-A-R-E-E-B.
15    Q  Okay, and he happened to call you as this was
16 happening?
17    A  He texted me and I called him.
18    Q  Okay.  What did you tell him?
19    A  He was just asking if I arrived, and I told
20 him yes, and he just asked me how is everything going,
21 how long it's going to take me to arrive in Detroit.
22 He just want to talk to me, and then I told him I

32 (Pages 122 - 125)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 126

1 don't know. I'm here being delayed for extra
2 screening and search. So I don't know if I'm going to
3 catch my flight to Detroit, but if I do, I'm going to
4 arrive at the flight time, which I don't remember what
5 was it. But I told him I'm going to arrive on time if
6 I get off here early.
7    Q   Okay. Did you catch your flight to Detroit?
8    A   Yes.
9    Q   Did you post or write about this experience
10 at the Chicago airport on any of your social media
11 accounts?
12    A   No.
13    Q   Were there any consequences from your
14 interactions with Customs in Chicago in August 2017?
15        MS. MASRI: Objection, calls for a legal
16 conclusion. Calls for speculation. Objection as to
17 form.
18        THE WITNESS: I do not understand that
19 question.
20        MS. KONKOLY: Were there any consequences
21 that followed from your interactions with Customs at
22 the Chicago airport in August 2017?

Page 127

1        MS. MASRI: Same objections.
2        THE WITNESS: Just the fact, the effect on me
3 that I get delayed every flight, every time I cross a
4 border. It just makes me hate traveling and crossing
5 the border more and more, and just makes me hate even
6 moving from the city I'm at. Just the same feeling
7 every time.
8 BY MS. KONKOLY:
9    Q   Have you flown internationally since August
10 2017?
11    A   No.
12    Q   Did you fly to D.C. for your deposition
13 today?
14    A   Yes.
15    Q   When did you fly in?
16    A   Yesterday.
17    Q   Okay. From Detroit to which airport?
18    A   D.C. airport, the Ronald, Ronald something
19 airport.
20    Q   Ronald Reagan?
21    A   Yes.
22    Q   Did you have any issues checking into your

Page 128

1 flight in Detroit?
2    A   No.
3    Q   Did you have any issues going through
4 security in Detroit?
5    A   No.
6    Q   Did you have any issues boarding your flight
7 in Detroit once you got to the gate?
8    A   No, no.
9    Q   Okay. Did you have any issues on your plane
10 once you boarded the flight from Detroit?
11    A   No, but there -- it was an issue. It was the
12 person was sitting next to me also asked me to change
13 my seat. I shouldn't call it an issue honestly,
14 because he asked me to change my seat so his daughter
15 can come next to him, and I asked the flight attendant
16 to move me to a seat.
17        There was behind me four other seats and he
18 moved me and then he came two minutes after to move me
19 to a different seat, which is I did move.
20    Q   Okay. It initially started because the
21 person who was sitting next to you wanted to sit next
22 to his daughter?

Page 129

1    A   Wants his daughter to come next to him.
2    Q   Okay, and do you allege that these seat moves
3 had anything to do with your being on a watch list?
4        MS. MASRI: Objection, calls for a legal
5 conclusion. Calls for speculation.
6        THE WITNESS: Yes.
7 BY MS. KONKOLY:
8    Q   What makes you believe that?
9    A   Because I am always being picked crossing the
10 border or traveling, and I've been -- I always feel
11 based on my experience at airports and at the border
12 that I'm being picked, and the same reason these
13 happened to me are the same reason that I'm being
14 picked to move my seat out of the -- everyone in the
15 flight. So it has, must have something to relate to
16 that, of course, being on the watch list.
17    Q   So you believe that his -- the reason he
18 provided, that he wanted his daughter to sit next to
19 him was a pretext?
20    A   Yes.
21        MS. MASRI: I'm going to object, that it
22 misstates prior testimony.

33 (Pages 126 - 129)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 130

1  BY MS. KONKOLY:
2      Q   Did he have a daughter who in fact came up
3  and sat next to him after you moved?
4      A   I don't know.
5      Q   We would like to request the boarding pass
6  from your flight last night, and also your boarding
7  pass from your return flight, whenever that may be.
8          MS. MASRI:  We can discuss something like the
9  discovery outside of the deposition.
10         MS. KONKOLY:  I'm noting for the record that
11  we are considering that request made.
12         MS. MASRI:  That's fine.  There's also a
13  court, various court orders regarding supplements, and
14  that is the reason why I'm stating that we should
15  discuss it outside the deposition.
16  BY MS. KONKOLY:
17     Q   If you can look at paragraph 12 on page
18  eight.  Well wait, let me pause.  Mr. Elhady, do you
19  understand that you have an obligation to hold onto
20  your boarding passes and produce them to the
21  defendants in this case?
22     A   I do not understand the question.

Page 131

1      Q   Okay.  Do you understand that as plaintiff
2  who has put his travel at issue in this lawsuit, you
3  have an obligation to preserve your boarding passes
4  for any flights that you may engage in?
5      A   What do you mean by "preserve"?
6      Q   Do you still have your boarding pass from
7  your flight from Detroit to D.C.?
8      A   Yes.
9      Q   Okay, and I am asking you to keep that and to
10  give it to your attorney so that she can give it to
11  us, and the same for your flight back to Detroit.  I
12  just want to make sure you understand that.
13     A   Okay, okay.
14     Q   On page eight, paragraph 12, it says that you
15  exited the United States by land at the Windsor Tunnel
16  on August 21st, 2014.  Is that accurate?
17     A   August 21st.  I believe so.
18     Q   Is that the first time you cross the United
19  States-Canada border by land?
20     A   Yes.
21     Q   Okay, and what was the purpose of this trip?
22     A   Meet my friends in Canada.

Page 132

1      Q   Okay.  How long did you stay?
2      A   About a day or no, I'm sorry.  Let me take
3  that back.  I stayed more.  Give me a second.  I
4  stayed three to five days.
5      Q   Okay.  If you look at paragraph 19 on the
6  next page, it says that "On August 30th, 2014, you
7  entered the United States by land at the Detroit-
8  Windsor Tunnel."  Is this the return trip, the return
9  journey on the same trip?
10         MS. MASRI:  Counsel, you're comparing 12 and
11  19 or 11 and 19?
12         MS. KONKOLY:  12 and 19.
13         MS. MASRI:  Oh okay, sorry.
14         THE WITNESS:  I believe that was the return,
15  yes.
16  BY MS. KONKOLY:
17     Q   Okay.  So that looks like nine days later?
18     A   Yes.
19     Q   Okay.  Were you traveling by yourself or with
20  anyone?
21     A   I was traveling -- I was traveling into
22  Canada with my friend, but on the way back I came on a

Page 133

1  taxi.
2      Q   Okay, by yourself?
3      A   Yes, with a taxi driver.
4      Q   Okay.  So did your friend drive his car on
5  the trip into Canada?
6      A   He lives in Canada and he came to pick me up.
7      Q   Okay, and were -- did you run into any issues
8  crossing the border back into the United States at
9  that time?
10     A   Coming back to the --
11     Q   Yes.
12     A   Okay.  When I came back from the first time
13  from Canada to the United States through the tunnel, I
14  was stopped, me and the taxi driver, for four hours
15  and I was actually the taxi driver, they just asked
16  him a couple of questions, if he had any relationship
17  with me or know me before, and he just stated that he
18  just met me before he picked me up.
19         I don't know him.  He doesn't know me.  So
20  they had him wait in the waiting room.  But for me, I
21  was questioned, searched for about four hours, and my
22  wallet was taken and searched very detailed, and they

34 (Pages 130 - 133)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 134

1  asked me everything about everything I did in Canada,
2  what I'm doing in the United States to -- am I
3  attending school, where do I work and everything about
4  myself.
5       They also took my phone and did not return it
6  until two months after that.  They called me and they
7  asked me where I was, and I told them I'm at work.
8  They said they have to give me back my phone, and I
9  mentioned that I was way far from the tunnel.  So if
10 they can just mail it to me, but they refused.
11      They said we have to give it to you by
12 person, and they -- two agents, I told them where I
13 was located at work, and they came, two agents came
14 and gave it to me.
15     Q   Your phone and your wallet, or just your
16 phone?
17     A   My phone.
18     Q   Did they return your wallet?
19     A   Yes.
20     Q   At the same time?
21     A   Yeah.
22     Q   So they gave both back to you at the same

Page 135

1  time?
2       MS. MASRI:  Objection as to form.  Misstates
3  prior testimony.
4       THE WITNESS:  They gave me my phone back.
5  BY MS. KONKOLY:
6       Q   Okay.  When did you get your wallet back?
7       A   I got it at the same day of the Customs.
8       Q   At the bridge?
9       A   Yes.  It was actually at the tunnel, not the
10 bridge.
11      Q   At the tunnel.  So they gave you your wallet
12 back at the tunnel before you crossed back into the
13 United States?
14      A   Correct.
15      Q   Okay.  Did they let the taxi driver leave
16 before you left?
17      A   They let him -- they told him if he wants to
18 go, it was after 30 minutes, after they finished
19 questioned him, and they told him you can go right
20 now.  But he refused.  He wanted to wait so he can get
21 paid for -- he waited four hours so I can pay him, and
22 after I paid him he refused to continue taking me to

Page 136

1  the United States, and told me I'm sorry, there's been
2  an issue that I never went through.  I cannot continue
3  having you in my car.  Just pay me for the time and --
4  the time and from Canada to this border, and I'll go
5  back to Canada.
6       Q   So how did you get back into the United
7  States?
8       A   I was at the United States border.  I'm not
9  sure if I requested Uber or I stopped a taxi, but I do
10 not recall how did I get home.  But it was some kind
11 of taxi that took me home.
12      Q   Okay.  Was there anyone else you knew who was
13 there for that incident on August 30th, 2014?
14      MS. MASRI:  Objection as to form, calls for
15 speculation.
16      THE WITNESS:  No.  No one other than the taxi
17 driver.
18 BY MS. KONKOLY:
19      Q   Okay.  Did you write about this experience on
20 any of your social media accounts at the time?
21      A   No.
22      Q   Did you talk to anyone other than your

Page 137

1  attorney about this experience?
2       A   I did talk to my uncles, my cousins, my
3  family and my friends that I was with in Canada.
4       Q   Okay.  How many people is that, how many
5  friends?
6       A   In Canada?
7       Q   Yeah.
8       MS. MASRI:  Are you asking how many friends
9  he spoke with about the incident?
10 BY MS. KONKOLY:
11      Q   Yes.
12      A   Oh.
13      Q   How many friends did you speak with about the
14 incident?
15      A   About three, four.
16      Q   Okay.  Did you email anyone aside from your
17 attorney about this incident?
18      A   No.
19      Q   Did you write about this incident anywhere
20 else?
21      A   No.
22      Q   Do you believe that the delay you encountered

35 (Pages 134 - 137)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 138

1 at the border is because you were on a watch list?

2      MS. MASRI: Objection, calls for a legal

3 conclusion, calls for speculation. Objection as to

4 form.

5      THE WITNESS: Yes.

6 BY MS. KONKOLY:

7      Q  Okay, and what's the basis for that belief?

8      A  Because when everyone was crossing the

9 border, there was a long line and I saw everyone in

10 that line get stopped for two to five minutes. Then

11 they take the exit out of the tunnel.

12      But when I got to the border, the agent at

13 the booth swiped my ID and looked confused looking at

14 the screen of the computer and closed his window, and

15 called on the radio, and then opened the window again

16 and told me to turn right and park right there. There

17 will be agents there waiting for me and follow their

18 directions, and he just put an orange sticker on my

19 windshield.

20      Q  Okay. Were there any consequences that

21 followed from your experience at the tunnel on August

22 30th, 2014?

Page 139

1      MS. MASRI: Objection, calls for a legal

2 conclusion, calls for speculation. Objection as to

3 form.

4 BY MS. KONKOLY:

5      Q  You can answer.

6      A  Consequence was it was my first time crossing

7 back to the United States, so --

8      Q  It was or it wasn't?

9      A  It was.

10      Q  Okay.

11      A  So I was -- I was doubting if that has to do

12 with all the questioning. I've been or treatment I've

13 been getting at the airports, or just something normal

14 they do at the tunnel. But from the next crossing for

15 the border, I realized it wasn't something normal

16 because I was getting treated the same and it just get

17 worse and worse from every time I cross the border.

18      Q  If you look at paragraph 13 on page eight, it

19 says "On September 2014 you exited the United States

20 by land at the Windsor Tunnel again."

21      A  Yes.

22      Q  It says you recall three exits in September

Page 140

1 2014. Is that accurate?

2      A  Correct.

3      Q  Okay, and if you look at paragraph 20 on page

4 ten, we're looking at the same month, September 2014.

5 It says you entered the United States by land at the

6 Windsor Tunnel. It says you recall two other entries

7 during this month. So I just want to make sure these

8 are -- these two paragraphs are talking about the same

9 trips. Is that accurate?

10      A  Yes.

11      Q  Okay. What was the purpose of your three

12 trips to Canada in September 2014?

13      A  My friends in Canada, they wanted a student

14 visa to get in Canada. So they were unable to cross

15 the border. So I was the person that had to go, so we

16 can spend the weekend or go out together. We just

17 used to, you know, drive around, go to restaurants in

18 Canada, Windsor, and we just we used to hang out.

19      And all these trips that I made in September

20 and also most of the trips that I made in September

21 was between Thursday and Sunday, was on my weekends,

22 just to spend my weekends with my friends that I knew

Page 141

1 from high school.

2      Q  Okay, friends from Yemen who were living in

3 Canada at the time?

4      A  Yes.

5      Q  Okay, and did you travel alone or with anyone

6 else on these trips?

7      A  Are you referring to September trips?

8      Q  September 2014.

9      A  I was traveling alone?

10      Q  For all three trips?

11      A  Yes.

12      Q  Okay, and what happened the first time you

13 crossed over into Canada in September 2014?

14      A  September into Canada?

15      Q  Yeah.

16      A  Wait, give me a second.

17      (Witness reviewing document.)

18 BY MS. KONKOLY:

19      Q  I'd like to just hear what you remember

20 today, about what happened.

21      A  Okay, because there's different incidents

22 each time. I don't know which one are you referring

36 (Pages 138 - 141)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 142

1  to.

2  Q  Well let's take them in order.  Tell me what
3  you remember about your trips into Canada in September
4  2014.  I don't want you to read from the
5  interrogatory.  I want to know what you remember.

6  A  So I remember that I got scenario each time.
7  So if you're referring to September trips, I remember
8  informing my attorney about each trip that I had, and
9  we --

10      MS. MASRI:  Just make sure you don't disclose
11  the substance of the conversations.

12      THE WITNESS:  Yes.  So I wrote them down, and
13  if you're asking about a specific trip --

14  Q  I'm asking what you remember today, as you
15  sit here, about your trips into Canada in 2014.

16  A  I just remember I was stopped the same exact
17  way for more than five hours each time, and every time
18  I used to come back it was like I mentioned.  It was a
19  weekend, so there will be a long line, and everyone
20  will take the exit except me, will get the sticker on
21  my windshield and I take a different route.

22      And it was the same agent or supervisor that

Page 143

1  used to lead the other agent to search me, ask me
2  questions, the same questions all the time.  He would
3  ask me like really do you have to do this again?  It
4  seems like you like the treatment that you're getting,
5  and also, he would mention I don't know why you do
6  this, wasting our time, even though you're getting --
7  even though you're going to go through this.

8      And I was also, I remember the second time,
9  which should be my first time in September crossing
10  the border, I was also got my phone taken away, and
11  had the same thing.  But it was different, that it was
12  shipped to me.  But after the second time my phone was
13  taken away from me, I stopped traveling with phone or
14  my wallet.

15      I just take my ID, even my cards I keep them.
16  I just take cash, my ID and travel, just to help me
17  not getting my phone taken or my, you know, wallet
18  searched and everything in it.

19  Q  Was the phone that was taken from you in
20  September 2014 the same phone or a different phone
21  that was taken earlier?

22  A  It was a different phone because when my

Page 144

1  first phone was taken and they told me they're not
2  sure how long it's going to take for them to return it
3  back to me, so I had to get another phone.  When that
4  phone came back, I just put it aside and kept using my
5  new phone.

