# Elhady Plaintiffs
# MSJ Exhibit 51

UNCLASSIFIED//LES/SSI



# Terrorist Screening Center Redress Program Standard Operating Procedures

## December 08, 2015

Document Version 1.4

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000676

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

## Table of Changes

| Date | Version | Sections Affected/Description | Writer |
|---|---|---|---|
| 29 DEC 2014 | 1.0 | First draft | (S), (P-1) |
| 30 DEC 2014 | 1.1 | Template repair and various fixes | |
| 28 AUG 2015 | 1.2 | Legal and PDD review | |
| 22 SEP 2015 | 1.3 | Draft for the Director, including the PDD's edits | |
| 08 DEC 2015 | 1.4 | Final draft edits | |

TSCA-ELHADY-FBITSC-PRIV000677

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

# Approvals

The Redress Standard Operating Procedures have been reviewed and approved by:

| Name and Title | Signature | Date |
|---|---|---|
| Steve Mabeus<br><br>TSC Principal Deputy Director | | |
| (S), (P-1)<br><br>TSC Privacy Officer | | |
| (S), (P-1)<br><br>TSC Redress Officer | | |

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000678

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

# Table of Contents

1.0    GENERAL STATEMENT OF APPLICABILITY ....................................................... 6

2.0    ACCEPTANCE OF REDRESS CASES ..................................................................... 6

3.0    RECEIPT OF REDRESS CASES FROM THE DEPARTMENT OF HOMELAND SECURITY ................................. 7

4.0    CONGRESSIONAL INQUIRIES AND DIRECTED REVIEWS ................................... 7

5.0    PROACTIVE REDRESS REVIEWS ........................................................................ 8

6.0    ASSIGNING A REDRESS CASE ............................................................................ 8

7.0    ADMINISTRATION AND DOCUMENTATION ........................................................ 8

8.0    NOTIFYING THE NOMINATING AGENCY ........................................................... 10

9.0    CREATING AN ANALYST NOTE IN TSDB ........................................................... 11

10.0   CONDUCTING RESEARCH ................................................................................. 11

11.0   ANALYZING FINDINGS ..................................................................................... 11

12.0   MAKING A DETERMINATION ........................................................................... 12

13.0   REMOVAL AND MODIFICATION OF TSDB RECORDS ......................................... 14

14.0   CLOSING PROCEDURES .................................................................................... 17

15.0   REVISED REDRESS PROCESS FOR USPERS MAINTAINED AS NO FLYS ................. 18

16.0   REDRESS APPEALS (NO-FLY) ........................................................................... 19

APPENDIX A    GLOSSARY ..................................................................................... 25

APPENDIX B    REDRESS ANALYST DATABASE SEARCH GUIDE ............................... 30

# List of Tables

Table 1: Corrective Actions for Negative Matches (Mis-identifications) ........................ 13
Table 2: Corrective Actions for Positive Matches ......................................................... 13
Table 3: Corrective Actions for Non-Substantive Closures ........................................... 145
Table 4: Corrective Actions for Rejections ................................................................... 145
Table 5: Disposition Table ........................................................................................... 223

UNCLASSIFIED//LES/SSI

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

# List of Appendices

Appendix 1:      Glossary

Appendix 2:      Redress Analyst Database Search Guide

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000680

UNCLASSIFIED//~~LES/SSI~~

*Document Version 1.4*

# 1.0 General Statement of Applicability

1.1.   The Terrorist Screening Center (TSC) Redress Program Standard Operating Procedure (SOP) establishes the procedures for processing all redress inquires referred to the TSC. The TSC Redress Office is the intended user of this document.

1.2.   The Redress Office Supervisor, in consultation with TSC's Law Unit (TSC/LU) and Privacy Officer, will review these procedures periodically and update them, if necessary.

1.3.   Background and Scope of TSC's Redress Process

   1.3.1.   Under the Memorandum of Understanding on the Integration and Use of Screening Information to Protect Against Terrorism (hereinafter "TSC MOU"), the Director of the TSC agreed to establish procedures and safeguards necessary to ensure the TSC's functions are carried out in a manner that is consistent with the Constitution and applicable laws, including, but not limited to, procedures to: address the repeated misidentification of persons in any U.S. Government screening process; regularly review information, and to promptly adjust or delete erroneous or outdated information; and protect personal privacy.

   1.3.2.   In January 2005, the TSC established a formal redress process. As part of that process, the TSC receives inquiries from individuals claiming an adverse screening experience or outcome that may be related to the use of the terrorist watchlist, and subsequently coordinates with its federal, state, local, territorial, tribal, and international partners to resolve the inquiry.

   1.3.3.   On September 19, 2007, in the Memorandum of Understanding on Terrorist Watchlist Redress Procedures (hereinafter "Redress MOU"), the TSC and its' inter-agency partners set forth the framework for a coordinated redress process to respond to individual inquiries about adverse experiences during screening that relate to the use of information contained in the Terrorist Screening Database (TSDB).

