# Elhady Plaintiffs
# MSJ Exhibit 60

# FBI/TSC PRIVILEGE LOG

## ANAS ELHADY ET AL. v. KABLE, et al.,

## CIVIL ACTION NO. 16-375 (E.D. VA.)

| DOCUMENT NUMBER | PAGES | DATE (if available) | TITLE OR DESCRIPTION | APPLICABLE PRIVILEGES | BASIS FOR CLAIMS |
|---|---|---|---|---|---|
| TSCA0001 | 2 | 5/13/2013 | Addendum to the NDIU Standard Operating Procedure Operations Manual | LEP, SSI, SSP | This document includes a detailed, comprehensive discussion of watchlisting policies and processes that would provide valuable insight to terrorist adversaries.<br><br>The disclosure of this sensitive law enforcement information would impede or impair the effectiveness of an investigative technique, method or procedure and/or could cause harm to, impede, impair, or hinder an investigation and/or an investigative interest of the FBI.<br><br>This document contains information subject to the protections of Sensitive Security Information, pursuant to 49 U.S.C. § 114(r), including but not limited to security information related to security screening and/or watchlisting procedures; it will be referred to TSA for review, as appropriate.<br><br>This document contains information that is subject to an assertion of the state secrets privilege because its disclosure reasonably could be expected to harm national |

1

| DOCUMENT NUMBER | PAGES | DATE (if available) | TITLE OR DESCRIPTION | APPLICABLE PRIVILEGES | BASIS FOR CLAIMS |
|---|---|---|---|---|---|
| | | | | | could be expected to harm national security, including by harming the Government's ability to detect and prevent terrorist attacks, revealing intelligence sources and methods, and/or disrupting relations with foreign governments. |
| TSCA0019 | 151 | 2015 | Watch Listing Guidance 2015 | LEP, SSI, SSP | This document includes a detailed, comprehensive discussion of watchlisting policies and processes that would provide valuable insight to terrorist adversaries. |
| | | | | | The disclosure of this sensitive law enforcement information would impede or impair the effectiveness of an investigative technique, method or procedure and/or could cause harm to, impede, impair, or hinder an investigation and/or an investigative interest of the FBI. |
| | | | | | This document contains information subject to the protections of Sensitive Security Information, pursuant to 49 U.S.C. § 114(r), including but not limited to security information related to security screening and/or watchlisting procedures; it will be referred to TSA for review, as appropriate. |
| | | | | | This document contains information that is subject to an assertion of the state secrets privilege because its disclosure reasonably could be expected to harm national security, including by harming the Government's ability to detect and prevent |

| DOCUMENT NUMBER | PAGES | DATE (if available) | TITLE OR DESCRIPTION | APPLICABLE PRIVILEGES | BASIS FOR CLAIMS |
|---|---|---|---|---|---|
| | | | | | terrorist attacks, revealing intelligence sources and methods, and/or disrupting relations with foreign governments. |
| TSCA0030-0225 | Various | Various | Agreements with Foreign Partners re: Sharing of Information | LEP, SSP, Classified, FGI | The disclosure of this sensitive law enforcement information would impede or impair the effectiveness of an investigative technique, method or procedure and/or could cause harm to, impede, impair, or hinder an investigation and/or an investigative interest of the FBI.<br><br>This document contains information that is subject to an assertion of the state secrets privilege because its disclosure reasonably could be expected to harm national security, including by harming the Government's ability to detect and prevent terrorist attacks, revealing intelligence sources and methods, and/or disrupting relations with foreign governments.<br><br>Information obtained from a foreign government or international organization where there is an agreement or understanding that the information received will be treated confidentially. |
| TSCA0229 | 29 | January 2009 | HSPD 6 Foreign Partner Terrorism Screening Information Sharing Strategy Document | Classified, SSP, LEP | The disclosure of this sensitive law enforcement information would impede or impair the effectiveness of an investigative technique, method or procedure and/or could cause harm to, impede, impair, or hinder an investigation and/or an investigative interest of the FBI. |