# Elhady Plaintiffs
# MSJ Exhibit 70

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Anas ELHADY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:16-cv-375 (AJT/JFA) |
| CHARLES H. KABLE, et al., | ) |
| Defendants. | ) |

## DECLARATION OF TIMOTHY JOSEPH

I, Timothy Joseph, declare as follows pursuant to the provisions of 29 U.S.C. § 1746:

1. I am employed by the U.S. Department of Homeland Security (DHS), Transportation Security Administration (TSA), as the Assistant Federal Security Director for Screening at the Dallas Fort Worth Airport (DFW). In this role, I am responsible for all TSA screening activities at DFW. I have held this position since April 2012.

2. My primary responsibilities include managing DFW security screening in the airport, including gate screening. In this role I supervise 1264 Transportation Security Officers (TSOs), Lead Transportation Security Officers (LTSOs), Supervisory Transportation Security Officers (STSOs), and Transportation Security Managers (TSMs).

4. I understand Plaintiff Mark Amri was screened at DFW on March 6, 2018. I am familiar with TSA's policies and procedures that relate to screening, and, in particular, the mandatory policies and procedures that applied to the screening workforce on March 6, 2018. I have conducted an investigation of Mr. Amri's screening on March 6, 2018, including

interviewing witnesses and reviewing relevant records. This Declaration is based on my personal knowledge and information gained in my official capacity.

5. The purpose of this Declaration is to describe Mr. Amri's March 6, 2018 screening at DFW. First, I generally describe the gate screening measures TSA utilizes to secure aviation. Second, I describe Amri's March 6, 2018 screening and address various allegations Amri makes about his screening on that date.

## Gate Screening Measures

6. TSA uses unpredictable security measures throughout the airport to accomplish its transportation security mission. This includes gate screening at boarding gates, which is conducted after travelers have cleared initial checkpoint screening. Gate screening of passengers may include identification checks, searching a person and/or his or her accessible property, and explosive trace detection (ETD) testing.

7. To conduct ETD testing, TSA screeners at DFW first place a lightweight swab into the ETD technology to ensure a negative result.[1] Screeners then use the swab to collect a trace sample from the passenger. The swab is then placed in the ETD technology for explosives analysis. The test takes a matter of seconds.

8. TSA's use of ETD technology at gates and boarding areas was prompted by the attempted Christmas Day bombing in 2009. After that attempt, ETD technology was identified as a means to immediately strengthen security beyond checkpoint and checked baggage areas. ETD is a highly effective, proven technology.

9. All passengers may be required to undergo ETD testing at gates. *See, e.g.,* Just Business as Usual... Reality TV Star Tweets About Security, available at

---

[1] Swabs are lightweight and are similar to a thin cloth. As a result, a swab may appear bent to a passenger.

https://www.tsa.gov/blog/2011/11/15/just-business-usual-reality-tv-star-tweets-about-security

(noting that a reality TV star was one of several passengers who were selected for gate screening that consisted of swabbing hands to search for traces of explosives).

### Mark Amri's March 6, 2018 Gate Screening

10. I understand Mark Amri was transiting DFW to make a connecting flight to Washington, DC on March 6, 2018.

11. Mr. Amri's flight from DFW was selected for gate screening pursuant to standard TSA security protocols. Six TSA screeners were at the gate for purposes of performing gate screening, which was conducted in the jet bridge. The number of TSA screeners present for gate screening varies at DFW and typically includes 5-9 TSA screeners, depending on the screening measures for and the number of passengers on the particular flight. Gate screening at DFW is always conducted in the jet bridge, after travelers provide their boarding documents to airline personnel, due to space limitations.

12. Several passengers, including Mr. Amri, were selected for gate screening pursuant to standard TSA security protocols. A Lead Transportation Security Officer (LTSO) patted down Mr. Amri after adorning a new set of gloves. The procedures described in paragraph 7 were followed to conduct an ETD test. Specifically, the screeners first placed a new swab into the ETD technology to ensure a negative result. The results were negative. The screeners then used that new swab to collect a trace sample from the gloves used to pat down Mr. Amri. The swab was then placed in the ETD technology for explosives analysis. The swab tested positive for explosives. A true and accurate receipt of the positive explosives test is attached hereto as Exhibit A.

13. The positive explosives test required additional screening to clear Mr. Amri to fly.[2] In order to clear the positive result, TSA personnel escorted Mr. Amri from his departure gate to a nearby checkpoint where a TSO in training conducted a pat-down. Mr. Amri was cleared and was rebooked on a new flight since the doors had closed for his initial flight.

14. TSA personnel subsequently determined that a mistake was made in clearing the positive explosives test insofar as an explosives expert was not notified. TSA brought Mr. Amri back to the checkpoint to obtain the clearance of an explosives expert who searched Amri's blue and white plastic bag. The explosives expert did not ridicule or make fun of the positive explosives test from the gate screening.

15. After the explosives expert cleared Mr. Amri, TSA personnel discovered that an additional mistake had been made in clearing the positive explosives test insofar as a TSO in training conducted the pat-down. As a result, Mr. Amri was patted down by a supervisor prior to boarding his rebooked flight.

16. None of the screening that Mr. Amri experienced on March 6, 2018 was intended to harass or intimidate Mr. Amri. No TSA DFW personnel were aware in advance of his gate screening that he was traveling to Washington, D.C. to provide testimony in litigation in which TSA is a defendant. Mr. Amri's screening was completely unrelated to his scheduled deposition and was conducted pursuant to TSA standard screening protocols.[3] No TSA personnel at DFW received any special instructions from TSA headquarters related to Mr. Amri's March 6, 2018 travel.

---

[2] Once TSA receives a positive explosives test, it does not perform a second test, but instead takes steps to clear the positive test. This is because individuals seeking to defeat a positive test and ensuing additional screening measures could take countermeasures to remove any explosives prior to the second test.

[3] As noted above, two mistakes were made in clearing the positive explosives test.

17. The positive explosives test was a genuine positive. No TSA screening personnel planted explosives or otherwise took any steps to fabricate the positive result. All screening procedures were followed. The TSA screener who conducted the pat-down and whose gloves were swabbed for explosives adorned new gloves and used a new swab that pre-tested negative to test the gloves used to pat down Mr. Amri.

18. I understand Mr. Amri was tested for explosives prior to the first segment of his trip and that the test was negative. Mr. Amri's claim that the fabrication is evident because he tested negative for explosives before his first segment (from Ontario, California to DFW for connection to Washington, DC) fails to account for the need for unpredictable screening measures, including ETD testing at gates, due to the items a traveler may come into contact with after initially clearing security screening at the checkpoint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2018

By: _____
Timothy Joseph
Assistant Federal Security Director - Screening
Dallas-Ft. Worth International Airport
Transportation Security Administration
U.S. Department of Homeland Security

EXHIBIT D

EXHIBIT A TO JOSEPH DECLARATION

