**DEFENDANTS' ADDITIONAL EXHIBITS**

| Exhibit No. | Exhibit Title |
|---|---|
| DEX59 | Supplemental Declaration of Timothy P. Groh, dated March 22, 2019 |
| DEX60 | Declaration of Randy Howe, April 27, 2018 |
| DEX61 | Redacted Declaration of Hao-Y Tran Froemling, dated August 15, 2018 |
| DEX62 | Declaration of Scott Rago, dated February 20, 2019 |
| DEX63 | General Court Martial Order No. 36, dated April 10, 2005, Al Halabi |
| DEX64 | Plea Transcript, Al Halabi |
| DEX65 | Judgment, *United States v. El-Shwehdi*, No. 3:07-cr-00176, Dkt. No. 16 (S.D. Ohio August 29, 2008). |
| DEX66 | Plea Agreement, *United States v. El-Shwehdi*, No. 3:07-cr-00176, Dkt. No. 3 (S.D. Ohio Nov. 19, 2007). |
| DEX67 | Court Minutes, *California v. Elhuzayel*, 18NF0880 (Cal. Super. Ct., Orange Cy, as printed Feb. 28, 2019) |
| DEX68 | CBP National Standards on Transport, Escort, Detention, and Search, dated October 2015, available at: https://www.cbp.gov/sites/default/files/assets/documents/2017-Sep/CBP%20TEDS%20Policy%20Oct2015.pdf |