# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ANAS ELHADY,** *et al.*, ) | |
| ) | **Case No. 16-cv-00375** |
| Plaintiffs, ) | Hon. Anthony J. Trenga |
| ) | Mag. Hon. John F. Anderson |
| v. ) | |
| ) | |
| **CHARLES H. KABLE,** Director of the ) | **PLAINTIFFS' SUPPLEMTAL EXHIBITS** |
| Terrorist Screening Center; in his official ) | **IN OPPOSITION TO DEFENDANTS'** |
| capacity, *et al.;* ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| Defendants. ) | |

**CAIR LEGAL DEFENSE FUND**
Lena F. Masri (DC # 100019) ±
Gadeir I. Abbas (VA # 81161) *
Carolyn M. Homer (DC # 1049145) ±
453 New Jersey Ave SE
Washington, DC 20003
Tel: (202) 516-4724
Fax: (202) 379-3317
gabbas@cair.com

± Admitted *pro hac vice*

*Mr. Abbas licensed in VA, not in D.C.
Practice limited to federal matters
Admitted to practice in this Court*

**AKEEL AND VALENTINE, PLC**
SHEREEF H. AKEEL (MI # P54345) ±
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
shereef@akeelvalentine.com

*Attorneys for Plaintiffs*

**TABLE OF SUPPLEMENTAL EXHIBITS IN OPPOSITION**

| # | Exhibit Title | Date |
|---|---|---|
| 84 | Government Privilege Logs in *Elhady v. Kable* | November 2017 – March 2019 |
| 85 | 2013 Watchlisting Guidance | March 2013 |
| 86 | Declaration of Scott A. Rago Federal Bureau of Investigation | March 25, 2019 |
| 87 | Information Bulletin - Quiet Skies Selectees | March 13, 2018 |
| 88 | Critical Infrastructure Protection | February 2017 |
| 89 | Plaintiff Saleem Ali's Second Amended Responses To Defendants' First Set of Discovery Requests to Plaintiffs | February 2018 |
| 90 | Plaintiff Anas Elhady TECS Record | April 11, 2015 |
| 91 | Plaintiff Kadura DHS TRIP Letter | September 4, 2015 |
| 92 | Plaintiff Coleman DHS TRIP Letter | September 15, 2015 |
| 93 | JD3 DHS TRIP Inquiry | July 2014 – January 2015 |