# Elhady Plaintiffs
# MSJ Exhibit 86

UNCLASSIFIED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| ANAS ELHADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-375 |
| | ) | |
| CHARLES H. KABLE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### DECLARATION OF SCOTT A. RAGO
### FEDERAL BUREAU OF INVESTIGATION

I, Scott A. Rago, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1.     I am the Section Chief of the Global Law Enforcement Support Section

("GLESS"), which is within the Operational Programs Branch ("OPB"), Criminal Justice

Information Services ("CJIS") Division, Federal Bureau of Investigation ("FBI"), United States

Department of Justice. I was designated as the Section Chief of GLESS in January 2019. Prior

to that time, I had served as Section Chief of the Global Operations Section beginning in 2016. I

began my career as a Special Agent with the FBI in 2000. As the Section Chief of GLESS, I

oversee a number of the OPB's programs and initiatives, including the National Crime

Information Center ("NCIC"), a nationwide computerized information system, and the CJIS

Audit Unit.

2.     The statements contained in this declaration are based upon my personal

knowledge, upon information provided to me in my official capacity, and upon conclusions and

determinations reached and made in accordance therewith.

3.     I submit this declaration in support of Defendants' opposition to Plaintiffs'

motion for summary judgment, and in accordance with the Court's February 22, 2019 order that

1

the Defendants commemorate certain information that defense counsel had relayed to Plaintiffs'

counsel on behalf of CJIS staff. This declaration is a further supplement to CJIS's March 1,

2019 supplemental interrogatory response, and is intended to address a question posed by

Plaintiffs' counsel regarding a particular private entity with the ability to run NCIC queries,

and—as defense counsel advised Plaintiffs' counsel—which CJIS was still in the process of

reviewing when the March 1 supplemental response was executed.

4.      Subsequent to the execution of the March 1 supplemental response, the entity in

question was identified as the police department of a private high school. The Originating

Agency Identifier ("ORI") for that police department had previously been mistakenly assigned as

an ORI that would be issued to a college or university police department. That police

department had demonstrated to the FBI that it would perform the administration of criminal

justice, have arrest powers pursuant to a state statute, and allocate more than fifty percent of its

annual budget to the administration of criminal justice as defined by the Department of Justice

Regulations on Criminal Justice Information Systems (28 C.F.R., Part 20, Subpart A). In

addition, it had demonstrated to the FBI that it met all training requirements established by state

law or ordinance for law enforcement officers. The ORI, as all ORIs, was to be used for criminal

justice purposes only. CJIS retired that ORI on March 19, 2019, and as a result that police

department no longer has access to the NCIC. CJIS has also confirmed that the police

department never used the ORI to submit even a single NCIC query.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March 2019.

Scott A. Rago
Section Chief, Global Law Enforcement Support Section
Operational Programs Branch
Criminal Justice Information Services Division
Federal Bureau of Investigation

2