# Elhady Plaintiffs
# MSJ Exhibit 87

 

**SENSITIVE SECURITY INFORMATION**
**TRANSPORTATION SECURITY ADMINISTRATION**
**OFFICE OF LAW ENFORCEMENT/FEDERAL AIR MARSHAL SERVICE**
**LAW ENFORCEMENT INFORMATION COORDINATION SECTION**
703-563-3279 | TSOCICD@TSA.DHS.GOV

Information Bulletin – Quiet Skies Selectees                    March 15, 2018

*Effective Tuesday, March 13, 2018, OLE/FAMS will initiate Special Mission Coverage (SMC) on flights carrying Quiet Skies Selectees.*

**TSA's Quiet Skies Program**

The purpose of the Quiet Skies Program is to mitigate the threat to commercial aviation posed by unknown or partially known terrorists; and to identify and provide enhanced screening to higher risk travelers before they board aircraft based on analysis of terrorist travel trends, tradecraft and associations.

Through the Quiet Skies Program, TSA's Office of Intelligence and Analysis designates potentially higher risk travelers for enhanced screening and security measures because they engaged in travel fitting intelligence driven, risk-based passenger targeting rules. Quiet Skies rules are triggered when individuals enter the United States from foreign locations.

- TSA OIA currently employs 17 Quiet Skies rules to screen passengers.
- Quiet Skies rules change based on current intelligence.
- Quiet Skies rules target specific travel patterns or affiliations, for example:
    - Rules may target individuals who have spent a certain amount of time in one or more specific countries; or
    - Rules may target individuals whose reservation information includes email addresses or phone numbers associated to watch listed terrorism suspects.
- Quiet Skies Selectees receive enhanced screening at security checkpoints.
- Individuals who meet the requirements for addition to the Quiet Skies list remain on the Quiet Skies list for up to 90 days or 3 encounters, whichever comes first, after entering the United States.
- TSA currently sees 40 – 50 Quiet Skies Selectees on domestic carriers nationwide each day.

**Special Mission Coverage**

Quiet Skies Selectees are different from traditional SMC subjects because they are not under investigation by any agency and are not in the Terrorist Screening Data Base (TSDB). However, SMC operations on Quiet Skies Selectees will be conducted in the same manner, with two exceptions:

1. Briefings to SMC teams will not include traditional "derogatory" information. However, if available, teams will be briefed on which Quiet Skies rules the passenger triggered.
2. SMC AARs on Quiet Skies Selectees will not be shared with partner agencies unless significant derogatory information is documented by the FAM team.

Requirements for submission of the SMC AAR for Quiet Skies Selectees remain the same.

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know," as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.