**DEFENDANTS' ADDITIONAL EXHIBITS**

| Exhibit No. | Exhibit Title |
|---|---|
| DEX69 | Defendants' Motion for Reconsideration, *Ibrahim v. DHS*, No 14-16161 (9th Cir.), Dkt. No. 105 |
| DEX70 | Ahmad Ibrahim Halabi Travel Documents |
| DEX71 | Supplemental Declaration of Deborah O. Moore, dated March 29, 2019 |