# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **4/4/2019**  
Time: **10:08 - 11:56**

Judge: **Trenga/AJT**  
Reporter: **R. Montgomery**

Civil Action Number: **1:16-cv-375**

# ELHADY ET AL

# V.

# PIEHOTA ET AL

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Gadeir Abbas** | **Amy Powell** |
| **Carolyn Holmer** | **Dena Roth** |
| **Justin Sadowsky** | **Antonia Konkoly** |
| **Lena Masri** | **Christopher Healy** |
| | **Lauren Wetzler** |

Motion to/for:  
Motion for Summary Judgement [298] by deft.  
Motion for Summary Judgement [303] by pltf.

Argued and  
(  ) Granted          (  ) Denied       (  ) Granted in part/Denied in part  
(**X**) Taken Under Advisement        (  ) Continued to

(**X**) Order to Follow