IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANAS ELHADY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| CHARLES H. KABLE, *et al.*, ) | Civil Action No. 1:16-cv-375 (AJT/JFA) |
| *Director of the Terrorist Screening Center,* ) | |
| *in his official capacity* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

The Plaintiffs brought this suit challenging their inclusion in the Terrorist Screening Database, and by Memorandum Opinion and Order dated September 4, 2019, the Court granted Plaintiffs' motion for summary judgment as to their remaining claims. [Doc. No. 323]. On September 10, 2019, movant David Andrew Christenson, proceeding *pro se*, filed a Motion for Leave to File Motion to Intervene [Doc. 325-1] (the "Motion"), in which he seeks to intervene in this matter to, *inter alia*, complain of "criminal conduct of the National Media." The movant has also filed two additional documents on September 13, 2019 [Doc. No. 326] and September 16, 2019 [Doc. No. 327], in which he does not appear to seek any additional relief.

Under Federal Rule of Civil Procedure 24(a), the Court must permit intervention upon timely motion to anyone who "is given an unconditional right to intervene by a federal statute" or to anyone who "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Under Fed. R. Civ. P. 24(b), this Court may permit intervention upon timely motion to anyone who "is given a conditional right to intervene by a federal statute" or to anyone

who "has a claim or defense that shares with the main action a common question of law or fact." Upon consideration of the Motion, the Court concludes that it is not timely, and the movant has not demonstrated sufficient grounds to intervene in this matter pursuant to either Fed. R. Civ. P. 24(a) or (b). Accordingly, it is hereby

ORDERED that *pro se* movant David Andrew Christenson's Motion for Leave to File Motion to Intervene [Doc. No. 325-1] be, and the same hereby is, DENIED; and it is further

ORDERED that since movant is not a party to these proceedings, no additional submissions from the movant shall be docketed in this case; and it is further

ORDERED that the movant's September 13, 2019 [Doc. No. 326] and September 16, 2019 [Doc. No. 327] submissions shall be removed from the docket.

The Clerk is directed to forward a copy of this Order to all counsel of record and to *pro se* movant David Andrew Christenson.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 17, 2019