**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANAS ELHADY, *et al.*, ) | |
| ) | Case No. 16-cv-00375 |
| Plaintiffs, ) | Hon. Anthony J. Trenga |
| ) | |
| v. ) | |
| ) | |
| CHARLES H. KABLE, Director of the ) | |
| Terrorist Screening Center; in his official ) | |
| capacity, *et al.*; ) | |
| ) | |
| Defendants. ) | |

### **[PROPOSED] ORDER**

In consideration of the Joint Motion for an Extension of Time, and for good cause shown, it is hereby

ORDERED that the deadlines for supplemental briefing are extended such that the supplemental remedy briefs are due on or before October 25, 2019, and the reply briefs are due on or before November 22, 2019.

Dated: _____                            _____