IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANAS ELHADY *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:16-cv-375 (AJT/JFA) |
| CHARLES H. KABLE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Defendants' Consent Motion to Continue December 18, 2019 Hearing [Doc. No. 336], it is hereby

ORDERED that Defendants' Consent Motion to Continue December 18, 2019 Hearing [Doc. No. 336] be, and the same hereby is, GRANTED, and the hearing currently scheduled for December 18, 2019 at 10:00 a.m. will be continued to a date to be scheduled by the Court as necessary; and it is further

ORDERED that the Court takes the parties' supplemental briefing as to remedies under advisement and will schedule a hearing to the extent the Court finds it necessary.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 16, 2019

1