IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Anas ELHADY, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:16-cv-375 (AJT/JFA) |
| CHARLES H. KABLE, et al., ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO PARTIALLY VACATE THE COURT'S
DECEMBER 18, 2019 ORDER IN LIGHT OF TEN-DAY DEADLINE**

Defendants respectfully move the Court to vacate, in part, its Order of December 18, 2019. Specifically, Defendants request that the Court vacate, without prejudice, its certification of a portion of its order under 28 U.S.C. § 1292(b), which provides that the Court of Appeals may permit an appeal "if application is made to it within ten days after the entry of the order." The reasons supporting this motion are stated in the accompanying memorandum.

Defendants' counsel has conferred with Plaintiffs' counsel, who opposes this motion and intends to file a response.

A proposed order is attached hereto.

Dated: December 20, 2019                    Respectfully submitted,

                                            G. ZACHARY TERWILLIGER
                                            United States Attorney

                                            JOSEPH H. HUNT
                                            Assistant Attorney General
                                            Civil Division

                                            ANTHONY J. COPPOLINO
                                            Deputy Director
                                            Federal Programs Branch

1

AMY POWELL
DENA M. ROTH
ANTONIA KONKOLY
CHRISTOPHER HEALY
Trial Attorneys, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W. Rm 11204
Washington, DC 20530
Tel: (202) 514-2395
amy.powell@usdoj.gov
dena.m.roth@usdoj.gov
antonia.konkoly@usdoj.gov
christopher.healy@usdoj.gov

*/s/ Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.,
Alexandria, VA. 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov