IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Anas ELHADY, et al., | ) |
|     Plaintiffs, | ) |
| v. | ) Case No. 1:16-cv-375 (AJT/JFA) |
| CHARLES H. KABLE, et al., | ) |
|     Defendants. | ) |

**CONSENT NOTICE OF WAIVER OF HEARING**

Please take notice, that pursuant to Local Rule 7(E), Defendants waive oral argument in connection with their Motion to Partially Vacate the Court's December 18, 2019 Order. Plaintiffs have consented to waive the hearing.

Dated: December 20, 2019

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

AMY POWELL
DENA M. ROTH
ANTONIA KONKOLY
CHRISTOPHER HEALY
Trial Attorneys, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W. Rm 11204

1

Washington, DC 20530
Tel: (202) 514-2395
amy.powell@usdoj.gov
dena.m.roth@usdoj.gov
antonia.konkoly@usdoj.gov
christopher.healy@usdoj.gov

/s/ *Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.,
Alexandria, VA. 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov