**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **ANAS ELHADY,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CHARLES H. KABLE,** Director of the )<br>Terrorist Screening Center; in his official )<br>capacity, *et al.;* )<br>)<br>Defendants. ) | **Case No. 16-cv-00375**<br>**Hon. Anthony J. Trenga** |

## RESPONSE TO DEFENDANTS' MOTION TO PARTIALLY VACATE THE COURT'S DECEMBER 18TH ORDER

Plaintiffs, by and through the undersigned counsel, hereby file their response to Defendants' Motion to Partially Vacate the Court's December 18th Order. That Order, which certified for interlocutory appeal the Court's "declaratory judgment and declaration of rights," has substantial and complex strategic implications for the remainder of this novel legal matter, implications that Plaintiffs' legal team continues to study and debate internally. When counsel for Defendants met and conferred with Plaintiffs' counsel on December 20, 2019 to discuss their Motion to Partially Vacate, Plaintiffs' counsel indicated that their position may evolve upon further deliberation. Defendants did accurately reflect Plaintiffs' position at the time of filing, but Plaintiffs file this response to revise their position.

Plaintiffs now concur with Defendants' motion to partially vacate the Court's Final Order certifying for interlocutory appeal the Court's declaration of rights pursuant to 28 U.S.C. § 1292(b). While counsel for Plaintiffs' continue to assess the Court's December 18th Order, it appears that substantial issues will remain pending before this Court—including

matters related to the scope of injunctive and declaratory relief granted. Some of those matters are likely to evolve substantially subsequent to the 10-day window for the interlocutory appeal which, Plaintiffs suggest, is good cause to provide additional time for the legal issues to resolve prior to setting the case up for an appeal by one or both sides.

        Respectfully submitted,

        COUNCIL ON AMERICAN-ISLAMIC RELATIONS

        BY:    /s/ Lena F. Masri
        LENA F. MASRI (DC 1000019)
        GADEIR I. ABBAS (VA 81161)*
        JUSTIN SADOWSKY (VA 73382)
        *Attorneys for Plaintiffs*
        453 New Jersey Ave, SE
        Washington, DC 20003
        Phone: (202) 742-6420

        *\* Licensed in VA, not in D.C. Practice limited to federal matters*

        AKEEL & VALENTINE, PLLC

        BY:    /s/ Shereef Akeel
        SHEREEF H. AKEEL (P54345)
        *Attorney for Plaintiffs*
        888 W. Big Beaver Rd., Ste. 910
        Troy, MI 48084
        Phone: (248) 269-9595
        shereef@akeelvalentine.com

Dated: December 26, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2018, I electronically filed the foregoing by using the Court's ECF system. I further certify that all participants in the case are registered ECF users and will be electronically served by the Court's ECF notification system.

Respectfully submitted,

COUNCIL ON AMERICAN-ISLAMIC RELATIONS

BY:     /s/ Gadeir Abbas
LENA F. MASRI (P73461)
GADEIR I. ABBAS (VA: 81161)
*Attorneys for Plaintiff*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420

*Gadeir Abbas is licensed in VA, not in D.C. Practice limited to federal matters.*

AKEEL & VALENTINE, PLLC

BY:     /s/ Shereef Akeel
SHEREEF H. AKEEL (P54345)
*Attorney for Plaintiffs*
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
shereef@akeelvalentine.com

Dated: December 26, 2019