IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Anas ELHADY, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:16-cv-375 (AJT/JFA) |
| CHARLES H. KABLE, et al., ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that all defendants in the above named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the following orders entered in this action: Order, dated Dec. 18, 2019 (ECF No. 341); Judgment, dated Dec. 19, 2019 (ECF No. 342); Order, dated Dec. 27, 2019 (ECF No. 348). This appeal includes all prior orders and decisions that merge into these orders.

Dated: January 31, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

AMY POWELL
DENA M. ROTH
ANTONIA KONKOLY
CHRISTOPHER HEALY
Trial Attorneys, Federal Programs Branch
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW, Room 7324
Washington, DC 20530
Tel: (202) 514-2395
amy.powell@usdoj.gov
dena.m.roth@usdoj.gov
antonia.konkoly@usdoj.gov
christopher.healy@usdoj.gov

/s/ *Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.,
Alexandria, VA. 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov