IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Anas ELHADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-375 (AJT/JFA) |
| ) | |
| CHARLES H. KABLE, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO RE-CERTIFY THE COURT'S DISPOSITION OF COUNTS I AND III FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C § 1292(b)**

Defendants hereby move to Re-Certify the Court's Disposition of Counts I and III for Interlocutory Appeal Under 28 U.S.C. § 1292(b). The reasons for granting the motion are elaborated in the accompanying memorandum of law. Government counsel has conferred with Plaintiffs' counsel, who indicated that Plaintiffs oppose this motion.

Dated: January 31, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

AMY POWELL
DENA M. ROTH
ANTONIA KONKOLY
CHRISTOPHER HEALY
Trial Attorneys, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch

1

                                        1100 L Street, N.W. Rm 11204
                                        Washington, DC 20530
                                        Tel: (202) 514-2395
                                        amy.powell@usdoj.gov
                                        dena.m.roth@usdoj.gov
                                        antonia.konkoly@usdoj.gov
                                        christopher.healy@usdoj.gov

                                        */s/ Lauren A. Wetzler*
                                        LAUREN A. WETZLER
                                        Chief, Civil Division
                                        Assistant United States Attorney
                                        2100 Jamieson Ave.,
                                        Alexandria, VA. 22314
                                        Tel: (703) 299-3752
                                        Fax: (703) 299-3983
                                        Lauren.Wetzler@usdoj.gov