FILED: February 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1119
(1:16-cv-00375-AJT-JFA)

_____

ANAS ELHADY; OSAMA HUSSEIN AHMED; AHMAD IBRAHIM AL HALABI; MICHAEL EDMUND COLEMAN; MURAT FRLJUCKIE; ADNAN KHALIL SHAOUT; WAEL HAKMEH; SALEEM ALI; SAMIR ANWAR; JOHN DOE, No. 2; JOHN DOE, No. 3; SHAHIR ANWAR; BABY DOE, 2; YASEEN KADURA; HASSAN SHIBLY; AUSAMA ELHUZAYEL; DONALD THOMAS; IBRAHIM AWAD; MUHAMMAD YAHYA KHAN; HASSAN FARES; ZUHAIR EL-SHWEHDI; JOHN DOE, No. 4; MARK AMRI

        Plaintiffs - Appellees

v.

CHARLES H. KABLE, Director of the Terrorist Screening Center, in his official capacity; KELLI ANN BURRIESCI, Principal Deputy Director of the Terrorist Screening Center in her official capacity; TIMOTHY P. GROH, Deputy Director for Operations at the Terrorist Screening Center in his official capacity; DEBORAH MOORE, Director of Department of Homeland Security Traveler Redress Inquiry Program in her official capacity; NICHOLAS J. RASMUSSEN, Director of the National Counterterrorism Center in his official capacity; DAVID PEKOSKE, Administrator of the Transportation Security Administration in his official capacity; CHRISTOPHER WRAY, Director of the Federal Bureau of Investigation in his official capacity; KEVIN K. MCALEENAN, Acting Commissioner of United States Customs and Border Protection in his official capacity

        Defendants - Appellants

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:16-cv-00375-AJT-JFA |
| Date notice of appeal filed in originating court: | 01/31/2020 |
| Appellant(s) | Charles H. Kable, et al |
| Appellate Case Number | 20-1119 |
| Case Manager | Michael Radday<br>804-916-2702 |