6      So when I crossed the border, they took my
7  new phone.  I had to get a third phone and waited
8  until that second phone came back and just put it
9  aside next to the first one.

10  Q  Okay.  How long was it before you got your
11  phone back?

12  A  About two months.

13  Q  Okay, and did you say your wallet was taken
14  too?

15  A  It was not taken.  It was taken at the --
16  when I entered the tunnel, but they gave it back to me
17  when I exited, when I left, when they let me go.

18  Q  Okay.  Did you post about any of your
19  experiences crossing the U.S.-Canada border in
20  September 2014 on any social media account?

21  A  I did not post about the experience.  I
22  posted that I was in Canada when I was in Canada.

Page 145

1  Q  Okay, but not about your experience of
2  crossing the border?

3  A  No.

4  Q  Okay.  For any of these trips in September
5  2014?

6  A  No.

7  Q  Okay.  Did you talk to anyone aside from your
8  attorneys about your experience crossing the border in
9  September 2014?

10  A  I did talk to my family mostly, and my
11  friends about the treatment I've been getting every
12  time I cross a border and how worse it's getting for
13  me each time.

14  Q  How many friends did you talk to about those
15  experiences?

16  A  I do not recall.

17  Q  More than five?

18  A  Probably, yes.

19  Q  More than ten?

20  A  I'm not sure.

21  Q  Did you write about your experiences crossing
22  the border in September 2014 in any other place, like

37 (Pages 142 - 145)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 146

1  a journal?

2      A   No.

3      Q   Do you believe that your experiences crossing

4  the border in September 2014 are because you are on a

5  watch list?

6          MS. MASRI:  Objection, calls for a legal

7  conclusion, calls for speculation.  Objection as to

8  form.

9          THE WITNESS:  The second time I crossed, I

10  believed it wasn't something normal that the Border

11  Patrol do.  It's just something based on something pop

12  up in their system, because every time, I noticed

13  every time the person I get to the window, even though

14  they seem nice and talking to me at the beginning.

15         But after they swipe my card they seemed

16  confused and they just close the window right away and

17  call for, on the radio.  So I realized it was not

18  something normal, and must be something to do with the

19  -- with being on the watch list.

20  BY MS. KONKOLY:

21     Q   Okay, and how -- for each of your three trips

22  in 2014, let's take them one by one.  So for the first

Page 147

1  time you crossed from the United States into Canada,

2  how long were you detained at the border?

3      A   The first time in September?

4      Q   The first time in September.

5      A   It was five hours to six hours.

6      Q   And the second time you crossed over, going

7  from the United States to Canada, how long were you

8  detained?

9      A   It was about that time, five to seven hours.

10     Q   Five to seven?

11     A   Yes.

12     Q   Okay, and the third time you crossed in

13  September 2014, about how long were you detained?

14     A   Five to seven hours.

15     Q   Okay, and on your return trip, we'll take

16  them one by one as well.  The first time you crossed

17  from Canada to the United States, how long were you

18  detained at the border in September 2014, the first

19  trip back?

20     A   In September?

21     Q   Yeah.  So I just asked you -- I hope I was

22  clear.  I was talking about going from the United

Page 148

1  States to Canada.

2          MS. MASRI:  I was going to ask for

3  clarification actually.  I misunderstood the question

4  as well.

5          THE WITNESS:  I misunderstood it too.

6  BY MS. KONKOLY:

7      Q   Okay.  So you took three trips in September

8  2014.  We'll call them trip A, B and C?

9      A   Correct.

10     Q   For Trip A, from the United States to Canada,

11  how long were you detained at the border?

12     A   I was not detained on the way to Canada.  It

13  was normal crossing from the United States to Canada.

14  It just one time, I do not recall which one, I was

15  stopped randomly, even though there was -- there is no

16  agent usually after the booth.  But one of the time

17  there was, and they were letting everyone go to Canada

18  except me.  They asked me to do a U turn and go park,

19  park where I parked the times before.  I was stopped

20  for approximately four hours.

21     Q   So that was one of the times going into

22  Canada?

Page 149

1      A   Correct.

2      Q   During those three trips in September 2014?

3      A   Yes.

4      Q   Okay.  Did you say that was a random search

5  that time?

6          MS. MASRI:  Objection, misstates prior

7  testimony.

8          THE WITNESS:  I do not know.

9  BY MS. KONKOLY:

10     Q   Okay.  On your return trips on Trip A, B and

11  C, how long were you detained on your return on Trip A

12  in September 2014?

13     A   From Canada to the United States?

14     Q   From Canada to the United States.

15     A   Okay.  That's the ones I was referring to

16  earlier, six hours.  Then the second is five to seven,

17  and the third is five to seven.  I was not stopped all

18  of the time going from United States to Canada except

19  one time, and I do not recall which one, and it took

20  about four hours.

21     Q   Okay.  If I could have you flip to -- back to

22  Exhibit G.  We looked at it earlier, page three, the

38 (Pages 146 - 149)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 150

1  DHS trip form.
2      A   Uh-huh.
3      Q   So there it says you get detained for three
4  to six hours.  Can you explain why you said three to
5  six on your form if it's actually five to seven?
6      A   It was around six hours for sure, because
7  every time I cross the border I get my phone taken
8  from me and my watch, and I just remember I cross at
9  midnight, around 12:00 and I don't leave until the sun
10  is about to rise.
11     Q   Okay.  If I could have you look at paragraph
12  14 back in Exhibit F?  It says, "On October 4th, 2014,
13  you exited the United States into Canada"; is that
14  correct?
15     A   I'm sorry where, what paragraph is that?
16     Q   Paragraph 14, page eight.
17     A   Page eight.  Can you repeat your question?
18     Q   I'm just confirming the accuracy of the
19  statement here, that says on October 4th, you exited
20  the United States by land into Canada?
21     A   Yes.
22     Q   Okay.  Where, can you be more specific than

Page 151

1  the United States into Canada.  What were the cities,
2  specific cross point?
3      A   It was from Detroit to Windsor.
4      Q   Was that the Windsor Tunnel?
5      A   Yes.
6      Q   Okay.  What was the purpose of that trip?
7      A   Just to visit friends.
8      Q   Okay, the same friends?
9      A   Yes.
10     Q   If you look at paragraph 21, it says "In
11  early October 2014 you returned from Canada back to
12  the United States"; is that correct?
13     A   Yes.
14     Q   Is this the same trip as the October 4th,
15  2014 crossing we just discussed?
16     A   Yes.
17     Q   Okay, and what happened on this crossing back
18  into the United States?  I'd like to know what you
19  remember today.
20     A   Just I'm not sure which of the trips that I
21  crossed.  I don't know if it was Trip C on September
22  or the early October trip, when I came back to the

Page 152

1  United States.  My car was searched and the carpet,
2  even the carpet was tortured and removed, and also the
3  same treatment and the same agents that were at the
4  border questioning me, giving me the same attitude of
5  it's you, come on.
6      Q   Are you -- you seem like you like it?  What
7  do you have in Canada?  Are you serious?  Someone like
8  you should have stopped crossing the border by now.
9  It was just some words that hurts and makes me, you
10  know, even though I love my friends and want to go see
11  them if I can every day, but that made me escalate it
12  from going back each weekend to each month or maybe
13  more, and try to, you know, avoid crossing the border.
14     Q   Were you alone or traveling with anyone on
15  this trip back into the United States in early October
16  2014?
17     A   Alone.
18     Q   Was there anyone else who you knew who
19  witnessed the events at the border checkpoint in
20  October 2014?
21         MS. MASRI:  Objection, calls for speculation.
22         THE WITNESS:  No, not at the border.  But my

Page 153

1  family used to notice, because each time I come, I
2  used to come back home further as 1:00 a.m., but every
3  time I get stopped, I do not show up at home until the
4  next day, morning, which caused a lot of family, you
5  know, family worried.  I get home and everyone is
6  waiting for me, and my aunt that I was living with at
7  the time she -- sometimes she never slept until she
8  sees me coming in the next morning.
9  BY MS. KONKOLY:
10     Q   Did you write about this experience crossing
11  back into the United States in early October 2014 on
12  any of your social media accounts?
13     A   No.
14     Q   Did you talk to anyone aside from your
15  attorney about that experience?
16     A   My family and friends.
17     Q   How many friends?
18     A   I do not recall.
19     Q   More than five?
20     A   I'm not sure.
21     Q   More than ten?
22     A   I'm not sure.

39 (Pages 150 - 153)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 154

1    Q  Did you write about this experience in any
2  other place?
3    A  No.
4    Q  If you could look at paragraph 15.  There it
5  indicates that on October 12th, 2014, you left the
6  United States into Canada.  Is that accurate?
7    A  Yes.
8    Q  Is that also the Detroit-Windsor Bridge
9  Tunnel?
10      MS. MASRI:  Objection as to form.  The bridge
11  and tunnel are two different --
12  BY MS. KONKOLY:
13    Q  I meant tunnel.  Was this the Windsor Tunnel?
14    A  Yes.
15    Q  Okay.  Were you traveling alone or with
16  anyone?
17    A  I did travel alone, but I'm not sure if the
18  late October one or the November crossing was with one
19  of my friends that also came to pick me up, like the
20  cross -- we took the bridge.  I'm not sure if it's the
21  October 12th or the one in November that was with my
22  friend and we took the bridge.

Page 155

1    Q  Okay.  So there was one of these trips where
2  you traveled with a friend and you went by bridge
3  instead of tunnel?
4    A  Correct.
5    Q  Okay, and what was the purpose of the mid-
6  October trip to Canada?
7    A  Just go with my friends, hang out.
8    Q  The same friends?  They were from Yemen but
9  living in Canada?
10    A  Correct.
11    Q  Okay.  How long did you stay?
12    A  I used to stay one to two days maximum.
13    Q  Okay, and in paragraph 22, it indicates that
14  you returned in mid-October 2014.  Is this paragraph
15  the return trip of the same -- the return leg of the
16  same trip that we're talking about right now?
17    A  Yes.
18    Q  Okay, and what happened on this crossing into
19  the United States?
20    A  Basically a similar scenario.  The same
21  officers asking me the same exact questions and it
22  just escalated.  What I realized each time does not

Page 156

1  get less than the one before.  I have to go up, up.
2  So I believe this one was more than six hours.  It was
3  about seven to eight hours waiting, because I remember
4  leaving and it was morning already.
5    Q  And was anyone with you on this trip or were
6  you traveling alone?
7    A  On my way back, I was alone.
8    Q  Okay.  Was there anyone else who you knew who
9  was there at the border while you were being detained?
10    A  No.
11    Q  Did you write or post about this experience
12  on any of your social media accounts?
13    A  No.
14    Q  Did you write to anyone aside from your
15  attorneys about this experience?
16    A  I talked to my family and friends.
17    Q  Did you write about it in an email or
18  otherwise to anyone aside from your attorney?
19    A  No.
20    Q  How many friends did you talk to?
21    A  I'm not sure.  But I do want to mention one
22  thing, that my friend that crossed with me to Canada,

Page 157

1  I believe it was I don't know.  I'm not sure if it's
2  the October one or November.  When I came back, he
3  came back with me.  He actually drove me back.
4      It's one of the two that we went together to
5  Canada.  He drove me back to the United States, and he
6  was -- because we came back through the tunnel, he was
7  stopped and they also told me oh no, now you have a
8  friend to come with and they also asked him -- they
9  asked him the same exact questions about my trips to
10  Canada, and basically to confirm if they're true or
11  not.
12      They asked him what we, what I used to do,
13  where we used to go and all the details about my
14  previous trips to Canada.  They made him, they stopped
15  him for four hours, you know.  They asked, they kept
16  asking him for like four hours, and then they had him
17  wait in the waiting room until they finished
18  questioning me for about seven hours or more, then we
19  left.
20      But after that, he used to cross the border
21  every day or at least five times a week.  But after
22  that time, he -- for him crossing the border through

40 (Pages 154 - 157)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 158

1 the bridge or the tunnel, I'm not sure, but they
2 stopped him for his first time ever crossing the
3 border being stopped, other than the one being with
4 me, and they asked him the same questions he was asked
5 when he was with me.
6      After finishing questioning him, they told
7 him you're not allowed to cross the border.  You have
8 to go back to Canada.  He asked why the reason, and he
9 never had this before.  They told him we cannot tell
10 you why.  Just you're not allowed in the United
11 States.  He never had anything in his record, nothing
12 to stop him from crossing the border because he was a
13 Canadian citizen.
14      And after that he -- after that week, he
15 tried to come to the United States and they told him I
16 think we mentioned that to you.  You're not allowed in
17 the United States permanent, and thought it was
18 something just at that time.  So he was like okay, so
19 what's the reason?  They told him we cannot reveal any
20 information.  Just we don't want to see you crossing
21 the border again, and please stay away and we don't
22 want to see you here again.

Page 159

1      So since that time, he did not come into the
2 United States until a year or two years after.  He got
3 a lawyer in Canada, tried to find out what's the
4 reason of him not being allowed to cross the border
5 like he always used to, and his case went for a year
6 or more, and then his lawyer told him that they --
7 they told him not to have any contact with anyone.
8 They don't want him to have contact with people in the
9 United States.
10      They did not tell him exactly who, but he was
11 just in the United States, know me and know one other
12 friends.  So his lawyer basically asked him who do he
13 know, and his lawyer told him not to contact me
14 because it appears that they are referring to me as
15 being away from me, and he cannot cross the border to
16 see me again.
17      And his case stayed for a year or more, and
18 then he was -- then they allowed him, I'm not sure if
19 it's a year or two years after that, he got a permit
20 or something so he can cross the border.  I just after
21 that, after he had his case in Canada, he stopped
22 contacting me, even though we were best friends and we

Page 160

1 know each other since high school.
2      But we -- he just, he tried to stay away from
3 me and every time I tried to call him, and he just
4 mentioned that I wish I never knew you.  You caused
5 all this trouble for me.  At the beginning he used to
6 make it as a joke, but it became serious when he
7 literally stopped calling me like we used to contact
8 every day.
9      And just the also my friends in Canada, after
10 that used to make fun of me and make fun of -- they
11 told me all the time you're a U.S. citizen and you get
12 stopped at the U.S. border but not at the Canadian
13 border.  Your country is treating you like this.  When
14 we cross a border, we never used to get treated like
15 this.  But you're the citizen one and you get treated
16 like that.
17      They used to ask me some weird questions that
18 really hurt my feelings.  The beginning was a joke,
19 but it escalated to all my friends that oh, the
20 American government think Anas is a terrorist, Anas is
21 a -- he get asked all these weird questions.  What do
22 you have done Anas, tell us?

Page 161

1      To the point that I start playing in my head
2 what, what kind of person am I, because every time I
3 get treated like this it affects me and how I feel.
4 That caused me basically to try to stay away out of my
5 friends that I was very close with.  That's it.
6   Q   You kept referring to "they" told your friend
7 he couldn't come into the United States.  Who is they?
8   A   I'm sorry?
9   Q   You kept saying "they" told your friend that
10 he couldn't come into the United States.  Who do you
11 mean by they?
12   A   The United States Border.
13   Q   Okay.  Were you present for any of these
14 conversations where they allege that they told him
15 that?
16   A   No.  His lawyer told him, other than two
17 times he was crossing the border and they stopped him.
18 The Border told him not to come to the United States,
19 and then when he started the case, his lawyer told him
20 the same thing, that the Border are not -- don't want
21 him in the United States because they don't want him
22 to have contact with certain people in the United

41 (Pages 158 - 161)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 162

1 States.
2    Q   Okay.  My question is simply yes or no.  Were
3 you present when these things were allegedly said to
4 your friend?
5    A   No.
6    Q   Did you hear Border Patrol -- did you
7 personally hear Border Patrol say these things to your
8 friend?
9    A   No.
10    Q   Okay.
11       MS. MASRI:  Toni, if you're in between stops,
12 do you mind really a quick break?
13       MS. KONKOLY:  Three minutes.
14       MS. MASRI:  That's fine.  Just a quick
15 restroom break.
16       (Whereupon, a short recess was taken.)
17 BY MS. KONKOLY:
18    Q   Are we back on the record?  Mr. Elhady, do
19 you understand that you're still under oath?
20    A   Yes.
21    Q   If I could have you look at paragraph 16,
22 page nine?