   1.3.4.   The TSC Redress Program SOP governs the TSC's actions and activities in furtherance of its' responsibilities under the Redress MOU. The MOU describes the TSC's responsibility to facilitate any inter-agency coordination necessary to properly research the inquiry and notify the screening agency regarding the outcome (e.g., any corrections made or recommended).

   1.3.5.   The TSC Redress Program SOP does not govern independent processes undertaken by the TSC's federal, state, local, territorial, tribal, and international partners, which, in response to a redress inquiry, under the TSC Redress MOU are responsible for reviewing the derogatory information that is the basis for including the complainant in the TSDB, and evaluating whether the complainant continues to satisfy the criteria for inclusion in the TSDB as well as any other relevant criteria, such as for the No Fly and Selectee Lists.

# 2.0 Acceptance of Redress Cases

2.1.   The following are minimum requirements necessary for the TSC to accept a Redress case:

   2.1.1.   The complainant claims to experience delay, inconvenience, or other difficulties at a point of screening where TSDB data is used to screen for terrorists.  The complainant has provided, at

TSCA-ELHADY-FBITSC-PRIV000681

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

a minimum, his or her full name, complete date of birth, and accompanying identification documents, such as a valid passport or driver's license and a signed Department of Homeland Security Traveler Redress Inquiry Program (DHS TRIP) form.

2.1.2.   The screening agency has provided the TSC with a complete copy of the complainant's communication and any additional information the agency has that may assist the TSC in researching the inquiry (G), (H)

2.1.3.   The screening agency has provided the TSC with proof or assurance that the complainant has properly verified his or her identity under the screening agency's applicable regulations or policies.

2.2.   (G), (H) the TSC Redress Office will conduct queries in Terrorist Screening Data Base, (G), (H)

2.3.   If a redress inquiry does not meet the requirements above, the TSC Redress Office will return the case to the screening agency with an explanation of the reason for the return and a request for additional information. The TSC will reject the referral in DHS TRIP and add a comment in the "Notes" section stating the reason for refusal. The TSC will cancel the "Analysis" in TRIP with a note stating "Cancelling Analysis," and provide a brief explanation for the cancellation.  In such cases, the TSC will consider the case closed and no further action is required unless and until the inquiry is resubmitted in accordance with the requirements listed above.

# 3.0   Receipt of Redress Cases from the Department of Homeland Security

3.1.   Screening agencies that are part of the DHS refer redress cases to the TSC via the DHS TRIP.

3.2.   The TSC does not accept or respond to redress inquiries sent directly from the complainant. If the TSC receives such inquiries directly, the TSC will refer these inquiries to DHS TRIP.

3.3.   The TSC accepts and responds to Freedom of Information Act/Privacy Act (FOIA/PA) requests from appropriate Headquarters Divisions of the FBI. Inquiries received from other sources will be sent to the appropriate government department or agency for action.

# 4.0   Congressional Inquiries and Directed Reviews

4.1.   Periodically, the TSC will receive a Congressional Inquiry regarding adverse screening experience of a constituent. These inquiries are generally communicated from the member's office through the FBI Office of Congressional Affairs. Direct inquires to the TSC will be referred to the FBI OCA for awareness.

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000682

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

4.2.   The Director of the TSC and the TSC Principal Deputy Director may direct the opening of redress cases.

4.3.   Congressional and directed review cases are handled in the same manner as redress cases submitted through DHS TRIP.

## 5.0   Proactive Redress Reviews

5.1.   The TSC Redress Office conducts, as resources permit, proactive reviews of TSDB records to ensure that TSDB records are current, accurate and thorough. Proactive redress reviews include, but are not limited to:

5.1.1.   The records of individuals (Non-US Persons) denied entry into the United States, denied boarding on a commercial aircraft, or whose Electronic Information for Travel Authorization (ESTA) applications have been denied.

5.1.2.   The records of individuals potentially affected by the new intelligence or exculpatory information.

## 6.0   Assigning a Redress Case

6.1.   The Redress Supervisor, or designee, assigns redress cases and provides electronic copies of the inquiry and any accompanying documentation to the responsible Redress Analyst.

6.2.   The Redress Analyst must recuse themselves from handling an inquiry, if he or she has knowledge of the complainant's status independent of the inquiry.

6.3.   For inquiries received via DHS TRIP, the Redress Office will add a note to the DHS TRIP system that states that the referral has been accepted for review and provides the TSC redress case number assigned to the case.

6.4.   For Congressional Inquiries, directed review cases and other redress referrals not received via DHS TRIP, correspondence will be handled via email.