Page 163

1    A   Okay.
2    Q   It indicates that in November 2014 you exited
3 through the Windsor Tunnel to Canada again?
4    A   Yes.
5    Q   And if you could flip to paragraph 23, it
6 also says in November 2014 you returned to the United
7 States by land at the Windsor Tunnel?
8    A   Yes.
9    Q   Are these -- do these paragraphs belong to
10 the same trip?
11    A   Yes.
12    Q   Okay.  If you could tell me what you remember
13 about the first leg of that trip, crossing from the
14 United States into Canada?  I want to know what you
15 remember today.
16    A   Okay.  I just remember like I mentioned
17 earlier, I'm not sure which one of these was the
18 scenario that I was stopped, you know, getting the
19 same treatment.  It was definitely more time than the
20 October one, and just basically the same questions
21 over and over.
22    Q   Okay.  That was going into Canada.

Page 164

1    A   Yeah, I'm sorry.  Going into Canada, at that
2 time on November, I had for the first time different
3 scenario, which is the Canadian border stopped me.
4 They stopped me and it was weird, because it was the
5 first time for them to enter my name in their system
6 and get the same reaction that I used to see in the
7 agents when I go back to the United States, where he
8 close the window and called on the radio and told me
9 to turn right.  This is on the Canadian side, and they
10 asked me to leave my car and they searched my car, and
11 then they asked me to go inside, where they questioned
12 me and made some phone calls while they're questioning
13 me.
14       And then they go back to me, ask me to come
15 up to the counter and ask me new questions.  When I
16 answer, they write them down and then they ask me to
17 go back to my seat and then they go back.  I can see
18 them through the window make a phone call, and then
19 come back with the same question, I mean with a
20 different question.
21       And they also -- it seems like, based on what
22 I had in this experience, that they were directed to

Page 165

1 ask me these questions, and stop me because they
2 seemed like they didn't know who I am or what are they
3 doing.  It was just the something they were instructed
4 to do.
5       And also, they asked me, they asked me what
6 time exactly I'm going back to the United States, and
7 if I change that time to give them a phone call to let
8 them know if I'm not coming at the time I mentioned to
9 them.
10    Q   How long were you detained at the Canadian
11 border on your way into Canada in November 2014?
12    A   Two to three hours.
13    Q   Did you write or post about this experience
14 on any social media site?
15    A   No.
16    Q   Did you talk to anyone aside from your
17 attorney about this experience?
18    A   My friends that were in Canada were waiting
19 for me outside the border.
20    Q   Did you talk to anyone else?
21    A   Other than my friends, no.
22    Q   Did you write about this experience anywhere,

42 (Pages 162 - 165)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 166

1 aside from emailing your attorney potentially?
2     A   No.
3     Q   How long did you stay in Canada this trip?
4     A   One to two days.
5     Q   What was the purpose of this trip?
6     A   Just to see my friends.
7     Q   Okay, the same friends from Yemen who were
8  living in Canada?
9     A   Yes.
10    Q   Okay.  Were you traveling alone or by
11 yourself on the trip from the United States into
12 Canada?
13    A   By myself.
14    Q   Were you traveling alone or by yourself when
15 you returned to the United States?
16    A   By myself.
17    Q   Was there anyone you knew who was
18 present, had to be present at the Canadian border when
19 you had that experience with the Canadian officials
20 that you just discussed?
21        MS. MASRI:  Objection, calls for speculation
22 and objection as to form.

Page 167

1        THE WITNESS:  No one was with me.
2        MS. KONKOLY:  Okay, and there wasn't anyone
3  else who you knew who happened to be there?
4        MS. MASRI:  Same objections.
5        THE WITNESS:  Not at the border.
6  BY MS. KONKOLY:
7     Q   Okay.  What about on the way back?  Can you
8  tell me what happened on your return trip into the
9  United States at the Windsor Tunnel in November 2014?
10 I'd like to know what you remember about that today.
11    A   Okay.  So when I came back, I was -- are you
12 referring to which one?
13    Q   I'm talking about the trip that you disclosed
14 in paragraph 23, but I want to know what you remember
15 about it today, not what you wrote down there?
16    A   Okay.  So I was -- when I'm returning from
17 Canada to the United States, I'm not sure which one.
18 If you just want the back of my head, from November to
19 December, one of the trips I was -- I was -- when I
20 got to the booth, I was -- had the same scenario.
21        Called on the radio and the first one was
22 three agents approached my car instead of me going to

Page 168

1  the right and have a sticker on my car.  The agents
2  came to the car, asked me to leave the car and search
3  myself and took my phone and handcuffed me inside.
4  That was the first time.  But I'm not sure if that or
5  the December one was also the second one.  I was
6  approached by four to six agents, asked me to leave
7  the car and keep my hands up.  This happened at the
8  booth.  Leave the car, keep my hands up and walk back
9  next to the trunk and put my hands on the trunk, and
10 two officers or two agents came, handcuffed me and I
11 remember seeing there is more than just three agents.
12 There was a lot.
13        I can feel them walking with me, and just
14 looking through the cars, that were guarding through
15 other booth, they were all looking at me and pointing
16 like what happened to this guy, that you know, a lot
17 of agents came to handcuff him and put him inside.
18        At that time, I was -- I used to always being
19 put in the waiting room and get questioned.  But that
20 time, I was being put in a cell with only toilet and a
21 seat there, and get my watch, my wallet of course,
22 everything I had in my pocket, my phone and my watch

Page 169

1  taken, and search and more detail for my body.
2        The same questions again and again, and they
3  used to take an hour or half hour to come back and ask
4  me more questions.  I also mentioned at that time if I
5  can call my attorney, Lena, and spoke to her about the
6  kind of treatment that I'm having at that point, and
7  they asked me --
8        I asked them for my card, the card in my
9  wallet and I was like when they give it to me, I was
10 like I want to call my lawyer Lena.  They told me oh,
11 it's okay.  You can call her when you get your phone
12 back, even though I asked them I want to call her
13 right now to tell her what's going on, because I got
14 so scared at that point.
15        I never been handcuffed in my life.  I never
16 was in that position where people pointing at me in
17 public, feeling like a criminal.  I asked them many
18 times if I can call my attorney Lena, and the officer
19 took the card and mentioned -- and was like oh, Lena.
20 He laughed and he was okay, well you can call her when
21 we give you your phone back.
22        I asked them if I can have my phone so I can

43 (Pages 166 - 169)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 170

1  call her, then give it back to them, but they refused
2  that. They said the policy is that they cannot give
3  me the phone until I leave, and I cannot make phone
4  calls until I leave. So I had no choice, just wait
5  until I leave so I can call my attorney, and that's
6  what happened.
7      Q  You said you were traveling alone at that
8  time?
9      A  Yes.
10     Q  Was there anyone else who you knew who was
11 there who witnessed those events?
12         MS. MASRI: Objection, calls for speculation.
13 Objection as to form.
14         THE WITNESS: No one I knew.
15 BY MS. KONKOLY:
16     Q  Did you write or post about that experience
17 on any of your social media accounts?
18     A  No.
19     Q  Did you talk to anyone aside from your
20 attorney about that experience at the time?
21     A  I talked to my friends and my co-workers
22 because I was going to work that morning, but it took

Page 171

1  about eight hours at that experience. So I missed
2  sleeping and wake up the next morning for work. So I
3  had to explain to my co-workers and manager what
4  happened, of the experience that I had.
5      Q  Where were you working at the time?
6      A  I was in 13 Hoover gas station.
7      Q  The gas station?
8      A  Yes.
9      Q  The same one you mentioned earlier?
10     A  Yes.
11     Q  How many people would you estimate that you
12 spoke to about that experience at the time?
13     A  More than ten people.
14     Q  More than ten?
15     A  Yes.
16     Q  Okay. Did you write about it anywhere?
17     A  No.
18     Q  What is the name of your friend you were
19 talking about earlier, who was allegedly told that
20 -- by Border Patrol that they didn't want him to come
21 to the United States?
22     A  Ousama Almirani.

Page 172

1      Q  Okay. Did we already spell his name for the
2  record earlier?
3      A  Yes.
4      Q  Okay. So I understand that the testimony you
5  just provided, you're unclear whether that happened in
6  November or December of 2014. It was one of those
7  crossings? Is that accurate?
8          MS. MASRI: Objection as to form.
9          THE WITNESS: I mentioned it was one of them.
10 I'm not sure which is which.
11 BY MS. KONKOLY:
12     Q  Okay. So on the occasion is not the one that
13 you just described, so what we've got to. We've got
14 November 2014 and December 2014, and you just told me
15 about an experience that I understand to have been
16 either November or December; correct?
17     A  Yes.
18     Q  Okay. So I'm asking about the other one,
19 whichever, whichever way that falls. We don't know
20 whether the one you just told us was November or
21 December, but whichever it was. In other instance
22 between those two crossings in November 2014, can you

Page 173

1  tell me about your experience of crossing back into
2  the United States?
3          MS. MASRI: Objection, vague. Objection as
4  to form, compound, confusing. I don't even understand
5  the question.
6  BY MS. KONKOLY:
7      Q  Do you understand the question?
8      A  I do not understand the question. I
9  understand that you're asking me based on my head
10 right now, even though I'm asking you if I can read,
11 because I remember writing to know which is which.
12 But you want it based on my head, so that's what I
13 told you. I don't know which is which.
14     Q  Let's call it November 2014 Trip A and
15 December 2014 Trip B.
16     A  Okay.
17     Q  Okay, and you just told me about an
18 experience you had, but you don't recall whether it
19 was Trip A or Trip B. It was one or the other;
20 correct?
21     A  Correct.
22     Q  Okay. So I'm just asking you about if you

44 (Pages 170 - 173)

Anas Elhady
Elhady vs. Kable

February 22, 2018

1 just told me about Trip A, then I'm asking about Trip

2 B, and if you just told me about Trip B, then I'm

3 asking about Trip A.  Do you understand?

4        MS. MASRI:  I'm going to --

5        MS. KONKOLY:  I don't know how to ask this

6 otherwise, because I don't know which trip you just

7 told me about.

8        MS. MASRI:  I understand, but it's going to

9 be confusing unless you allow him to take a look at

10 the notes.  That way, we can all look at the same

11 trip.

12        MS. KONKOLY:  I'm not asking him to read from

13 his interrogatory responses today.  I would like to

14 know what he remembers.

15        MS. MASRI:  Then your question is not going

16 to make sense, to be honest with you.  It's vague.  It

17 is vague.

18        MS. KONKOLY:  I'm doing the best I can, when

19 I don't know which date was the one he just told me

20 about.

21        MS. MASRI:  Well, he talked about a lot of

22 different things, and he was hopping back and forth

1 between the two trips.  That's why I was objecting to

2 form earlier, is your follow-up question is not clear

3 which of the two.  He's talking about both at the same

4 time.  So your question is not going to make sense,

5 unless we're looking at something that we can all

6 agree on.

7        THE WITNESS:  This happened four years ago,

8 within a month for both trips.  So I do not recall

9 which one is which, unless I look at my notes, because

10 that's -- you're asking me a vague question basically.

11 BY MS. KONKOLY:

12    Q   You told me about an instance in which you

13 were handcuffed when you were crossing back over from

14 the United -- from Canada to the United States.

15 That's the incident that we just discussed; is that

16 correct?

17    A   Yes.

18    Q   Okay.  Were you telling me about one incident

19 or were you crossing over and telling me about

20 multiple incidents all at the same time?

21    A   I got handcuffed twice.

22    Q   You were handcuffed twice.  Were you

1 handcuffed both in November 2014 and in December 2014?

2    A   Yes.

3    Q   Okay.  Let's assume that the incident you

4 just told me about was the November 2014 crossing.

5 I'd like you to tell me about the other one, the

6 December 2014 crossing back into the United States,

7 and what you recall about that today.

8        MS. MASRI:  Objection as to form.

9        THE WITNESS:  The other one is very similar

10 to the one before.  I just the -- let's name them A

11 and B, and the one I mentioned earlier, let's say it's

12 A, and the second one is B.  B was very similar to A,

13 and the only difference was is I -- I wait, what

14 happened.  It was less officers.  The first one was

15 more, about more than four officers.  B was three,

16 around three because I did not know how many people

17 behind me walking.

18        But I was both handcuffed, both walked to a

19 cell, taking a different door than the normal one that

20 I used to take.  It was like a back door to the cell,

21 and being searched the same way with my body, and

22 taking my everything I had and my phone, and that's

1 it.

2 BY MS. KONKOLY:

3    Q   Was your phone and your belongings returned

4 to you before you passed back over to the United

5 States?

6    A   Yes.

7    Q   Okay, and approximately how long were you

8 held at the border on this Incident B trip back into

9 the United States?

10    A   One of them was eight hours and either B or

11 C, I mean A or B, and the other one was about seven

12 hours.

13    Q   Okay, and how did you know it was about seven

14 hours?

15    A   Because it was from the time I get to the

16 border and get to my house.  I leave at midnight and I

17 get home in the morning.

18    Q   Okay.  Was anyone traveling with you on the

19 second incident, on the second time that you crossed

20 over into the United States in November and December

21 of 2014?

22    A   No.

45 (Pages 174 - 177)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 178

1    Q  Okay.  Was there anyone else who you knew who
2  was present at the border while you were detained in
3  this second incident between November and December
4  2014?
5         MS. MASRI:  Objection, calls for speculation.
6         THE WITNESS:  Not that I know of.
7  BY MS. KONKOLY:
8    Q  Did you write about this incident or post
9  about it on any of your social media accounts?
10   A  No.
11   Q  Did you talk to anyone about it aside from
12  your attorney?
13   A  I talked to my family and friends.
14   Q  How many people?
15   A  More than ten.
16   Q  Okay.  Did you write about it anywhere else?
17   A  No.
18   Q  Do you believe that these experiences we've
19  talked about in the fall and winter of 2014 crossing
20  the bridge back and forth from Canada to the United
21  States are the result of your placement on the watch
22  list?

Page 179

1         MS. MASRI:  Objection, calls for a legal
2  conclusion, calls for speculation.  Objection as to
3  form.  Answer if you can.
4         THE WITNESS:  It was definitely because I was
5  being chose out of everyone crossing the border, and
6  every time I get worse treatment and scarier than the
7  one before.  Just makes me feel that I had something
8  different than everyone else crossing the border.  So
9  yes.
10  BY MS. KONKOLY:
11   Q  Did anyone, did any government official ever
12  tell you that you were on a watch list?
13   A  Personally, no.
14   Q  If you could turn to paragraph 18?  It says,
15  "On April 11th, 2015, you exited the United States and
16  went into Canada."  Is that accurate?
17   A  Yes.
18   Q  Okay.  Where specifically did you make that
19  crossing?
20   A  The April 11th, right?
21   Q  April 11th, 2015.
22   A  Tunnel from Detroit to Windsor.

Page 180

1    Q  The Windsor Tunnel?
2    A  Yes.
3    Q  And what was the purpose of this trip?
4    A  Visiting friends.
5    Q  The same friends?
6    A  Yes.
7    Q  Were you traveling alone or by yourself?
8    A  By myself.
9    Q  Okay.  What happened on your crossing from
10  the United States into Canada?
11   A  What happened?
12   Q  Did anything happen?
13   A  From the United States to Canada, I was
14  stopped at the Canadian border, and the same thing.
15  Got pulled the side, searched and I stayed about three
16  hours, questions about where I'm going, where I will
17  be staying, basically the same questions I had in the
18  trip before.
19         And also, it was more details about
20  questioning getting what they had through the phone.
21  What I mean by detailed, they used to come approach me
22  at the counter, ask me one question and keep the phone

Page 181

1  to the side so they can go back, give the answer, then
2  come back and ask me another question.
3    Q  And you're talking about Canadian officials?
4  I just want to make it clear?
5    A  Yes, yes.
6    Q  When you say "they"?
7    A  Yes.
8    Q  Canadian?
9    A  Canadian.  This is at the Canadian border,
10  and it was very detailed, where I'm going to be, when
11  I'm going to come back exactly.  And especially in
12  this time, they asked me -- they asked me tell us
13  exactly what time are you going to be there, and I
14  told them around 12:00.  They said okay, if you do not
15  be at the border at 12:00 exactly, this is the number.
16  Call us and let us know if you're coming earlier or
17  before, just to know exactly when are you crossing the
18  border.  That's it, yeah.
19   Q  Okay.  How long did that conversation last?
20   A  At the Canadian border?
21   Q  At the Canadian border on your way into
22  Canada?