## 7.0   Administration and Documentation

7.1.   Upon receipt, the Redress Analyst enters the case into the TSC Redress Application. Unless otherwise instructed by the Redress Supervisor, a ⬛⬛⬛ (G), (H) ⬛⬛⬛

7.2.   Redress cases are documented electronically in the Redress Application.

7.2.1.   The Redress Analyst ⬛⬛⬛ (G), (H) ⬛⬛⬛ The documents may include:

7.2.1.1.   Inquiry received from DHS TRIP.

7.2.1.2.   Documents provided by the complainant.

7.2.1.3.   ⬛⬛⬛ (G), (H) ⬛⬛⬛.

UNCLASSIFIED//LES/SSI

UNCLASSIFIED//LES/SSI

7.2.2.    (G), (H)



    7.2.2.1.    (G), (H)

    7.2.2.2.

    7.2.2.3.

    7.2.2.4.

7.2.3.    (G), (H)

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000684

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

## 8.0   Notifying the Nominating Agency

8.1.    After opening a redress case, the TSC Redress Office will notify the nominating agency or agencies of the TSC's receipt of an inquiry from a complainant who appears to be the subject of that agency's nomination.

(G), (H)

(G), (H)

8.1.1.

8.1.2.

8.1.3.

8.1.4.



UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000685

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

(G), (H)

*Personal identifying information referenced herein and attached hereto is being transmitted for the limited purpose of attempting to verify or distinguish the individual's identity and/or the identity of a person with whom the individual may have been mistakenly associated. It is requested that access to the transmitted information be limited to only those personnel requiring such access in order to respond to this inquiry, and that no disclosure of this information be made without prior written consent.*

8.2.   Responses from nominating agencies will become part of the Redress inquiry file.

## 9.0   Creating an Analyst Note in TSDB

9.1.   Not later than three (3) business days after the TSC has received the redress inquiry, the Redress Analyst                    (G), (H)

9.2.   The Redress Analyst                    (G), (H)

9.3.   If the Redress Analyst determines, based on the research conducted, that the complainant is not the subject of the TSDB record, but is misidentified with a TSDB record, the Redress Analyst will conduct a Quality Assurance (QA) review of that record to ensure that the TSDB record is correct and that there are no errors in the record.

## 10.0 Conducting Research

10.1.   The Redress Analyst                    (G), (H)

## 11.0 Analyzing Findings

11.1.   The Redress Analyst will analyze all information that is obtained during research; information provided by the complainant; information provided by the nominator; as well as information provided by the screening agency to resolve TSDB identity and watchlisting status.

All information found in these database checks will be imported into the Redress Application or the                    (G), (H)                    , depending on the classification of the information.

11.2.   During the analysis, the Redress Analyst                    (G), (H)

TSCA-ELHADY-FBITSC-PRIV000686

UNCLASSIFIED//LES/SSI

*Document Version 1.4*



(G), (H)                                    A complainant may also provide copies of photo identification as part of their redress submission. However, because such identification cannot be authenticated, t                                    (G), (H)

11.3.   During the analysis, the Redress Analyst will review all biographic information including aliases, name variants, passports and dates of birth for accuracy.                    (G), (H)

11.3.1.                                    (G), (H)

11.3.2.

11.3.3.

# 12.0 Making a Determination

Based on the results of the research and analysis conducted, and taking into consideration any additional or updated information provided by the nominator(s), the Redress Analyst will issue an inquiry resolution recommendation to the Redress Supervisor. The TSC Principal Deputy Director (PDD) will make the final determination on all inquiries, to include all No Fly cases.

One of the following disposition categories will be assigned to the redress inquiry after a final determination is rendered:

12.1.   Negative Matches (Mis-identifications):

**Table 1: Corrective Actions for Negative Matches (Mis-identifications)**

| Redress Disposition | | Description | Corrective Action |
|---|---|---|---|
| **Category** | **Subcategory** | | |
| Negative Match | Negative Match with No Change in Encounter Record | Complainant is not watchlisted, but is a near match to a TSDB identity. Any encounters were correctly determined to be negative matches. | (G), (H) |
| | Negative Match Modified Encounter Record | Complainant is not watchlisted, but is a near match to a TSDB identity. At least one encounter was incorrectly determined to be a positive match. | |

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000687

**UNCLASSIFIED//LES/SSI**

*Document Version 1.4*

## 12.2.   Positive Matches

**Table 2: Corrective Actions for Positive Matches**

| Redress Disposition | | | Description | Corrective Action |
|---|---|---|---|---|
| Category | Subcategory | | | |
| Positive Match | Remove from TSDB | Removal Coincident to Redress | Watchlisted complainant would have been removed from TSDB in the normal course of business because removal was pending or imminent at the time the redress process began. | Ensure timely removal from TSDB and related databases. |
| | | Removal Due to Redress Review | Watchlisted complainant will be removed as a result of the redress review process. | Remove from TSDB. |
| | Modify | Modify Watchlist Status | Watchlisted complainant's status for export to one or more of the supported systems needs to be modified. | Adjust status in TSDB as appropriate. |
| | | Modified Data | (G), (H) | Correct data in TSDB, coordinate with external partners to correct data in their systems, as appropriate. |
| | No Change | | Watchlisted complainant's current status in TSDB is appropriate, and no errors, inconsistencies, contradictions, or other problems exist that require correction or affect watchlist eligibility. | No changes to TSDB |