46 (Pages 178 - 181)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 182

1    A   Three, two, around three hours.

2    Q   And how long did you stay in Canada on this
3 trip?

4    A   Same day I came back.

5    Q   Okay.  What was -- I can't remember if I've
6 asked this question for this particular trip.  What
7 the purpose of this trip?

8    A   Visit friends.

9    Q   Just for one day?

10   A   Yeah.

11   Q   The same friends?

12   A   Yes.

13   Q   You didn't stay overnight?

14   A   Actually we, there was like lunch because my
15 friend there got engaged, so I just went there for
16 lunch and came back.

17   Q   Okay, and what time did you intend to come
18 back?

19   A   I told them I'm coming back at between 11:30
20 and 12:00, and I got there between 11:30 and 12:00.

21   Q   P.M.?

22   A   Yes.

Page 183

1    Q   Did you write or post about your experience
2 crossing into Canada in April 2015 on any of your
3 social media accounts?

4    A   No.

5    Q   Did you talk to anyone about that crossing,
6 aside from your attorney?

7    A   I talked to friends, family, every students
8 in my school and everyone that knew about this
9 incident I was questioned by.

10   Q   So how many people would you estimate that
11 you talked to about this crossing into Canada in April
12 2015?

13   A   Into Canada?

14   Q   Yeah, into Canada.

15   A   Oh.  More than ten people.

16   Q   Okay.  Did you write about this experience
17 anywhere?

18   A   No.

19   Q   So you came back the same day?

20   A   Yes.

21   Q   Okay.  Did you take the Windsor Tunnel or a
22 different crossing?

Page 184

1    A   Took the bridge.

2    Q   Which bridge?

3    A   The Detroit-Windsor Bridge.

4    Q   Okay, and what happened when you arrived at
5 the Detroit-Windsor Bridge?

6    A   Okay.  At that time, I was -- I had just
7 gotten a car, a new car.  I had -- the person at the
8 booth, I was actually -- when I got to the booth at
9 the bridge, I gave him my ID and the letter that I had
10 from Homeland Security that I received after
11 submitting that first, the travel inquiry.

12       I received a letter for a number that I had
13 to present when I cross the border, and when they did
14 that, he swiped my ID and had the same reaction, and
15 because they're not used to me crossing the bridge,
16 there was different people and a different scenario.
17 Basically, I was asked to put my hands on the wheel
18 until three agents or four came to the back of the
19 car.

20       They asked me to get out, leave everything in
21 the car, the keys.  I was also asked by the agent at
22 the booth how did -- he asked me where I work, and I

Page 185

1 told him I work at a gas station, and he told me how
2 can you work at a gas station and afford this car?  Is
3 that really yours or not?

4       I told him it's mine, and it was registered
5 under my uncle's name.  So he was just making fun of
6 that, and then when I got out of the car, I was
7 basically handcuffed in the back of my car, walked
8 into the building at the bridge.  They took me to a
9 cell that was very bright light and very cold, and for
10 -- they took my shoes, they took my watch, my phone,
11 everything I had, even my belt.

12       They even the seat in that room was a metal
13 seat and it was freezing.  So I tried to stand up or
14 stay away from it because it was cold either way I sit
15 or stand.  So I was asked questions every -- at the
16 beginning, I was asked a lot of questions for about an
17 hour, and then they left me alone.  They sent another
18 agent, basically asked me the same questions just in a
19 different form, and I couldn't say I already answered
20 the questions because it was a different person.

21       Until the fourth time I was approached by
22 another agent, and I told them, you know, there's

47 (Pages 182 - 185)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 186

1 three other agents that came and asked me the same
2 exact questions over and over, just different
3 questions. He told me this is a different shift. If
4 you want to get out, you have to answer my questions,
5 and I just have to repeat myself even though I was
6 freezing.
7         I stayed there for approximately more than
8 ten hours. Every hour, hour and a half I get agent
9 coming to the cell, ask me questions, more everything
10 about my family, everyone I knew, even like my
11 cousins, my cousins' names, my uncles, everyone I
12 knew, and everything I'd done in my past.
13         Also, they asked me to -- one of the last
14 ones I was feeling so cold and my head started hurting
15 because of the bright light, I asked the officer if I
16 can get my shoes or a blanket because it's getting so
17 cold, and he told me that we're almost there to let
18 you out. I waited another hour, and then started
19 knocking on the door for --
20         I know when they walked me, it was at the end
21 of the hall. So I started knocking on the door. They
22 hear me, no one answered and I also waited for like

Page 187

1 10, 15 minutes and I heard someone came by, and I
2 started asking for help. Hey, can someone hear me.
3 But I heard the officers talked by the cell, listen to
4 what I was saying and then kept on walking.
5         All I remember after that is I started
6 getting so drowsy and the headache started getting
7 more and I started shaking, and I started asking for I
8 need to go to the hospital, I need an ambulance. Then
9 an officer came and told me what's going on, why you
10 need the ambulance?
11         I told him I'm freezing. I'm freezing to
12 death. Please let me out or let me out, at least in
13 the waiting room. I cannot wait here longer, and he
14 told me okay, we're almost there. Just hang up, just
15 hang on. We'll let you out shortly. I waited, you
16 know, another like 30 minutes. I couldn't hold it.
17 All I remember after that is I was laying on the
18 floor, and the officer was waking me up, asking me if
19 I'm okay and I was shaking when he woke me up.
20         That was my first time falling unnoxious
21 (sic) ever in my life. Never felt like I was freezing
22 to death. I never felt like I was going to die, and

Page 188

1 he took me -- he realized that it's dangerous. So he
2 told me to get up and asked for -- he called on the
3 radio.
4         Another two officers came and took me to the
5 waiting room, and I was still shaking by then, and
6 they told me you okay? What's going on? I was like I
7 can't hold it. It's freezing in there. I've been
8 asking you guys to give me my shoes, something that
9 can keep me warm.
10         They said okay, we'll let you out in a few
11 minutes. Just hold on. I told them I can't, I cannot
12 leave in this situation. My whole body is shaking. I
13 don't think I'm going to be able to drive. I really
14 need to go to the hospital. So they called an
15 ambulance. When the ambulance arrived, they took me
16 to the -- by the way I was -- in the waiting room I
17 was handcuffed.
18         When I walked to the ambulance they -- I was
19 -- no, I'm sorry. I did not walk to the ambulance.
20 The ambulance brought the bed. They put me in the bed
21 and then took me to the ambulance outside, and then
22 the officer handcuffed me to the bed in the ambulance.

Page 189

1 The nurse that was at the ambulance asked the officer
2 why are you still handcuffed him, he's barely moving,
3 and he told her to shut up and that's not her
4 business.
5         And I remember like she was back and forth,
6 like why are you still doing this to him? He's barely
7 moving. I was just trying to grab the blanket and
8 stay warm at that time. When I was listening to them,
9 I felt like it's an echo, it's not real what's
10 happening because I was so -- I never felt that way. I
11 felt like I was going to die, and what happened is
12 something I never experienced in my life.
13         I was just thinking of if I die, these people
14 that, referring to the Border agents that kept me in
15 the cell for more than ten hours, nobody knows about
16 me, I can die and they can -- they can whatever
17 with my body, and nobody would know what happened to
18 me. So I was just trying to stay strong and trying to
19 stay awake so I know everything that's happening
20 around me.
21         I remember going to the hospital and they put
22 me on a chair because I couldn't walk, cuffed me into

48 (Pages 186 - 189)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 190

1  the chair.  We were -- the officer took me inside and
2  then I was -- I was taken to a room inside the
3  hospital.  They put me in a bed and I asked -- I
4  remember asking the nurse for extra blankets, because
5  I cannot stop shaking from how cold I was.
6       She gave me blankets and then a doctor came
7  and asked me what happened, and I remember the officer
8  told him not to ask me these kind of questions, and
9  the doctor asked him to step outside and he talked to
10 him, that he have to do this in order to process me or
11 in order to help me.
12      I heard them getting into an argument, and
13 then the doctor told the Border Patrol agent or
14 officer to stay out the room if he wants me to get
15 medical treatment.  At the end, the doctor came and I
16 told him everything happened to me.
17      I was actually, I was so happy that I was
18 left alone with the doctor, I started telling him
19 everything, thinking I was going to die, and if I die,
20 there's someone I can trust that would send the story
21 or give it to my family so they know what happened to
22 me.

Page 191

1       So I started telling him everything.  I
2  started telling him what kind of treatment I had in
3  the past on the border, and I remember like explaining
4  everything for about an hour or so.  That's when I
5  felt real comfortable and came down.  He gave me I
6  believe it was -- we did the blood tests and urine
7  test and also, he gave me a pill or a shot, I do not
8  remember.
9       All I remember just it put me to sleep.  I
10 slept and my body just calmed down.  I felt so
11 comfortable after I was speaking to the doctor, and
12 told him what happened and because honestly, I felt
13 like at that point I was -- I was dying and I just
14 wanted my mom to know what happened to me.
15      So after I woke up, the doctor came to
16 release me and he woke me up and told me you're ready
17 to go, how do you feel?  I told him I feel better, but
18 I don't know why my head's going -- is still hurting
19 me.  He said you'll feel better, just as long as you
20 can get up and walk.
21      He released me.  We got back in the Border
22 Patrol bus, and they put me in the back of the bus,

Page 192

1  which is metal seats and they handcuffed me to the
2  floor of that bus.  It was -- there was a handcuff
3  area they can handcuff me to the floor, until we got
4  to the bridge.
5       They gave me everything back the minute I
6  exited the bus, and they gave me everything, and they
7  gave me my car keys.  They told me you're ready to go.
8  I wasn't feeling good, but I drove home and it was
9  about noon at that time when I arrived home, and I was
10 also -- I was -- yeah, after I got home, I remember my
11 brother was home and he was asking me what happened.
12      I just couldn't talk.  I told him can we talk
13 about this a different time.  After that experience, I
14 remember staying home, not going to school, not going
15 to work for about four days, just scared leaving the
16 house.  I got scared of my situation.  I stayed in
17 bed.  My body couldn't actually function.  Every time
18 I wake up, I feel like I'm hearing sounds in my head.
19      I'm hearing the questions that guy repeated
20 to me in the cell, and so I kept -- I stayed home for
21 about four days sleeping most of the time, and just
22 scared of travel again.  After that was basically my

Page 193

1  last time crossing the border until August or June
2  2017.
3  Q   June of 2017?
4  A   Yes, when I went to -- drove to JFK, then --
5  Q   Saudi Arabia and Yemen?
6  A   Yes.
7  Q   Okay.  Have you crossed the border by land
8  since this April 2015 incident?
9       MS. MASRI:  I'm sorry.  I don't want to
10 interrupt.  I just want a quick clarification, that
11 last one.  You said fall noxious.  What was --
12      MS. KONKOLY:  Wait, I'm going to -- Lena,
13 this is my deposition.  I don't think this is proper
14 for you to be correcting your witness' testimony in
15 this matter.
16      MS. MASRI:  Well I mean --
17      MS. KONKOLY:  If you have a question you'd
18 like to ask on redirect --
19      MS. MASRI:  I'll redirect.
20      MS. KONKOLY:  --I'm going to ask you to save
21 it for then.
22      MS. MASRI:  That's fine.  I'll redirect.

49 (Pages 190 - 193)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 194

1 BY MS. KONKOLY:

2    Q   Have you crossed the United States border
3 into Canada or Mexico since this incident in April
4 2015?

5    A   No.

6    Q   Okay, and I believe you said you were
7 traveling alone on April 11th, 2015; is that correct?

8    A   Yes.

9    Q   Okay.  Was anyone else there who you knew,
10 who witnessed this incident crossing back into the
11 United States?

12   A   No.

13   Q   Did you write or post about this on any of
14 your social media accounts?

15   A   No.

16   Q   Did you talk to anyone, aside from your
17 attorney, about this incident?

18   A   I talked to everyone I knew that knew about
19 what happened to me, and that's probably more than 30
20 people.

21   Q   More than 30?

22   A   Yes.

Page 195

1    Q   Okay.  Did you write about it anywhere?

2    A   No.

3    Q   Do you believe that this happened to you
4 because you were on a watch list?

5    A   I do, and I -- yes, I do.

6    Q   Did anyone tell you at the time?  Did any CBP
7 officials tell you that you were on a watch list?

8    A   No.

9    Q   What is your basis for believing that this
10 happened because you were on a watch list?

11   A   Because of the treatment I had on the kind of
12 questions I was being asked, and every time I was
13 asked, especially that April 11th crossing, when I was
14 asked about terrorist groups and what I have been
15 doing in -- who do I contact in Yemen and if I have --
16 they started asking me about people that I knew from
17 TV happened to be terrorist people like bin Laden and
18 others.

19   Q   You mentioned that you missed class and work
20 for three or four days.  Is that -- did I understand
21 that correctly?

22   A   I missed my life in that three and four days

Page 196

1 because I did not answer phone.  I did not leave my
2 bed, just to the bathroom and back.  I was so --
3 sometimes I used to wake up in the middle of my sleep
4 shaking, feel my body still cold inside, even though I
5 was covered with blankets at home.

6    I basically felt like that four days was the
7 worse four days of my life, because I used to hear
8 sounds like in my head.  The only person I talked to
9 at that four days was my brother that used to live
10 with me.

11   Q   Are there any consequences from this April
12 11th, 2015 incident that we haven't already discussed?

13   MS. MASRI:  Objection, calls for a legal
14 conclusion, calls for speculation.  Objection as to
15 form.

16   THE WITNESS:  Consequence was actually after
17 that, and actually before that, but this made it very
18 clear, that my friends and family used to make fun of
19 me about what happened, and not just fun.  Even
20 friends that I used to hang out with, they used to
21 tell me all the time oh, I don't know if we should go
22 out together.  How about we just meet up over there,

Page 197

1 because we cannot trust you after what happened to
2 you.

3    We don't know if it's true or not.  If the
4 government is taking it serious, why wouldn't we take
5 it serious?  So it affected me and also made me stay
6 away from my friends.  I stayed away from my cousins
7 that used to bring this up all the time, because it
8 used to affect me emotionally.

9    Also, that also one of the things that made
10 me stop crossing the border and I -- made me also
11 doubt myself, am I a bad person that needs to be given
12 or treated this way, even though I'm going to school,
13 work, paying for rent and trying to stay -- live like
14 a normal person.

15   But every time I used to, you know, hear this
16 from my friends or family or anyone that knew about
17 it, I used to feel like I'm -- I need to take a step
18 back and realize who I am and if I'm really a bad
19 person like the people at the Tunnel and Bridge think
20 I am.

21   But there is nothing I have done in my life
22 that makes me being suspicious or anything.  It

50 (Pages 194 - 197)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 198

1 affected me every day.  Until this day I think about
2 it and watch every step I do, every move I do.  It's
3 really sad that incident, and I remember April 11th
4 like it's yesterday.
5       MS. KONKOLY:  If I could have you turn to
6 Exhibit J in your binder?  Go ahead and mark it.  You
7 produced these documents to us in discovery.  They
8 appear to be medical records related to your treatment
9 on April 11th, 2015.  I'll just have you go through
10 those documents and confirm that understanding.
11       (Witness reviewing documents.)
12       THE WITNESS:  Yes.
13       MS. KONKOLY:  Go ahead and mark it, and if
14 you could flip to Exhibit K.  Have you seen this
15 document before?
16             (Whereupon, the document
17             referred to was marked for
18             identification as Exhibit K.)
19       (Witness reviewing document.)
20       THE WITNESS:  I do not remember.
21 BY MS. KONKOLY:
22    Q  You don't know what this document is?

Page 199

1    A  I do not remember.
2       MS. KONKOLY:  Okay.  You can go ahead and
3 mark it anyway, since we've talked about it.  If we
4 could flip to Exhibit H, mark that one.  Is this a
5 copy of your passport?
6             (Whereupon, the document
7             referred to was marked for
8             identification as Exhibit H.)
9       THE WITNESS:  Yes.
10 BY MS. KONKOLY:
11    Q  Have you ever had any other passports?
12    A  No.
13    Q  Have you ever traveled on a passport from
14 another country?
15    A  I'm sorry.  I take that back.  I remember one
16 time I lost my passport in Yemen, when I was in Yemen,
17 and I went to Saudi Arabia and then I -- I got a
18 Yemeni passport so I can travel to Saudi Arabia, but
19 that was the only time I used it.
20    Q  Okay.  Do you still have that Yemeni
21 passport?
22    A  No.