TSCA-ELHADY-FBITSC-PRIV000688

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

12.3.   Non-Substantive Closures

Table 3: Corrective Actions for Non-Substantive Closures

| Redress Disposition | | Description | Corrective Action |
|---|---|---|---|
| Category | Subcategory | | |
| Other | (G), (H) | | |
| | Administrative Closure | TSC administratively closes redress case for non-compliance with TSC requirements, or at the request of the screening agency. | Document reasons for closure in the DHS TRIP system and in the Redress Application |
| | Already Removed from TSDB | Complainant's inquiry is moot because the problem was caused by a TSDB record that has already been removed. | Document reasons for closure in the DHS TRIP system and in the Redress Application |

12.4.   Rejections

Table 4: Corrective Actions for Rejections

| Redress Disposition | | Description | Corrective Action |
|---|---|---|---|
| Category | Subcategory | | |
| Rejections | Duplicate Referral | Inquiry has already been referred. | Reject the inquiry in the DHS TRIP system and document in the Redress Application |
| | Missing/Illegible /Expired Documents | Documents submitted by the complainant are unacceptable. | Reject the inquiry in the DHS TRIP system and document in the Redress Application |

# 13.0 Removal and Modification of TSDB Records

TSCA-ELHADY-FBITSC-PRIV000689

**UNCLASSIFIED//LES/SSI**

*Document Version 1.4*

13.1.   As part of the case closing process, the Redress Office will modify or delete the TSDB record, as appropriate.  Any modifications or deletion of TSDB records must be approved by the Redress Supervisor.

13.2.   TSDB Removal Procedures

    13.2.1.   Create a QA ticket in the TSDB on the record to be deleted requesting that the record be deleted from the TSDB.

    13.2.2.   Select ████████████████████████ (G), (H)

    13.2.3.   Create an analyst note in the TSDB providing more detailed information on the request to include the requesting Unit.

    13.2.4.   (G), (H) ████████████████████████

    13.2.5.

    13.2.6.

    13.2.7.

    13.2.8.

    13.2.9.

    13.2.10.   In cases where classified information is required in the justification for the removal no QA ticket should be created. The removal request will be e-mailed on the appropriate network copying the aforementioned NDIU components.

13.3.   No Fly List Procedures.

    13.3.1.   The TSC/PDD approves all No Fly determinations. Following PDD approval, the Redress Supervisor will promptly send a record email, ████████ (G), (H) ████████████████

13.4.   TSDB Modify Procedures

    13.4.1.   If the review indicates that the complainant's current status in TSDB needs to be modified or requires correction, the Redress Office will coordinate with TSC/NDIU and the nominator to ensure the record is updated appropriately.

    13.4.2.   (G), (H), (O-1) ████████████████████████

    13.4.3.

TSCA-ELHADY-FBITSC-PRIV000690

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

13.4.4.      (G), (H), (O-1)

## 13.5.    Documentation for Removals from the TSDB

13.5.1.      (G), (H), (O-1)

13.5.2.

13.5.3.

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000691

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

# 14.0 Closing Procedures

14.1.1.   The TSC Redress Office will prepare a draft closing summary that summarizes the facts and circumstances that support the final determination. The summary will be approved by the Redress Supervisor and will serve as the record of the TSC determination on the redress case.

14.1.2.   The draft closing summary should contain the following:

14.1.2.1.   A summary of the inquiry, including the complainant's biographic information, reason for filing the inquiry (date and description of alleged adverse experience etc.), and dates of administrative actions (the date the inquiry was filed, the date the inquiry was referred to the TSC).

14.1.2.2.   A concise statement of the derogatory information.  Facts listed should not be selected to support an eventual conclusion, but should comprehensively narrate the totality of the available information and circumstances regarding whether the complainant at issue should (or should not) be in the TSDB and remain as part of particular exports. This section should also highlight any quality assurance problems that were found and corrected.

14.1.2.3.   The relevant Watchlisting criteria and other authority, if applicable, such as statute, directive, etc.

14.1.2.4.   A detailed analysis, which applies to the relevant criteria (and other authority) to the derogatory information. Based on the totality of the information, it may suffice to draw reasonable inferences based on the derogatory information. Furthermore, the summary can point to certain derogatory information as "indicia" of watchlisting criteria.