Page 200

1    Q  Did it expire?
2    A  I don't know.  Of course, it expired.  It was
3 a long time ago.
4    Q  Okay, and you said you traveled on it once?
5    A  Yes.
6    Q  From Yemen to Saudi Arabia?
7    A  Correct.
8    Q  And how old were you at the time?
9    A  I'm not sure.  I know I used it once and then
10 I lost it.
11    Q  Were you in high school?
12    A  It was after high school.
13    Q  Were you in college?
14    A  No.
15    Q  In between?
16    A  It was -- it was after 2011, probably between
17 2011 and 2012.  I do not recall exactly.
18    Q  Okay.  So if you could turn to page eight of
19 your passport?
20    A  Page eight.
21       MS. MASRI:  We're talking about Bates 10,
22 right?

Page 201

1 BY MS. KONKOLY:
2    Q  It's Bates 10, page eight on the passport.
3    A  All right.
4    Q  It looks like there's an entry stamp for
5 Yemen, and it says "08/06/2013."
6    A  Okay.
7    Q  I'm unclear whether that's June 8th, 2013 or
8 August 6th, 2013.  Do you know?
9       MS. MASRI:  I'm going to just object, that
10 the document speaks for itself.
11 BY MS. KONKOLY:
12    Q  I'm asking whether you know which way that I
13 should read that date?
14    A  I'm not sure, but it could be August 6th, but
15 I'm still not sure.
16    Q  Okay.  The wallet looks like there's an exit
17 stamp, and it could either be October 5th or May 10th,
18 2012.
19       MS. MASRI:  Again objection, the document
20 speaks for itself.
21 BY MS. KONKOLY:
22    Q  Do you know which way to read that?

51 (Pages 198 - 201)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 202

1    A   No.
2    Q   Are the stamps on page nine from the 2017
3  trip that we talked about when you went to Yemen to
4  get married?
5    A   Wait, 2017.  Yes.  That was the exit from
6  Yemen.
7    Q   Okay.  If you could flip --
8       MS. MASRI:  I'm sorry.  Which one -- which
9  one are you referring to?
10      MS. KONKOLY:  They're both from 2017.
11      MS. MASRI:  He said one is an exit.  I just
12  want to clarify for the record what he's pointing at.
13      THE WITNESS:  One is my entrance and the
14  other is my exit.
15  BY MS. KONKOLY:
16   Q   Are they both related to the same trip where
17  you went to get married?
18   A   Yes.
19   Q   Okay.  Go ahead and flip to the next page.
20  This Elhady Bates stamp 11, and there's some visas,
21  and underneath it looks like it's page 10 and 11.
22   A   Yes.

Page 203

1    Q   Do you see page 10 underneath the visa?
2    A   Yes.
3    Q   What is that visa from?
4    A   Ethiopia.
5    Q   Is that from when you were traveling with
6  your dad?
7    A   Yes.
8    Q   And on page 11, what is this visa?
9    A   Ethiopia.
10   Q   Is that from that same period?
11   A   Was definitely a different trip, different
12  visa.
13   Q   Okay.  The one on page ten looks like it was
14  issued on December 23rd, 2011.  Is that accurate?
15      MS. MASRI:  Objection, the document speaks
16  for itself.
17      THE WITNESS:  I'm not sure when that visa
18  happened.
19  BY MS. KONKOLY:
20   Q   Do you see in the top left corner?  It says,
21  "Date of issue 23 December 11."
22   A   Is that the date of the visa?

Page 204

1    Q   I'm asking you what you recall about this
2  visa?
3    A   It's Ethiopian language.  I do not understand
4  what it says on top.  I don't know if that's an entry
5  or the exit.
6    Q   Well, it says "Date of issue," and then it
7  says "23 December 11."  Do you see where I'm looking?
8       MS. MASRI:  The document speaks for itself.
9       THE WITNESS:  I don't see where it says,
10  "date of issue."
11  BY MS. KONKOLY:
12   Q   If you turn it sideways so that it's face up
13  to you.
14   A   Are you speaking -- are you talking about
15  page ten?
16   Q   Page ten.
17   A   Okay.
18   Q   And in the handwriting portion of that stamp,
19  in the very top left corner, do you see where it says
20  "23 Dec 11"?
21   A   Yes.
22   Q   Do you recall the trip that this visa

Page 205

1  corresponded to?
2    A   It was December 23rd, 2011.
3    Q   Okay.  I don't think we talked about a trip
4  in December 2011 earlier.  Did I forget something?
5    A   The questions were about the entry and
6  exiting into the United States, not anything else.
7    Q   Okay.  What do you recall about this trip to
8  Ethiopia in December 2011?
9    A   For work with my dad.
10   Q   Okay.  Did you have any troubles crossing
11  into Ethiopia?
12   A   No.
13   Q   Okay, and for the May -- this other one, it
14  says "Date of issue 10 May 12."  Do you see where it
15  says that?
16   A   Yes.
17   Q   Okay.  What do you recall about the trip that
18  corresponded with this visa?
19   A   Date of issue May 10th, 2012, yes.
20   Q   Yeah, but what do you recall about this trip
21  that went along with this visa?
22   A   It was the same reason, work with my dad.

52 (Pages 202 - 205)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 206

1    Q   Okay.  Did you have any trouble entering
2  Ethiopia on that occasion?
3    A   No.
4    Q   Okay.  Turn to the next page.
5        MS. MASRI:  We're looking at Bates 12.
6  BY MS. KONKOLY:
7    Q   I'm looking at Bates 12, pages 12 and 13.  So
8  I see a stamp that looks like it's from the United
9  Arab Emirates, UAE at the top of page 12.  Do you see
10 that one?
11   A   UAE, yes.
12   Q   Okay, and that appears to be from August
13 2013?
14   A   Yes.
15   Q   There's a stamp that appears to be in Arabic.
16 Can you read that one?
17   A   Which one are you referring to?
18   Q   The rectangle one.
19   A   The one that's half showing on page 12?
20   Q   Yes, yep.
21   A   That is yes, I can read it.  It says, "This
22 is -- this is valid for 30 days from the date of

Page 207

1  entry."
2    Q   Okay.  Do you know what country that's from?
3    A   I do not recall.
4    Q   It doesn't say?
5    A   It doesn't say.  That's all I said, what I
6  just mentioned.
7    Q   Okay.  We've got another stamp on here.  It
8  appears to be an exit stamp from Yemen.
9    A   Which one are you referring to?
10   Q   At the bottom, just above the 12.
11   A   Yes.
12   Q   That appears to be from August 26, 2013?
13   A   Yes.
14   Q   Okay, and then there's two more that are kind
15 of faded.  Do you know what those are from?
16   A   On page 12?
17   Q   On page 12, the other two that we haven't
18 talked about yet.
19   A   There is one that's to the left side, if
20 you're referring to that.  It says, "The exit."
21   Q   Yeah.
22   A   It's the same one for UAE.  It's just exit

Page 208

1  stamp.
2    Q   Okay.  From 2013?
3    A   That does not show the date.  That's not
4  clear, but all I can read it "exit" and Dubai Airport.
5    Q   Was there another time other than the 2013
6  trip that we talked about that you flew through Dubai?
7    A   I do not recall.
8    Q   The stamps on page 13 all appear to be dated
9  2017 to me.  Is that your understanding as well?
10   A   Yes.
11   Q   Are those all related to your trip for your
12 wedding and your brother's wedding?
13   A   Yes.
14   Q   How about the one in the bottom right-hand
15 corner that's faded?  Can you read that?
16   A   I believe that's Rome.  It's an Italy stamp,
17 but do not remember if it's an exit or entrance.  I
18 just remember they stamped it, the same as that page.
19   Q   Okay.  Turn the page.  Elhady Bates stamp 13,
20 page 14 of the passport.  It looks like you've got a
21 visa from Egypt on page 14?
22   A   Yes.

Page 209

1    Q   I don't see a date on this one.  Is that what
2  is in Arabic on the right?
3    A   It says 21st of August 2017.
4    Q   2017.
5    A   It says the 21st or 22nd.  I'm not sure.
6  It's not clear.  All it shows the twenty-something
7  August 2017.
8    Q   Okay.  Was this on your way home from Rome
9  after your wedding?
10   A   This is the stop between Yemen and Rome, when
11 I stopped in Egypt.
12   Q   Okay.  Can you turn the page?  There's a visa
13 on page 17 of the passport.  We're on Elhady Bates
14 stamp 14.  Do you see the visa stamp?
15   A   The Lufthansa one?
16   Q   Oh, I'm sorry.  That's -- it might not be a
17 visa stamp, because that's from the passport itself.
18   A   It was actually a visa by the way.
19   Q   Okay.  What is the stamp on page 17 in your
20 understanding?
21   A   This is for Oman stamp visa.
22   Q   Okay.  What's the date?

53 (Pages 206 - 209)

Case 1:16-cv-00375-AJT-JFA   Document 305-1   Filed 03/12/19   Page 56 of 72 PageID# 12253

Anas Elhady
February 22, 2018
Elhady vs. Kable

Page 210

1        MS. MASRI:  I'm going to object, that the
2 document speaks for itself.
3        THE WITNESS:  It's not clear, but it shows --
4 I'm not sure if that's the right way, but it shows,
5 appears to me August -- no, that's not August.  Oh,
6 that's the time does it expire?  It expires August
7 11th, 2017.  The stamp on this document was upside
8 down, and was the opposite side of the stamp.  So you
9 cannot tell which is what.
10 BY MS. KONKOLY:
11    Q   Okay.  That's from Oman from 2017 though?
12    A   I'm sorry?
13    Q   Your understanding is that this stamp is from
14 Oman in 2017?
15    A   Correct.
16    Q   Okay.  You can flip to page Elhady-17.  It's
17 page 22 and 23 of your passport.  You have another
18 visa on page 22.  This one's from Saudi Arabia.
19    A   Yes.
20    Q   Is this from the trip that you took for the
21 two weddings as well?
22    A   That's the one I went for my brother's

Page 211

1 wedding, yes.
2    Q   Okay, and on page 23, these stamps both
3 appear to be in Arabic.  Can you read them?
4    A   The one to the right shows that this is --
5 this airport is for King Khalid Airport.
6    Q   Is that in Saudi Arabia?
7    A   Yeah, yes.
8    Q   Okay.  Does it have a date?
9    A   It has the 2017.  It says the month, but I
10 don't know how to -- I don't know what month is that
11 in Arabic.
12    Q   Okay.
13    A   It's -- I don't know if you understand what
14 this month is.
15        MS. MASRI:  No, but I'm going to just object,
16 that he is not a professional translator.  He's not a
17 certified translator.  He is answering to the best of
18 his ability, but there's no way --
19        MS. KONKOLY:  That's fine.  I'm only asking
20 to the best of his ability.
21        MS. MASRI:  Okay.
22 BY MS. KONKOLY:

Page 212

1    Q   How about the circular one on top?  What does
2 that one say?
3    A   This is also the -- okay.  This is the
4 entering Saudi Arabia, and the date is even -- I'm
5 sorry.
6    Q   Is it 2017?
7    A   I'm sorry.  They have a different date.  None
8 of them is 2017.  I was reading that upside down.  It
9 was 17 but it's not the year.  They go by a different
10 year.  So the circular one is the entrance and the
11 exit one is the exit.  That's all I can say about
12 this, these two stamps.
13    Q   Do they correspond with your trip to Saudi
14 Arabia for your brother's wedding?
15    A   Yes.
16    Q   Okay.  Turn the page one more time.  We're on
17 Elhady Bates stamp 18, page 24 of the passport.  Do
18 you know what the stamp on page 24 is from?
19    A   Okay.  This probably was Rome.  I mentioned
20 earlier in page 13 of my passport that the lower stamp
21 was Rome, and it shows it's the same stamp.  So one of
22 them must be enter and the other is exit.

Page 213

1        MS. KONKOLY:  Okay.  I could use a quick
2 bathroom break, just three minutes.
3        MS. MASRI:  Uh-huh.
4        (Whereupon, a short recess was taken.)
5        MS. KONKOLY:  Back on the record.
6        COURT REPORTER:  Yeah.
7 BY MS. KONKOLY:
8    Q   Okay.  Mr. Elhady, do you understand that
9 you're still under oath?
10    A   Yes.
11    Q   Okay.  You can put the binder away for now.
12 Are there any instances in which you have wanted to
13 travel somewhere but decided not to because you
14 believed you were on a watch list?
15    A   Yes, I do.  After the incident that happened
16 April 11th crossing the bridge, I wanted to go visit
17 my family, my mom that was in Yemen.  I never, I never
18 was away from her for more than a year until that
19 happened.  I couldn't leave.  I was so scared to cross
20 the border for any reason.  I was actually from last
21 time I was in Yemen, before the April 11th, I was
22 dating my wife.  But it took me this long time until

54 (Pages 210 - 213)

Case 1:16-cv-00375-AJT-JFA   Document 305-1   Filed 03/12/19   Page 57 of 72 PageID# 12254

Anas Elhady
Elhady vs. Kable                                                    February 22, 2018

Page 214

1 2017 just to go back and get married.
2        It just -- it kept pushing me away, to the
3 point that my wife told me after the wedding that she
4 had doubts that if I still wanted her, if I still
5 wanted her or want us to be together, because I take
6 that long time to come back to Yemen. She knew about
7 the incident, but nobody knew how bad it affected me
8 and scared me just to cross a border or get even close
9 to that border.
10       It really affected me all way, like even my
11 mom. I did not see her until she got a visa and came
12 here, and my whole family like Yemen. I lived a long
13 time in Yemen. I had a lot of friends and family, and
14 there was a lot of opportunity that I could have
15 traveled. My brothers came back. I was the only one
16 that couldn't cross the border because of the incident
17 that happened to me that scared me getting near the
18 border.
19       Q   Did you have the financial ability to travel
20 back to Yemen in this interim, between the incident on
21 April 11th, 2015 and when you went back for your
22 wedding?

Page 215

1        A   Financial, you mean money?
2        Q   Yeah. Could you have afforded to go?
3        A   I had money. I had everything to go. Just I
4 was scared to do so, so I don't get -- I don't die if
5 something happened. I tried to stay away until we
6 solve everything.
7        Q   Are there any other trips that you wanted to
8 take but decided not to because of your belief that
9 you're on a watch list?
10       A   Yes.
11       Q   What else?
12       A   I wanted to go to -- there is a lot of times
13 where my brothers, my cousins had vacations and trips
14 outside the United States and they go together, and at
15 the beginning they used to ask me if I wanted to come.
16 But every time I told them I don't know. I don't want
17 to cross a border at this time. I'm scared something
18 happen to me, and to the point that they start
19 planning trips and vacations or go to Turkey, go to
20 Yemen, go wherever they go and not tell me, knowing
21 that I will never do it or I will never be part of
22 this.

Page 216

1        Even when I went to my brother's wedding, I
2 was -- my brother actually called me and told me
3 please come to my wedding. My whole family's coming.
4 You have to be there. Even though I was scared, but I
5 pushed myself to go. Not because of anything. I had
6 all the abilities to go except my fear that was inside
7 me for crossing the border or coming back.
8        Q   Okay. I'm going to ask you to be specific
9 about -- you said there's been several of these trips,
10 but I'd like you to be specific about where they were
11 and when they were?
12       A   You mean the trips that --
13       Q   With your brothers and your cousins that you
14 were just talking about?
15       A   Okay. So my brother was, for example, he
16 went to Turkey. I remember when he went. I do not
17 recall what day was it. I remember it was 2017, and
18 he found very cheap tickets to Turkey and vacation
19 plan, whatever. He asked me to go with him, and I
20 told him I cannot because this can be turned into the
21 opposite of a vacation. I can be thrown in a cell.
22 I'm not ready for something like this.