14.1.2.5.   The concise conclusion corresponding to the disposition category assigned.

14.1.3.   The Redress Analyst shall portion mark each paragraph of the closing summary to indicate the classification level of the information used and all applicable disseminations.

14.1.4.   If the current redress inquiry involves a complainant that previously submitted a redress inquiry, add details that describe the prior inquiry, including the prior redress case number, the referring agency, the TSC receipt date, the date it was closed by the TSC Redress Office and the disposition of the prior case.

14.2.   The Redress Analyst shall obtain Redress Supervisor approval for the Redress Summary by providing a draft copy of the closing EC to the Redress Supervisor for review and approval via Sentinel.

14.3.   The TSC Redress Office will close the case by taking the following actions:

14.3.1.   Provide notification of the case closure and disposition, by email, (G), (H), (O-1) . The Redress Analyst will include the DHS TRIP number in addition to the Redress Referral number on the subject line of all responses from a DHS TRIP inquiry. A copy of this response will be placed in the redress case file.

14.3.1.1.   (G), (H), (O-1)

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000692

UNCLASSIFIED//LES/SSI

*Document Version 1.4*



(G), (H), (O-1)

14.3.2.  In the TSC Redress Application, enter the appropriate disposition category, (G), (H)
(G), (H)

14.3.3.  Close the Analysis in the DHS TRIP application by communicating the disposition category assigned.

14.3.4.  Add Redress closed tag to the record in TSDB, as appropriate.

14.3.5.  (G), (H)

14.4.  Closing a Congressional or Directed Review

14.4.1.  The procedure for closing a Congressional or Directed Review is the same as a standard redress case with the additional step of notifying the party who submitted the inquiry to the TSC Redress Office.

# 15.0 Revised Redress Process for USPERs Maintained as No Flys

15.1.  USPERs who were denied boarding and are maintained on the No Fly List after filing a redress inquiry will be informed that they are on the No Fly List and may request the reasons for their No Fly status. The reasons will be provided to the complainant in the form of an unclassified or declassified summary, unless it is determined that the release of a statement would harm national security or law enforcement interests. In those cases, an alternative response containing the pertinent No Fly criterion, at a minimum, will be provided. The TSC Redress Office coordinates all communication between DHS TRIP and nominators (G), (H) during the development of the summary.

15.1.1.  After receiving a DHS TRIP letter indicating that they are on the No Fly List following a redress inquiry, USPERs are notified that they have up to 60 days to request additional information about the reasons for their placement on the No Fly List.

15.1.2.  If so requested, DHS TRIP will forward to the TSC the request for further information. The TSC Redress Office (G), (H)

15.2.  (G), (H)

15.2.1.  An unclassified or declassified summary of the derogatory information that supports the USPER's placement on the No Fly List and;

15.2.2.  (G), (H)

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000693



UNCLASSIFIED//LES/SSI

*Document Version 1.4*

15.2.3.         (G), (H)

15.2.4.   If the nominator/originator determines that the release of a summary would harm national security or law enforcement interests, proper coordination between the nominator/originator (G), (H)

15.3.   The TSC Redress Office will pass both the summary and the transmittal to DHS TRIP.

15.4.   The TSC Redress Office will pass the classified memorandum to DHS TRIP.

15.5.         (G), (H)

15.5.1.   If an edited summary is produced in response to such recommendation(s), the TSC Redress Office will pass the summary and accompanying documents as described above to DHS TRIP.

# 16.0 Redress Appeals (No-Fly)

16.1.   For administrative appeals of redress determinations involving TSDB data, the TSC Redress Office reviews all relevant information and considers new information developed since the initial determination, as well as any information provided by the individual during the appeals process. The TSC will make a recommendation to the screening agency regarding the watchlist status of the appellant, but each agency retains its legal authority to accept or reject the TSC recommendation in regard to that agency's screening activities.

16.2.   The Redress Office will follow the procedures in section 13.2 for removing subjects from the No Fly list and will complete the documentation of these actions as stated in section 13.5.

16.3.   Screening agencies that are part of DHS refer Redress Appeals Cases to the TSC's Redress Office via DHS TRIP.  Appeals must meet the requirements below:

16.3.1.   The appeal must be based on a previously adjudicated TSC redress inquiry.

16.3.2.   The appellant must be currently watchlisted on the No Fly List.

16.4.   Redress Appeal Receipt

16.4.1.   The Redress Officer will receive and assign the appeal to a redress analyst that did not process the original redress case.

16.4.2.   The Redress Analyst will perform a review of the derogatory information to determine if any new information has been reported that may change the appellant's watchlist status. The Redress Analyst will enter the redress appeal case into the Redress Application and will indicate in the Case Type field that the case is an appeal.

16.4.3.   The Redress Analyst will send a notification of the appeal to the nominating agency along with any information provided by the appellant.