Page 217

1        And also, my cousins were traveling to
2 California, traveling to New York by plane and I, I
3 told them I cannot do it. Also, Malaysia. One of my
4 friends asked me to go with him, and we had -- one of
5 our friends that lived there had the hotel and told us
6 to come, everything on him.
7        I had a wide opportunity to go, but I was not
8 able just because of the fear that was inside me.
9        Q   Okay. Do you have any plans for future
10 travel?
11       A   If I feel better about crossing the border,
12 even though I've traveled in 2017 to get married, but
13 I was still scared during my whole flight.
14       Q   Well, my question is, do you have any
15 specific plans for any trips you're planning to take
16 in the future?
17       A   I'm planning to go visit my wife in the
18 future. I don't know when. I'm still -- I honestly
19 do not want to travel because I know something will
20 happen. I just, I just started her visa application
21 in December, hoping for her to get a visa and come
22 instead of me going to Yemen.

55 (Pages 214 - 217)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 218

1 But I know that will not -- she will not get
2 a visa, just because of me being on the watch list,
3 and that would affect her coming here.
4 Q Aside from an intention to travel to Yemen at
5 some point to visit your wife, do you have any future
6 travel planned at this point in time?
7 A No.
8 Q Are you an account holder on a personal
9 checking or savings account at any United States bank?
10 A I have a checking, receiving and saving
11 account in PNC.
12 Q All at PNC?
13 A Yes.
14 Q Do you have any other accounts at any other
15 American banks?
16 A No.
17 Q For your checking account, when did you open
18 that account?
19 MS. MASRI: Pursuant to the court's order,
20 the questions that you can ask are the institution,
21 what type of account and whether it's been closed, and
22 those are the only questions that the judge permitted.

Page 219

1 MS. KONKOLY: The judge permitted reasonable
2 questions into the banks. He did not say that we were
3 not allowed to ask about how long the account had been
4 opened. It would be relevant to show how long it had
5 remained opened without being closed if that was in
6 fact the case.
7 MS. MASRI: That was not the judge's order.
8 MS. KONKOLY: Okay. Well, we may take that
9 up with the court then.
10 MS. MASRI: We can, yes, and I'm objecting
11 based on --
12 MS. KONKOLY: We may need to.
13 MS. MASRI: --the court order. Those are the
14 three questions that I'm going to allow my client to
15 answer.
16 MS. KONKOLY: Okay. I'm going to state the
17 question again for the record, so we can create a
18 clean record if we need to take this to the Court.
19 When did you open your checking account with PNC Bank?
20 MS. MASRI: Same objection.
21 THE WITNESS: I do not recall.
22 MS. MASRI: Don't answer any questions about

Page 220

1 bank accounts unless I say that you can.
2 THE WITNESS: Okay.
3 MS. KONKOLY: Okay. Are you going to follow
4 your attorney's instruction not to answer that
5 question? You don't have to. It's your choice. I'm
6 asking are you following that instruction, would
7 you like to answer the question?
8 THE WITNESS: I don't want to answer.
9 MS. MASRI: Hold on. I just want to state
10 for the record, it is completely inappropriate for you
11 to tell my client that he doesn't need to follow my
12 instructions.
13 MS. KONKOLY: I retract that.
14 MS. MASRI: You're not his attorney.
15 MS. KONKOLY: Okay.
16 MS. MASRI: Yes. You're not his attorney, so
17 please don't provide that instruction --
18 MS. KONKOLY: It is an appropriate question
19 to ask him whether he's going to follow your advice or
20 whether he's going to answer the question.
21 MS. MASRI: That's fine --
22 MS. KONKOLY: That's a fair question.

Page 221

1 MS. MASRI: But you instructed him and
2 advised him --
3 MS. KONKOLY: I did not.
4 MS. MASRI: You advised him that he doesn't
5 need to follow my instruction. It is not your place
6 to advise my client because you're not his attorney.
7 MS. KONKOLY: Okay. I apologize. I should
8 not have said that sentence. Your instructions not to
9 answer are also completely improper.
10 MS. MASRI: That's your position.
11 BY MS. KONKOLY:
12 Q For your receiving account, what is a
13 receiving account? I'm not familiar with that term.
14 A It's called reserved account. It just -- I
15 never use it anyway. It just comes as a package with
16 the checking and receiving, reserved and checking.
17 Q Is that like a special account for your
18 family to send you money?
19 MS. MASRI: Again, I'm going to instruct --
20 MS. KONKOLY: I'm just trying to figure out
21 what this account is.
22 MS. MASRI: Well, but you asked him a

56 (Pages 218 - 221)

Anas Elhady
February 22, 2018
Elhady vs. Kable

Page 222

1 specific question about this particular account. If
2 you want to ask him what his understanding of a
3 receiving account is, that's fine. But any questions
4 about this specific account, don't answer.
5 BY MS. KONKOLY:
6     Q   What is your understanding of what a
7 receiving account is?
8     A   I don't know.
9     Q   Does your family use this account to send you
10 money?
11        MS. MASRI: Again, same objection. Don't
12 answer.
13 BY MS. KONKOLY:
14    Q   Are you going to answer the question?
15    A   No.
16    Q   When did you open your savings account with
17 PNC Bank?
18        MS. MASRI: Same objection.
19        THE WITNESS: I don't want to answer that.
20 BY MS. KONKOLY:
21    Q   Has PNC Bank ever closed any of these
22 accounts?

Page 223

1     A   No.
2     Q   Has PNC Bank ever attempted to close any of
3 these accounts?
4     A   I don't know what they attempt to do.
5     Q   Do you have any knowledge that they've ever
6 attempted to close any of those accounts?
7     A   That's the same question. I don't know.
8     Q   Have you ever had any other American bank
9 accounts since you turned 18?
10    A   No.
11    Q   Have you ever tried to open a bank account at
12 a different bank and had your request refused?
13    A   I do not recall.
14    Q   Are there any closed accounts that you
15 previously held with other U.S. banks?
16    A   No.
17    Q   Do you have a joint bank account with your
18 spouse?
19    A   No.
20    Q   Do you maintain or have access to any
21 business bank accounts in the United States?
22    A   Can you repeat that question?

Page 224

1     Q   Do you maintain or have access to any
2 business bank accounts as opposed to a personal bank
3 account in the United States?
4     A   No.
5     Q   Have you ever wired money to any person or
6 entity in a foreign country?
7     A   Yes.
8     Q   Okay.
9     A   Through -- yeah. Are you referring to a bank
10 wire transfer?
11    Q   Any kind of wire transfer.
12    A   I did send money to -- I did send money, but
13 I do not recall of them.
14    Q   How many times have you sent money?
15    A   I do not recall.
16    Q   Can you estimate please?
17    A   From when to when?
18    Q   Since you turned 18.
19    A   Over three transfers.
20    Q   More than five?
21    A   I'm not sure.
22    Q   More than ten?

Page 225

1     A   I'm not sure.
2     Q   Have you ever had any problems transferring
3 money when you've tried to transfer money?
4     A   Yes. I am not sure which one and to who, but
5 it was to Yemen and when I sent it, they asked me to
6 -- the guy at the store that I transferred the money
7 from told me that they took the money and they put it
8 on hold. So if I want to take it back or for the
9 person I sent to receive it, I have to call their
10 number.
11        I called and they told me I asked who am I
12 speaking to, and they told me this is a government
13 agent. They cannot give me all the information.
14    Q   I'm not sure I understand the testimony you
15 just gave, so I'm going to need to ask some follow-up
16 questions. Who were you attempting to transfer money
17 to on this occasion?
18    A   I do not recall.
19    Q   Who have you transferred money to?
20        MS. MASRI: I'm going to object along the
21 same lines that I objected to earlier.
22        MS. KONKOLY: You can answer.

57 (Pages 222 - 225)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 226

1 MS. MASRI: I'm going to instruct my client
2 again not to answer based on the court order. Any
3 specific financial transactional information is --
4 MS. KONKOLY: I'm trying to figure out what
5 happened here.
6 MS. MASRI: No, you're not. That's a
7 specific financial -- you're asking about prior
8 transactions. He talked about a particular incident
9 right now. Right now, you're asking about prior
10 transactions and specific individuals that he
11 transferred to. So no --
12 MS. KONKOLY: Okay. Your speaking objections
13 are improper. I'm going to ask that you cease that
14 practice.
15 MS. MASRI: That is not a speaking objection
16 because --
17 MS. KONKOLY: It is a speaking objection
18 Lena, and I'm going to ask that you cease that
19 improper practice.
20 MS. MASRI: It is not -- this is not --
21 MS. KONKOLY: I will rephrase my question.
22 Let's move on.

Page 227

1 MS. MASRI: No, I need to finish what I'm
2 saying. This is not a speaking objection because I
3 already instructed my client not to answer the
4 question. Go ahead.
5 A I'm going to ask you to cease
6 your practice of improper speaking objections.
7 MS. MASRI: Characterize it however you want.
8 That's not what it is.
9 BY MS. KONKOLY:
10 Q You said you've transferred money on about
11 three occasions; is that correct?
12 A More than three occasions.
13 Q More than three. Is it more than five?
14 A I'm not sure.
15 Q Okay. When was the first time you
16 transferred money?
17 A The first time?
18 Q Yes.
19 A I do not recall.
20 Q Approximately how old were you?
21 A I don't know.
22 Q Approximately when did this incident that you

Page 228

1 described, having an issue transferring money occur?
2 A Between 2013 and 2016.
3 Q Do you recall who you were attempting to
4 transfer money to at this time?
5 A I already answered that. It's no, I do not
6 recall.
7 Q Are there a group of people or entities that
8 it could be?
9 A No.
10 Q Like you know, it could be A, B or C, or
11 you're not sure which of the three it would be? If
12 you're not sure which -- if there's a group of people
13 or entities that would be possibilities, that is my
14 question to you.
15 A It has to be one my family or relatives.
16 Q Okay, and by family or relatives, do you mean
17 your immediate family?
18 MS. MASRI: And again, we already discussed
19 distinct financial transactions are out of scope. The
20 judge has already declared that not to be relevant.
21 BY MS. KONKOLY:
22 Q I'm trying to figure out what the problem

Page 229

1 might have been with an incident that he has put at
2 issue. The person or entity who is at the receiving
3 end of this transaction is absolutely relevant to that
4 question.
5 A I do not recall who was it for, so I do not
6 -- I cannot say who, if the immediate family or second
7 family, I'm not sure who was it. I just know it was
8 transferred to Yemen.
9 Q Oaky. It's possible that it could have been
10 to an aunt or uncle in addition to one of your parents
11 or brothers or sisters is what you're saying?
12 A I'm not sure.
13 Q Okay. Which wire transfer company were you
14 attempting to use?
15 A Western Union or MoneyGram.
16 Q Have you ever used any other companies?
17 A I'm not sure.
18 Q And I don't think I understood what you were
19 saying happened earlier. What was the issue that was
20 described to you as to why the transaction could not
21 be completed?
22 MS. MASRI: Objection also to form, objection

58 (Pages 226 - 229)

Anas Elhady
February 22, 2018
Elhady vs. Kable

Page 230

1 vague. It's not clear who you're referring to.
2 BY MS. KONKOLY:
3    Q  I'll rephrase.  When did you learn that there
4 was a problem with the transfer you were attempting to
5 make?
6    A  Are you referring to the transfer that was --
7 that I was told by the sales cashier to call?
8    Q  Yes.  I was confused by your follow-up
9 question because I did not understand what you were
10 saying.  Who told you that there was a problem with
11 that transfer?
12    A  The cashier told me it just got put on hold,
13 and I have to call this number that popped up on his
14 screen.
15    Q  Okay.  This is at the counter?
16    A  Yes.
17    Q  Did you go in to try to make this transfer in
18 person at like the store, like a storefront, money
19 transfer company?  Were you making this transfer --
20 let me strike that.  Were you trying to make this
21 transfer online or in person at a counter staffed by
22 the company that you were using?

Page 231

1    A  It was a counter.  Like I mentioned earlier,
2 I don't know where was it, but it was a person that
3 was at the counter.
4    Q  Okay, and did they tell you immediately that
5 there was a problem?
6    A  After they finished the transaction and took
7 the money, because I have mentioned that I have no way
8 to take it back because the company took the money,
9 but it's not going to show up for the person who's
10 going to receive it unless I call this number.  That's
11 what it shows on that screen.
12    Q  Okay, and did you call that number?
13    A  I did.
14    Q  Okay, and who answered the phone at the
15 number that you were provided?
16    A  It was a person that told -- began like
17 asking me details about the transaction and then the
18 number, and then he started asking me about -- I
19 stopped him and asked him who is this questions are
20 for, and he told me this is a government agency.  We
21 need to know these information.  I asked him which
22 government agent.  I need to know who, why I'm having

Page 232

1 this, and he told he cannot release these information,
2 and I want my money, I have to answer all his
3 questions.
4    Q  What type of questions did he have for you?
5    A  Details about the transaction and the person
6 that's receiving, and where I gained that money from.
7    Q  Did you provide answers to the questions that
8 he asked?
9    A  I had no other choice.
10    Q  And was the money ultimately transferred to
11 the person you were trying to transfer money to?
12    A  Yes.
13    Q  So the transaction was completed?
14    A  After the phone call, yes.
15    Q  How long did that take?
16    A  After the phone call, he told me it would
17 take an hour for them to release it.
18    Q  Okay.  I understand that you've wired money
19 on at least approximately three occasions; is that
20 correct?
21    A  Yes.
22    Q  Okay.  Were there any other issues with the

Page 233

1 other times that you have wired money?
2    A  No.
3    Q  Have you wired money since this incident that
4 you just told me about?
5    A  Yes.
6    Q  And has anything happened -- did you
7 encounter any problems wiring money subsequent to the
8 incident that you just told me about?
9    A  No.
10    Q  Okay.  So I believe you've mentioned some of
11 this, but I'd like a complete answer.  Can you please
12 tell me any immediate relatives who reside in foreign
13 countries?
14    A  I do not understand that question.
15    Q  Does anyone in your immediate family reside
16 in a country other than the United States?
17       MS. MASRI:  Objection vague, objection as to
18 form.
19       THE WITNESS:  What do you mean by immediate
20 family?
21 BY MS. KONKOLY:
22    Q  Well, do your mother or your father live in

59 (Pages 230 - 233)

Page 234

1 foreign countries?
2     A  At this time?
3     Q  Yes.
4     A  No.  They live in Michigan.
5     Q  Okay.  Do any of your siblings live in
6 foreign countries right now?
7     A  My older brother.
8     Q  Okay.  Where does he live?
9     A  He lives in Saudi Arabia.
10     Q  And your wife lives in Yemen; is that
11 correct?
12     A  Correct.
13     Q  Have you ever sponsored by relative for
14 immigration into the United States?
15     A  What does that mean?
16     Q  Have you ever tried to use the benefit of
17 your citizenship to bring someone to the United States
18 who otherwise would not have the right to be here?
19     A  No.
20     Q  Did you say earlier that you had applied for
21 a visa for your wife?
22     A  I did.