TSCA-ELHADY-FBITSC-PRIV000694

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

16.4.4.    The Redress Analyst will request that ⬛⬛⬛⬛⬛ (G), (H) ⬛⬛⬛⬛⬛

(G), (H)

16.4.5.

16.4.6.

16.4.7.

16.4.8.

16.4.9.    The Redress Analyst will document each request to external entities in the appropriate fields of the Redress Application.

16.5.    Documentation, Analysis and Disposition

16.5.1.    Upon receipt of the ⬛⬛⬛ (G), (H) ⬛⬛⬛, the Redress Analyst will conduct a de novo review of the derogatory information and draft an EC in Sentinel documenting the completion of the de novo review of derogatory information on the appellant and recommendation whether the appellant's No Fly status should be maintained or modified. If there is derogatory information that exceeds the SECRET//NOFORN level, that information will be detailed in a classified addendum that will be saved in the ⬛ (G), (H) ⬛ ⬛⬛⬛⬛⬛⬛

16.5.2.    The Redress Supervisor will submit the draft EC to the TSC/LU for review in Sentinel; and, if the appellant is an USPER, to the TSC Privacy Officer for compliance review.

16.5.3.    The Redress Supervisor will submit the draft EC to the TSC PDD for review and approval in Sentinel.

16.5.4.    Upon PDD approval of the EC, the Redress Analyst will draft a Letter Head Memorandum (LHM) for passage to the screening agency documenting both the TSC's disposition regarding the watchlist status of the appellant and the derogatory information upon which that recommendation was based. The LHM will be reviewed by TSC/LU, and if the appellant is a USPER, the TSC Privacy Officer, before passage to the screening agency. If there is derogatory information that exceeds the SECRET//NOFORN level, that information will be included in a separate classified addendum ⬛⬛⬛⬛ (G), (H) ⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛ The Redress Analyst will transmit the LHM to the screening agency upon approval.

16.5.5.    The Redress Analyst will communicate, via DHS TRIP, the TSC disposition of the appeal to the DHS screening agency in an unclassified memorandum signed by the TSC PDD.

16.5.6.    The Redress Analyst will notify the nominator of the outcome of the appeal.

16.5.7.    The Redress Analyst will ensure that all communication and documentation for each case are uploaded to the Redress Application or to the ⬛⬛⬛⬛ (G), (H) ⬛⬛⬛⬛ if it exceeds the

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000695

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

classification of FBINet. The EC will reference the existence of the higher classified information and document that it is held in ████ (G), (H) ████ .

16.5.8.   The EC, the Redress Application case file, and ████ (G), (H) ████ will all include the appeal case number as well as the DHS TRIP inquiry number. The Redress Application file will hold a reference sheet that indexes the documents held on ████ (G), (H) ████ .

TSCA-ELHADY-FBITSC-PRIV000696

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

**Table 5: Disposition Table**

| Redress Disposition | | | Description | Corrective Action |
|---|---|---|---|---|
| **Category** | **Subcategory** | | | (G), (H) |
| Negative Match | Negative Match with No Change in Encounter Record | | Complainant is not watchlisted, but is a near match to a TSDB identity. Any encounters were correctly determined to be negative matches. | |
| | Negative Match Modified Encounter Record | | Complainant is not watchlisted, but is a near match to a TSDB identity. At least one encounter was incorrectly determined to be a positive match. | |
| Positive Match | Remove from TSDB | Removal Coincident to Redress | Watchlisted complainant would have been removed from TSDB in the normal course of business because removal was pending or imminent at the time the redress process began. | No changes to TSDB. Monitor TSDB to ensure timely removal. |
| | | Removal Due to Redress Review | Watchlisted complainant will be removed as a result of the redress eligibility review process. | Remove from TSDB. |

TSCA-ELHADY-FBITSC-PRIV000697

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

| Redress Disposition | | | Description | Corrective Action |
|---|---|---|---|---|
| Category | Subcategory | | | |
| | Modify | Modify Watchlist Status | Watchlisted complainant's status for export to one or more of the supported systems needs to be modified. | Adjust status in TSDB as appropriate. |
| | | Modified Data | (G), (H) | Correct data in TSDB, coordinate with external partners to correct data in their systems. |
| | No Change | | Watchlisted complainant's current status in TSDB is appropriate, and no errors, inconsistencies, contradictions, or other problems exist that require correction or affect watchlist eligibility. | No changes to TSDB |
| Other | (G), (H) | | (G), (H) | |

Redress Standard Operating Procedures – December 08, 2015
UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000698