Page 235

1     Q  So that's what I mean by sponsoring for
2 immigration.
3     A  Okay.  You said -- you asked me about my
4 wife, and then you asked me another question about any
5 other person.  So that was definitely not referring to
6 my wife.
7     Q  Well, I would consider your spouse a
8 relative, but I'll define that.  Have you ever
9 sponsored any relative, by which I mean either your
10 parents, your siblings, spouse or a child for
11 immigration to the United States?
12     A  My wife only.
13     Q  Okay.  You haven't sponsored anyone else?
14     A  No.
15     Q  Okay.  When did you make that application?
16     A  In December, the beginning of December.
17     Q  Of 2017?
18     A  Yes.
19     Q  Okay, and what action, if any, that you know
20 of has been taken on that application so far?
21     A  All I know is I received the receipt of my
22 application fees through the mail on December, mid-

Page 236

1 December, and I haven't heard any from immigration and
2 I've been checking my status, and there is nothing
3 listed after the receipt being sent to me.  I believe
4 that will not move forward based on me being on the
5 watch list, and that will affect my wife coming here.
6 That's it.
7     Q  What is the basis for that belief?
8         MS. MASRI:  I'm going to object.  To the
9 extent your response involves attorney-client
10 privileged communications, then don't disclose it.
11 Otherwise, answer if you can.
12         THE WITNESS:  I won't answer that.
13         MS. KONKOLY:  No, you need to answer.  You
14 are not -- you need to answer it to the extent that it
15 doesn't -- your answer doesn't involve a communication
16 with your attorney.  I'm asking you for your personal,
17 what is your -- what is the basis for your belief that
18 her visa will not be granted?
19         MS. MASRI:  I'm going to repeat my objection.
20 If you're not able to answer the question without
21 disclosing attorney-client privilege, then state that
22 as your answer.  Otherwise, if you're able to answer

Page 237

1 then answer.
2         MS. KONKOLY:  I mean that is a highly
3 improper speaking objection.
4         MS. MASRI:  It is not improper.
5         MS. KONKOLY:  You are coaching your witness
6 to provide that answer.  That's not proper.
7         MS. MASRI:  It's not proper --
8         MS. KONKOLY:  That's not proper.
9         MS. MASRI:  I mean what you're saying is not
10 proper.  I'm instructing my client to answer your
11 question if he's able to answer your question.
12         MS. KONKOLY:  I'd like to be clear that this
13 isn't a choice that you have about whether you would
14 like to answer the question.  You're required to
15 answer the question to the extent it does not
16 implicate the privilege.
17         THE WITNESS:  I believe if me, every time I
18 come to the United States as a U.S. citizen being
19 harassed and get this kind of treatment at every
20 border I cross, have difficulty to enter the United
21 States, and not any other country, I would highly
22 believe that my spouse that I'm sponsoring to come to

60 (Pages 234 - 237)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 238

1 the United States would face this issue or even get
2 rejected for getting a visa because I'm the person
3 sponsoring her, being on the watch list.
4 BY MS. KONKOLY:
5     Q   When you made the application, were you given
6 any time frame by U.S. CIS, and that's the government
7 agency that processes these applications?  When you
8 made the application, did the government agency
9 indicate to you how long you can expect to wait for
10 your answer on the visa?
11    A   No.
12    Q   Okay.  Are you represented by -- I'm just
13 asking you whether you are or are not represented by
14 an attorney for that process?
15    A   What does that mean?
16    Q   Did you make the application by yourself or
17 did you work with an attorney to put that application
18 in, and all I'm asking is for the fact of
19 representation or not?
20    A   I did it by myself.
21    Q   Okay.  So CAIR does not represent you in that
22 process?

Page 239

1     A   No.
2     Q   Okay.  I don't understand what the basis for
3 that instruction was then.
4        MS. MASRI:  Which instruction?
5        MS. KONKOLY:  Not to answer if it was --
6        MS. MASRI:  Regarding the immigration delay,
7 yes.  That is a different question than whether he
8 prepared his immigration application.
9 BY MS. KONKOLY:
10    Q   Are you represented by CAIR for purposes of
11 the delay that you allege is occurring with respect to
12 that visa application?
13    A   I do not understand that question.  What do
14 you mean?  Can you repeat that?
15    Q   Are you represented in any aspect of the visa
16 application you have put in for your wife by an
17 attorney, whether that be CAIR or someone else?
18       MS. MASRI:  I'm going to object.
19       MS. KONKOLY:  It's just a yes/no.
20       MS. MASRI:  I still have the right to make my
21 objection.  I'm going to object generally as to form.
22 Your question is vague.  You clearly have a lawsuit

Page 240

1 pending right in front of you that involves these
2 allegations.
3 BY MS. KONKOLY:
4     Q   Representation before CIS is a different
5 matter, and that's why I'm attempting to ask about it.
6 I'll move on.  Have you ever applied for a job with a
7 contractor, and by that, I mean a company that
8 provides services of some type to the federal
9 government?
10    A   Applied for?  I'm sorry, can you repeat that?
11    Q   Have you applied for a job with a government
12 contractor and by government contractor, what I mean
13 is a company that provides services directly to the
14 federal government?
15    A   I do not recall.
16    Q   Do you own any firearms?
17    A   Not right now.
18    Q   Have you owned firearms in the past?
19    A   I did.
20    Q   Okay.  I'm going to ask you about each one of
21 those.  How many firearms have you owned?
22    A   I owned a handgun.

Page 241

1     Q   Okay.  What type of gun?
2     A   I don't know.
3     Q   When did you purchase this gun?
4     A   It was in -- between 2013 and 2015.  I'm not
5 sure of the exact date.
6     Q   You say you graduated from college in 2013?
7 I'm sorry, 2016.
8     A   Yes.
9     Q   Did you own this handgun while you were in
10 college?
11    A   Yes.
12    Q   How long did you own it for?
13    A   I'm not sure.
14    Q   Where did you purchase this handgun?
15    A   I purchased it from a friend.
16    Q   Why did you purchase this handgun?
17    A   I purchased it because my work used to be
18 from Dearborn to Warren, and I have to go through
19 Detroit and it was dangerous, and I used to just fear
20 being alone.  So for self-protection.
21    Q   Did you have a concealed carry license?
22    A   No.

61 (Pages 238 - 241)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 242

1   Q   Did you encounter any problems or delays in
2   purchasing this firearm?
3   A   No.
4   Q   When did you get rid of the firearm?
5   A   I'm not sure how long I had it for, so I'm
6   not sure when I got rid of it.
7   Q   Was it more than a year ago?
8   A   I'm not sure.
9   Q   How did you get rid of it?
10   A   I sold it to one of my friends.  It was -- it
11   wasn't actually a friend.  It was a customer that used
12   to come to the gas station that I used to work at, and
13   the reason I sold it was because of what I was going
14   through in the borders, Canadian border, because I did
15   not want that to be a reason for anyone to say what
16   happened to me is relevant to me having a gun.  So I
17   got rid of it, and I remember selling it for a quarter
18   of the price that I purchased it for.
19   Q   Have you ever owned any other guns besides
20   the one we've just been discussing?
21   A   No.
22   Q   Have you ever tried to buy a firearm and had

Page 243

1   the firearm dealer refuse to sell you the gun?
2   A   No.
3   Q   Have you ever ridden on a boat?
4   A   I'm sorry, what was that?
5   Q   Have you ever ridden on a boat?
6   A   Written on the boat?
7   Q   Ridden, like have you ever taken a ride on a
8   boat?
9   A   When was that question?
10   Q   Since you turned 18, have you ever taken a
11   ride on a boat?
12   A   I did in Canada.
13   Q   Okay, when?
14   A   When I went my first time to Canada and I
15   stayed for nine days, we went to Toronto and we took
16   the boat from Trano (ph) to the, they call it the
17   island.  The Trano Island was small, like two minutes
18   on the boat or five minutes.
19   Q   Oh so the ferry?
20   A   I don't know what that is.
21   Q   Do you know what type of boat it was?
22   A   No.

Page 244

1   Q   Did you have any trouble accessing the boat?
2   A   No.
3   Q   Have you ridden on any other boat since you
4   turned 18?
5   A   I do not recall.
6   Q   Have you ever tried to take any type of boat
7   ride but denied access to the boat?
8   A   Could you repeat that?
9   Q   Have you ever tried to take any type of boat
10   ride but then denied access to the boat?
11   A   No.
12   Q   Have you ever tried to rent a boat but had
13   your request refused by the boat's owner?
14   A   No.
15   Q   Do you own a boat?
16   A   No.
17   Q   Have you ever tried to buy a boat?
18   A   No.
19   Q   Do you know what a hazmat license is?
20   A   No.
21   Q   Have you ever applied for a license to handle
22   hazardous materials?

Page 245

1   A   What is a hazardous material?
2   Q   Have you ever applied for a license to handle
3   hazardous chemicals and things like that?
4   A   I don't know what that is.
5   Q   Okay.  Have you ever applied to work at an
6   airport?
7   A   Yes.
8   Q   Okay, when?
9   A   I do not recall.
10   Q   Where did you apply to work?
11   A   In the DTW.
12   Q   DTW, the Detroit airport?
13   A   Yes.
14   Q   For what type of job?
15   A   I do not recall, but I'm not sure.
16   Q   You don't recall what type of job?
17   A   No.
18   Q   Was it while you were in college?
19   A   I was in college.
20   Q   Was it for a part-time job?
21   A   Yes.
22   Q   Would it have been for something like a food

62 (Pages 242 - 245)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 246

1 cart job?
2    A  I'm pretty sure it was some security or
3 something.  All I remember was something that can be
4 experience for the field I'm going for, which is
5 Criminal Justice.
6    Q  Did you apply to work for TSA?
7    A  I think that was the job that I applied for.
8    Q  Was it a full-time job or a part-time job?
9    A  I'm not sure.
10    Q  Was this -- do you recall what year of
11 college this was, your freshman year?
12    A  I'm not sure.
13    Q  What happened to the application?
14    A  I took the test and failed the test.
15    Q  Okay.  Have you applied for any other jobs at
16 an airport?
17    A  No.
18    Q  Have you ever applied to work for an airline?
19    A  I do not recall.
20    Q  Do you know how to pilot a plane?
21    A  No.
22    Q  Ever applied for a license from the Federal

Page 247

1 Aviation Administration to operate or pilot an
2 aircraft?
3    A  No.
4    Q  Any license to operate a motor vehicle?
5    A  Like a car?
6    Q  Yes.
7    A  Yes.
8    Q  Okay.  Do you have a driver's license from
9 the state of Michigan?
10    A  Yes.
11    Q  When did Michigan first issue that license to
12 you?
13    A  Okay.  When I first moved to Dearborn in
14 around 2013.
15    Q  Okay.  Have you owned any cars since you
16 moved to the United States?
17    A  Owned cars, yes.
18    Q  Yes, okay.  I need to ask you about all of
19 them.  What was the first car that you owned here?
20    A  Cars?  Before I answer these questions, I had
21 cars but none of them were mine.  They were just my
22 uncles giving to me so I can commute from home to

Page 248

1 school.
2    Q  Okay.  Have you ever owned a car in your own
3 name?
4    A  Yes.
5    Q  Okay.  What's the first car that you
6 purchased in your own name?
7    A  I believe it was a Mustang 2011.
8    Q  Okay.
9    A  And just for the record, it was -- I
10 purchased it to sell it to my uncle and it did not
11 stay under my name for more than two weeks.
12    Q  Okay.  Did you have any difficulties in
13 purchasing that Mustang?
14    A  No.
15    Q  Okay.  What's the next car that you purchased
16 in your own name?
17    A  I leased a car.
18    Q  Okay.
19    A  In 2015.
20    Q  What type of car?
21    A  A Ram truck.
22    Q  Did you have any problems leasing that truck?

Page 249

1    A  Not really.
2    Q  Okay.  Is that the truck you're still
3 driving?
4    A  I already got the lease a few months ago.
5    Q  Okay.  Do you currently lease or own a car in
6 your own name?
7    A  I do own a car.  I bought the -- wait.
8 Stayed in my name for less than two weeks, and I had
9 it moved to my aunt's name.
10    Q  Okay.  I'm still going to ask about it, since
11 you purchased it.  What was the car that you purchased
12 and then sold to your aunt?
13    A  A Nissan 2012.
14    Q  Okay.  When did you make that purchase?
15    A  In the past two months.
16    Q  Okay.  Did you have any problems making that
17 purchase?
18    A  No.
19    Q  Aside from the Mustang, the Ram truck and the
20 2012 Nissan, are there any other cars that you have
21 owned or leased in your own name since you turned 18?
22    A  Not that I know of.

63 (Pages 246 - 249)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 250

1    Q   Okay.  So you don't currently own or lease a
2  car?
3    A   No.
4    Q   Okay.  Have you ever been told by a car
5  dealer that they cannot let you take a car for a test
6  drive?
7    A   No.
8    Q   Have you ever been told by a car dealer that
9  they cannot let you purchase a car?
10   A   No.
11   Q   Have you ever been pulled over by a police
12 officer while driving a car for a traffic violation?
13   A   Yes.
14   Q   Okay.  I need to ask you about each time
15 that's happened since you turned 18.
16   A   Okay.
17   Q   What's the first time?
18   A   The first time, based off my knowledge, was
19 in the City of Hamtramck, and the traffic violation
20 was no turn between 3:00 and 6:00 p.m.
21   Q   Okay.  Did you get a ticket?
22   A   Yes.

Page 251

1    Q   Did the officer tell you why you were pulled
2  over?
3    A   Yes.
4    Q   When did this happen?
5    A   I do not recall.
6    Q   Approximately when?
7    A   Between 2014 and 2015.
8    Q   Were you still in college?
9    A   Yes.
10   Q   Do you have any reason to believe that the
11 police officer believed you were on the watch list?
12       MS. MASRI:  Objection as to form, calls for
13 speculation.
14 BY MS. KONKOLY:
15   Q   You can answer.
16   A   No.
17   Q   What's the next time you were pulled over?
18   A   I do not recall.
19   Q   Have there been more than one occasion when
20 you've been pulled over for a traffic violation?
21   A   Yes.
22   Q   Okay.  How many times all together?

Page 252

1    A   I'm not sure, but more than three.
2    Q   Okay.  Let's talk about all the ones that you
3  remember.  What's the next time that you remember
4  being pulled over?
5    A   Okay.  This is not in order.  I do not recall
6  when all of them or each one of them happened, but
7  I'll state the ones that I have on my mind right now.
8  I got ticket in Ohio for speeding.
9    Q   Okay.
10   A   And I got a ticket in Pennsylvania for
11 speeding.  I got a ticket for texting and driving in
12 Michigan.
13   Q   Have there been other times you've been
14 pulled over but haven't been given a ticket?
15   A   Yes.
16   Q   How many other times?
17   A   One time.
18   Q   Okay, and what was that for?
19   A   In Michigan.  It was speeding.
20   Q   Okay.  Do you have any basis to believe that
21 the police officers in any of these four encounters,
22 Ohio for speeding, Pennsylvania for speeding, Michigan

Page 253

1  for texting and driving and Michigan for speeding, do
2  you have any basis to believe that any of those police
3  officers believed you were on a watch list?
4        MS. MASRI:  Objection, calls for a legal
5  conclusion.  Calls for speculation.
6        THE WITNESS:  I don't know.
7        MS. KONKOLY:  All right.  Let me just break
8  them down one by one so we get a clear transcript.  Do
9  you have any reason to believe that the officer who
10 pulled you over and ticketed you in Ohio for speeding
11 believed you to be on a watch list?
12       MS. MASRI:  Same objections.
13       THE WITNESS:  I don't know.
14       MS. KONKOLY:  Do you have any basis to
15 believe that the officer in Pennsylvania who pulled
16 you over and ticketed you for speeding believed you to
17 be on a watch list?
18       MS. MASRI:  Same objections, calls for a
19 legal conclusion, calls for speculation.
20       THE WITNESS:  I don't know.
21       MS. KONKOLY:  Do you have any basis to
22 believe that the officer who pulled you over and

64 (Pages 250 - 253)

Anas Elhady
Elhady vs. Kable
February 22, 2018

Page 254

1 ticketed you for texting while driving in Michigan had
2 believed you to be on a watch list?
3          MS. MASRI:  Same objections, calls for a
4 legal conclusion, calls for speculation.
5          THE WITNESS:  I don't know.
6          MS. KONKOLY:  And do you have any basis to
7 believe that the officer who pulled you over but did
8 not ticket you for speeding in Michigan believed you
9 to be on a watch list?
10          MS. MASRI:  Same objections, calls for a
11 legal conclusion, calls for speculation.
12          THE WITNESS:  I don't know.
13 BY MS. KONKOLY:
14    Q   Have you ever been convicted of any crime?
15    A   No.
16    Q   Have you ever been indicted of any crime?
17    A   What does indicted mean?
18    Q   Have you ever been charged with any crime?
19    A   No.
20    Q   Do you believe that your reputation has been
21 affected as a result of your alleged watch list
22 status?