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

| Redress Disposition | | Description | Corrective Action |
|---|---|---|---|
| **Category** | **Subcategory** | | |
| | Administrative Closure | TSC administratively closes redress case for non-compliance with our requirements, or at the request of the screening agency. | Document reasons for closure in the DHS TRIP system and in the Redress Application |
| | Complainant Already Removed from TSDB | Complainant's inquiry is moot because the problem was caused by a TSDB record that has already been removed. | Document reasons for closure in the DHS TRIP system and in the Redress Application |
| Rejections | Duplicate Referral | Inquiry has already been referred. | Reject the inquiry in the DHS TRIP system and document in the Redress Application |
| | Missing/Illegible /Expired Documents | Documents submitted by the complainant are unacceptable. | Reject the inquiry in the DHS TRIP system and document in the Redress Application |

TSCA-ELHADY-FBITSC-PRIV000699

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

# Appendix A  Glossary

| Term | Definition |
|------|------------|
| | (G), (H) |
| Analysis | The term used to describe a DHS TRIP function which delineates component review of a redress case. |
| | (G), (H) |
| Appellant | An individual who is filing an appeal. |
| CBP | U.S. Customs and Border Protection, a subordinate agency within the Department of Homeland Security (DHS). |
| | (G), (H) |
| | (G), (H) |
| Complainant | An individual who submits an inquiry based on an adverse traveling experience. |
| DHS TRIP | Department of Homeland Security Traveler Redress Inquiry Program. DHS TRIP will use and maintain the information collected from the complainant requesting redress in order to resolve, where possible and appropriate, the underlying issue regarding the complaint information. |
| DIOG | The FBI's Domestic Investigations and Operations Guide (DIOG).  (G), (H) |
| EC | Electronic Communication: An official record held in the FBI's Sentinel system. |
| ECF | Electronic Case Files |
| EMA | Encounter Management Application. The TSC's classified, secret-level database that maintains records of all potential terrorist encounters referred to the TSC by screening agencies. |

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000700

*Document Version 1.4*

| Term | Definition |
|---|---|
| ESEL | Extended Selectee (ESEL) is a TSA designation for Known or Suspected Terrorists included in the TSDB for whom sufficient biographical data for inclusion on the Selectee or No Fly lists exist but whose derogatory information does not meet the criteria for Selectee or No Fly. |
| | (G), (H) |
| | |
| Inquiry | An individual's statement about an allegedly adverse experience or outcome during a terrorism screening process, which usually includes a request for assistance or a remedy. |
| Intake analyst | The redress analyst who receives, evaluates, and assigns redress inquiries. |
| IC | Intelligence Community |
| ITOS | The FBI's International Terrorism Operations Section (Counterterrorism Division) |
| IU | TSC's Intelligence Unit |
| LHM | Letterhead Memorandum |
| Misidentification (Mis-ID) | An adverse experience or outcome during terrorism screening because the individual alleging the adverse experience or outcome is a near match to a known or suspected terrorist in the TSDB. |
| | (G), (H) |
| | |
| NCTC | The National Counterterrorism Center serves as the primary organization in the United States Government (USG) for integrating and analyzing all intelligence pertaining to counterterrorism (except for information pertaining exclusively to domestic terrorism). |
| NDIU | The Terrorist Screening Center's Nominations and Data Integrity Unit. |

TSCA-ELHADY-FBITSC-PRIV000701

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

| Term | Definition |
|------|------------|
| NOF | An individual who is on the TSA No Fly List. |
| Nominating agency | A government agency that has determined that an individual is a known or suspected terrorist and nominates that individual to the TSDB based on information that originated with that agency and/or another agency. The nominating agency is responsible for the supporting information that was relied upon to place the individual in TSDB. |
| Originating agency | A government agency that generates derogatory or identifying information about a known or suspected terrorist. |
| ORCON | Originator Controlled (ORCON) describes information that is controlled by the originating/nominating agency, and that may not be used except as permitted by that agency. |
| | (G), (H) |
| QA Ticket | A database function          (G), (H) |
| | (G), (H) |
| RA | Redress Analyst, TSC Redress Unit. |
| Redress | The process whereby an individual may seek the help of a screening agency in addressing the cause of an adverse screening experience or outcome related to the use of TSDB data by filing an inquiry with the screening agency or DHS TRIP. The screening agency or DHS TRIP, in cooperation with the TSC and the nominating/originating agency, provides assistance by determining the cause of that adverse experience, verifying that all relevant information relied upon in the screening process is current, accurate, and thorough, and making any warranted corrections to pertinent records. The redress process as defined in this paragraph does not apply to inquiries related to government processes unrelated to the mission of the TSC. |
| Redress admin file | The official TSC redress file containing the administrative record of the TSC's determinations. |
| Redress case | The process of initiating a redress case begins when a complainant completes a statement about an adverse experience or outcome during a terrorism screening process, which usually includes a request for assistance or remedy. A redress case may also be initiated by congressional inquiry to a Federal agency on behalf of a constituent, or by a statement made on behalf of a complainant by an authorized representative, such as an attorney. |
| RO | Redress Officer |