Page 255

1          MS. MASRI:  Objection, calls for a legal
2 conclusion, calls for speculation.
3          THE WITNESS:  Yes, very much.
4 BY MS. KONKOLY:
5    Q   Okay.  Please explain.
6    A   Being on the watch list has affected me from
7 my friends, family and everyone around me.  Every time
8 I mentioned this story or any travel or crossing the
9 border experience my -- to my family or my friends or
10 anyone I know, they told -- they tell me that this is
11 for sure you being on the watch list, which is
12 something I know.
13          And for that it affected me in a lot of ways.
14 One, I lost a lot of my friends because of the jokes
15 and the way they used to make about the incidents I
16 had in the border; the way they changed toward me or
17 tried to be away from me, being scared to be part of
18 this watch list.
19          I also my family would also sometimes tell me
20 okay, if we all have a family trip, you go on a
21 different route.  Even to the point when we go -- when
22 we went to Saudi Arabia in 2017, my siblings were

Page 256

1 making fun of it and it caused a problem in my home,
2 which made me book my own ticket and take it
3 seriously.
4          Even though my closer family think it's a
5 joke or sometimes bring it up as a joke, it affects me
6 every time someone brings it up because I know how
7 serious it is, and the dramatize (sic) that I have
8 from this experience I had on the border.  So it
9 really affected me in every way, emotionally and
10 mentally and socially, and that's about it.
11    Q   Do any of your colleagues who you work with,
12 do you have any reason to believe that they think
13 you're on a watch list?
14          MS. MASRI:  Objection, calls for speculation.
15          THE WITNESS:  I'm sorry.  Can you repeat that
16 question?
17 BY MS. KONKOLY:
18    Q   You mentioned two jobs that you work at;
19 correct, presently?
20    A   At this time?
21    Q   Yes.
22    A   Yes.

Page 257

1    Q   The first one was as an applied behavior
2 technologist I believe?
3    A   Yes.
4    Q   Do any of your co-workers at that job to your
5 knowledge believe that you are on a watch list?
6          MS. MASRI:  Objection, calls for speculation.
7          THE WITNESS:  None of them know except one,
8 that told me before that I -- if anyone finds out, I
9 will be kicked out the job.  Just for or anyone of my,
10 anyone at Centria that knows about my history with the
11 border, I would probably lose my job.
12 BY MS. KONKOLY:
13    Q   Who is this person who told you that?
14    A   One of my co-workers.  His name is Mariem.
15    Q   Can you spell that please?
16    A   M-R-I-A-M.
17    Q   Is that a first or a last name?
18    A   I haven't finished.  I'm sorry.  M-A-R-I-E-M,
19 and that's a first name.
20    Q   Okay.  Did you tell this person in the first
21 instance that you thought you were on a watch list?
22    A   No.

65 (Pages 254 - 257)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 258

1    Q   How did this person come to know about this
2 then?
3    A   They saw a video on the You Tube about the
4 case.
5    Q   He saw a You Tube video about this case?
6    A   Yes.
7    Q   Okay.  Were you in the video?
8    A   Yes.
9    Q   Were you talking about being a plaintiff in
10 the case?
11   A   Yes.
12   Q   Okay, and he told you that he'd seen the
13 video?
14   A   Yes.
15   Q   Okay.  How about at your other job, at the
16 U.S. Security Associates?  Do any of your colleagues
17 at that job, to your knowledge, believe you are on a
18 watch list?
19   A   No.
20   Q   Have you ever not applied for a job as a
21 result of your alleged inclusion on a watch list?
22   A   Can you repeat that question?

Page 259

1    Q   Has there ever been a job that you wanted to
2 apply for but decided not to because you believed you
3 were on a watch list?
4    A   Yes.
5    Q   What job?
6    A   Any government job.
7    Q   What government jobs have you specifically
8 wanted to apply to?
9    A   Anything in my field that I'm going for,
10 which is law enforcement and most of law enforcement
11 jobs are government jobs.
12   Q   But I'm asking like a specific job opening.
13 I'd like you to list any specific openings that you
14 saw and that you wanted to apply for.
15   A   Police officer, security officer.  The job I
16 mentioned earlier at the airport.
17   Q   You did apply for that job?
18   A   Yeah, I did apply.  Are you asking what the
19 thing that pushed me back not to apply?
20   Q   I'm asking if there's any time that you saw a
21 job announcement and said I'd like to apply for that
22 job but I'm not going to?

Page 260

1    A   Police officer and reserved police officer,
2 and officer, security officer.
3    Q   What you mean by security officer?
4    A   There was a job for the City of Dearborn as a
5 security officer for the library or the City Hall
6 Building they needed, but it was at the time that this
7 incidents were happening to me at the border.
8        But I really wanted something to be as
9 experience for me for my field, but I pushed back
10 because I believed that I will be denied based on
11 what's going on, because I did not know what's
12 happening in light of this is happening to me at that
13 time.
14   Q   Okay.  Was the police officer job that you
15 wanted to apply for but didn't, was that also with the
16 City of Dearborn?
17   A   Not just with the City of Dearborn.  Also,
18 the Lavonia; with the Brayloc (ph) I believe.
19   Q   Any others?
20   A   Not that I know of.
21   Q   Have you ever applied for a job but not
22 received it, to your knowledge, as a result of your

Page 261

1 alleged inclusion on a watch list?
2        MS. MASRI:  Objection, calls for speculation.
3        THE WITNESS:  I did later on believe in 2017
4 applied for many jobs, but with the City of Dearborn
5 and Novi (ph) and Allen Park, but never even heard a
6 denial on that application.
7 BY MS. KONKOLY:
8    Q   What types of jobs were you applying for?
9    A   I'm sorry, give me a second.  Reserved police
10 officer, police officer, internship at the police
11 department.  I'm not sure what job was it for the City
12 of Novi.
13   Q   Can you spell Novi?
14   A   N-O-V-I.
15   Q   Okay.  These are all jobs that you did in
16 fact apply for?
17   A   Yes.
18   Q   Okay, and do you allege that you did not get
19 the job as a result of your placement on a watch list?
20       MS. MASRI:  Objection, calls for a legal
21 conclusion.
22       THE WITNESS:  Yes.

66 (Pages 258 - 261)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 262

BY MS. KONKOLY:

1 BY MS. KONKOLY:

2    Q   Okay, and what is the basis for that belief?

3    A   Because I know and I had friends that applied

4 for other jobs with these cities, and they get either

5 interview request or a denial to their application

6 within two months of their application. But for me, I

7 never get anything back. That makes me believe that

8 I'm being on a watch list.

9    Q   Do you know -- let me go back to Tab A of the

10 binder. I'm going to ask you to read the list of

11 names in the caption, and my question to you is

12 whether you know any of the persons listed there.

13       MS. MASRI: And I'm going to state the same

14 objection that I on the previous depositions, in that

15 there's no way for him to know the identities of all

16 of the Does, which there are five in the complaint.

17       THE WITNESS: I'm sorry. Do I know any of

18 them? I do not know them personally, but I know what

19 happened to them, some of them.

20 BY MS. KONKOLY:

21    Q   Have you met any of the persons listed in

22 this caption in person?

Page 263

1    A   No.

2       MS. KONKOLY: If I could take a quick break,

3 I think I might be almost done.

4       MS. MASRI: Okay. Could we just do a quick

5 check on the time stamp while we're --

6       (Whereupon, a short recess was taken.)

7       MS. KONKOLY: Are we back on the record?

8       COURT REPORTER: Yes.

9 BY MS. KONKOLY:

10    Q   I just have one last question for you, which

11 is that we spent a lot of time today discussing your

12 travels and other statements and allegations in this

13 complaint. I understand you believe that you are on a

14 watch list. My question for you right now is whether

15 you believe there are any other consequences of being

16 on that watch list, other than what we've already

17 talked about today?

18       MS. MASRI: Objection, calls for a legal

19 conclusion, calls for speculation. You can ahead and

20 answer.

21       THE WITNESS: Can you clarify that question

22 more? Are you saying if there's anything that makes

Page 264

1 me believe other -- that I'm on the watch list, other

2 than the ones we've talked about?

3 BY MS. KONKOLY:

4    Q   No. I'm asking about consequences of your

5 belief that you're on the watch list, aside from

6 things that we've already talked about. I don't need

7 to repeat any testimony that you've already given?

8    A   You mean things that happened to me.

9    Q   Yes. Any consequences that you have, you

10 know, suffered as a result of your alleged status on

11 the watch list?

12    A   Yes, there is an incident. I do not remember

13 if it's after being handcuffed the first time or the

14 second time on crossing the tunnel, but it was around

15 that time. I was being followed by random cars

16 everywhere I go to work, to school and home, and

17 everywhere I go.

18       Every time I get in a car, I had a car would

19 follow me everywhere, and it was -- the reason I know

20 they were following me because it was seven cars that

21 I remember everywhere I go. I see one of them being,

22 following me, and one time I was driving to work on

Page 265

1 6th and Jefferson, on 16 Mile Road, and I was being

2 followed by one of the cars.

3       I went to a neighborhood and stopped, and the

4 car was following me stopped behind me. So I got out

5 of the car and walked to see who was following me.

6 That was the first day I was being followed, and

7 walked toward the car and the driver -- by the way, I

8 forgot to mention. All the cars that were following

9 me were tinted. I cannot see who were driving them.

10 So that first day I will walk into the car, trying to see

11 who's that person that's following me.

12       The driver turned, made a turn on the grass

13 of one of the houses, just to get away from me so I

14 can see who is inside the car. The other time, the

15 other incident when I parked, every time I go to work

16 they will park across the street, watch every move or

17 make sure I'm the person inside the gas station.

18       And the other incident they also had with

19 these people that's following me, I was in 13th and

20 Hoover gas station, where I mentioned earlier I was

21 working, and I believe it was the third or fourth day

22 I was being followed, and I called the police so I can

67 (Pages 262 - 265)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 266

1 have information about these cars that's following me.
2 And the cops came to the gas station and
3 spoke to me, and I told them about what happened and I
4 point out the cars that follow me. I point out which
5 one is it across the street. So they called for
6 backup and another police came, and I also asked the
7 officer to come back and give me a police report. But
8 they said they will go find out who it is and then
9 come, give me a report that I asked for for the
10 record.
11 They went, blocked the car and approached the
12 car. The driver for that car rolled his window and
13 spoke with the officer for about a minute, and then
14 the cops got back in their cars, turned off the lights
15 and drove away. They never came back, and that's when
16 I knew that the cops. I called 911 again and told
17 them. They said that will send an officer. They did
18 not send the officer again.
19 I was even those cars were also realized by
20 my family, because this continued for more than a
21 week, same cars everywhere I go. My family knew about
22 them. They also started naming the cars that's

Page 267

1 following me. That's all I want to mention, other
2 than the story that we talked about.
3 MS. KONKOLY: Okay. I don't have anything
4 further.
5 EXAMINATION BY COUNSEL FOR PLAINTIFFS
6 BY MS. MASRI:
7 Q I have a few questions. Do you remember
8 earlier you had testified that you didn't travel to
9 Yemen to see your wife? Do you remember saying that?
10 A Yes.
11 Q What's the longest time that you know
12 approximately that you didn't travel to Yemen to see
13 your wife?
14 A This was from when I came back from Dubai,
15 from Yemen to Dubai and then here. That was my last
16 time coming back from Yemen to the United States,
17 other than going -- it was approximate, about three to
18 four years until the last one I went to, which is in
19 2017.
20 The reason why I did not go is because I was
21 scared in not be able to come back to the United
22 States, or not be allowed to come back to the United

Page 268

1 States or face the same issues that me being in the
2 watch list.
3 Q Okay, and do you remember earlier you
4 testified about your brother Moneeb when you traveled
5 with him, that he was searched with you and detained
6 with you. Do you remember that?
7 A Yes.
8 Q As far as you know, and only answer what you
9 know, do you know whether he has had travel issues
10 when he doesn't travel with you?
11 A Moneeb does travel a lot. He never mentioned
12 any issues of traveling or being searched, other than
13 the one he was with me.
14 Q Okay, and earlier, opposing counsel asked you
15 a question that it was a man. You were describing an
16 incident on a plane where a man asked you to move so
17 that he could sit next to his daughter, and she said
18 that was a pretext. Do you know what a pretext is?
19 A No.
20 Q Okay, and the last question I want to ask you
21 is when you were describing the April 11 incident at
22 the border, and you said you were in the room and you

Page 269

1 were lying on the ground and you said you felt
2 noxious. What does that mean? What did you mean by
3 that?
4 A Okay. I always mix up that word, but I mean
5 like fell down, knocked out and I did not know what
6 happened after that. I know the word I always mix up
7 because I always noxious. I don't know how to
8 pronounce the right word. I know did not know what
9 happened after I knocked out, and all I remember is
10 the officer waking me up. That's it.
11 MS. MASRI: Okay. No further questions. No
12 questions?
13 MS. KONKOLY: No, nothing further.
14 MS. MASRI: Okay.
15 (Witness will read and sign.)
16 (Whereupon, at 5:21 p.m., the deposition of
17 ANAS ELHADY was concluded.)
18
19
20
21
22

68 (Pages 266 - 269)

Anas Elhady
Elhady vs. Kable

February 22, 2018

Page 270

CERTIFICATE OF REPORTER

1   CERTIFICATE OF REPORTER

2       I, CASEY SMITH, the officer before whom the

3   foregoing proceeding was taken, do hereby certify that

4   the proceedings were recorded by me and thereafter

5   reduced to typewriting under my direction; that said

6   proceedings are a true and accurate record to the best

7   of my knowledge, skills, and ability; that I am

8   neither counsel for, related to, nor employed by any

9   of the parties to the action in which this was taken;

10  and, further, that I am not a relative or employee of

11  any counsel or attorney employed by the parties

12  hereto, nor financially or otherwise interested in the

13  outcome of this action.

14

15

16

17          CASEY SMITH

18

19          REPORTER

20

21

22

Page 271

CERTIFICATE OF TRANSCRIBER

1   CERTIFICATE OF TRANSCRIBER

2

3       I, Margaret Caraway Holmes, do hereby certify

4   that this transcript was prepared from audio to the

5   best of my ability.

6

7       I am neither counsel for, related to, nor

8   employed by any of the parties to this action, nor

9   financially or otherwise interested in the outcome of

10  this action.

11

12

13  _____

14  March 8, 2018        Margaret Caraway Holmes

15

16

17

18

19

20

21

22

23

Page 272

1   TO: Lena Masri

2   Re: Signature of Deponent Anas Elhady

3   Date Errata due back at our offices: April 9, 2018

4

5   Greetings:

6   The deponent has reserved the right to read and sign.
    Please have the deponent review the attached PDF

7   transcript, noting any changes or corrections on the
    attached PDF Errata.  The deponent may fill out the

8   Errata electronically or print and fill out manually.

9

    Once the Errata is signed by the deponent and notarized,

10  please mail it to the offices of Tiffany Alley (below).

11

    When the signed Errata is returned to us, we will seal

12  and forward to the taking attorney to file with the
    original transcript.  We will also send copies of the

13  Errata to all ordering parties.

14

    If the signed Errata is not returned within the time

15  above, the original transcript may be filed with the
    court without the signature of the deponent.

16

17

18  Please send completed Errata to:

19  Veritext   Production Facility

20  11539 Park Woods Circle, Suite 302

21  Alpharetta, GA 30005

22  (770) 343-9696

23

24

25

Page 273

1   ERRATA for ASSIGNMENT #2825925

2   I, the undersigned, do hereby certify that I have read the
    transcript of my testimony, and that

3

4   ___ There are no changes noted.

5   ___ The following changes are noted:

6

    Pursuant to Rule 30(7)(e) of the Federal Rules of Civil

7   Procedure and/or OCGA 9-11-30(e), any changes in form or
    substance which you desire to make to your testimony shall

8   be entered upon the deposition with a statement of the
    reasons given for making them.  To assist you in making any

9   such corrections, please use the form below.  If additional
    pages are necessary, please furnish same and attach.

10

11  Page _____ Line _____ Change _____

12  _____

13  Reason for change _____

14  Page _____ Line _____ Change _____

15  _____

16  Reason for change _____

17  Page _____ Line _____ Change _____

18  _____

19  Reason for change _____

20  Page _____ Line _____ Change _____

21  _____

22  Reason for change _____

23  Page _____ Line _____ Change _____

24  _____

25  Reason for change _____

69 (Pages 270 - 273)

Anas Elhady                                                    February 22, 2018
Elhady vs. Kable

Page 274

1    Page _____ Line _____ Change _____

2    _____

3    Reason for change _____

4    Page _____ Line _____ Change _____

5    _____

6    Reason for change _____

7    Page _____ Line _____ Change _____

8    _____

9    Reason for change _____

10   Page _____ Line _____ Change _____

11   _____

12   Reason for change _____

13   Page _____ Line _____ Change _____

14   _____

15   Reason for change _____

16   Page _____ Line _____ Change _____

17   _____

18   Reason for change _____

19

20   _____

      DEPONENT'S SIGNATURE

21

      Sworn to and subscribed before me this ____ day of

22   _____, _____.

23

    _____

24   REPORTER

25