TSCA-ELHADY-FBITSC-PRIV000702

*Document Version 1.4*

| Term | Definition |
|------|------------|
| Screening agency | Any government agency that conducts terrorism screening. A screening agency acquires information for the purpose of determining whether an individual is a known or suspected terrorist in the TSDB, and evaluates and/or uses that information in order to take an action with respect to an individual. Screening agencies also receive redress cases from the public and refer appropriate cases to TSC for processing. |
| SEL | An individual who is on the TSA Selectee (SEL) List. |
| Sentinel | The FBI's next generation information and case management system. |
| | (G), (H) |
| Supported system | A screening database or system owned, operated, and/or used by a screening agency that uses TSDB data during a terrorism screening process. |
| Supporting information | The information relied upon or generated by a nominating agency to support the nomination of an individual to the TSDB. This information is usually classified and comes from a nominating agency and may be controlled by that agency (i.e., originator-controlled or ORCON). Supporting information is sometimes also referred to as "derogatory information." |
| Suspense date | The date assigned by the RO by which a redress case should either be completed by the RA or presented to the RO with an explanation of any remaining work to be done. |
| | (G), (H) |
| Terrorism screening | The evaluation of an individual to determine whether he or she is a known or suspected terrorist identified in the TSDB in order to take a particular governmental action with respect to an individual, such as determining whether to require additional physical security screening at an airport security checkpoint determining admissibility into the United States, or other similar governmental action. |
| TIDE | NCTC's Terrorist Identities Datamart Environment (TIDE), which is a classified database containing the derogatory information that supports the nominations of known or suspected international terrorists to the TSDB. |

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

| Term | Definition |
|------|------------|
| TREX | The TSC's Terrorist Review and Examination Unit (TREX) is the Federal Bureau of Investigation's focal point for all terrorism watchlisting related matters and ensures that subjects of terrorist investigations are appropriately nominated, modified and removed from the TSDB.  This Unit is under the oversight of the TSC. |
| TSA | Transportation Security Administration, a subordinate agency within DHS. |
| TSDB | The Terrorist Screening Database (TSDB) is the U.S. Government's consolidated database that contains identifying information about known or suspected terrorists. It is also commonly known as the Terrorist Watchlist. The TSDB is a sensitive but unclassified database and does not contain any derogatory information. |
| | (G), (H) |
| TSOC | The Terrorist Screening Center (TSC)'s Terrorist Screening Operations Center. Terrorist Screening Operations Center (TSOC) serves as the Nation's 24/7/365 encounter management identity resolution focal point for all domestic and international encounters with potential Known or Reasonably Suspected Terrorists (KST) by international, Federal, State, Local, Territorial and Tribal agencies. TSOC verifies identification matches, coordinates information passage for operational response and memorializes "thorough, accurate and current" data in the Encounter Management Application (EMA) database, in order to be shared with the United States Intelligence Community (IC). |
| TSOU | The Terrorist Screening Center (TSC)'s Terrorist Screening Operations Unit. The Terrorist Screening Operations Unit (TSOU) coordinates the operational encounter management for all terrorist watchlist referrals generated by the Terrorist Screening Center (TSC). TSOU provides 24/7 support, turning watchlist encounters into actionable leads and intelligence for FBI operational entities and other federal, state, and local law enforcement agencies. TSOU documents the actions taken to resolve each matter and provides the encounter feedback to other TSC components and ultimately to the entire U.S. Intelligence Community. |
| | (G), (H) |

UNCLASSIFIED//LES/SSI

TSCA-ELHADY-FBITSC-PRIV000704



*Document Version 1.4*

# Appendix B   Redress Analyst Database Search Guide

B.1   TIDE

    B.1.1

    B.1.2

B.2   TSDB

    B.2.1   The Redress Analyst will conduct a search to locate all records identifiable with the complainant or which suggest a misidentification with the individual.

    B.2.2   The Redress Analyst will conduct a search

B.3

    B.3.1

    B.3.2   The Redress Analyst will review the handling code and any flags to ensure compliance with FBI procedures.

B.4

    B.4.1

    B.4.2

    B.4.3



TSCA-ELHADY-FBITSC-PRIV000705

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

B.4.4 

(G), (H)

B.4.5

B.4.6

B.4.7

B.4.8

B.5    EMA

B.5.1

(G), (H)

B.5.2

B.5.3

B.5.4    The TSOC Unit Chief or the TSOC Supervisor will ensure that the respective Redress Analyst is notified when the EMA record has been corrected.

TSCA-ELHADY-FBITSC-PRIV000706

UNCLASSIFIED//LES/SSI

*Document Version 1.4*

B.6    FBI's Sentinel

B.6.1



B.7    Open Source and Commercial Databases

B.7.1

B.7.2

B.8