FILED:  March 17, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1311
(1:16-cv-00375-AJT-JFA)

_____

ANAS ELHADY; OSAMA HUSSEIN AHMED; AHMAD IBRAHIM AL
HALABI; MICHAEL EDMUND COLEMAN; MURAT FRLJUCKIE; ADNAN
KHALIL SHAOUT; WAEL HAKMEH; SALEEM ALI; SAMIR ANWAR;
JOHN DOE, No. 2; JOHN DOE, No. 3; SHAHIR ANWAR; BABY DOE, 2;
YASEEN KADURA; HASSAN SHIBLY; AUSAMA ELHUZAYEL; DONALD
THOMAS; IBRAHIM AWAD; MUHAMMAD YAHYA KHAN; HASSAN
FARES; ZUHAIR EL-SHWEHDI; JOHN DOE, No. 4; MARK AMRI

            Plaintiffs - Appellees

v.

CHARLES H. KABLE, IV, Director of the Terrorist Screening Center, in his
official capacity; KELLI ANN BURRIESCI, Principal Deputy Director of the
Terrorist Screening Center in her official capacity; TIMOTHY P. GROH, Deputy
Director for Operations at the Terrorist Screening Center in his official capacity;
DEBORAH MOORE, Director of Department of Homeland Security Traveler
Redress Inquiry Program in her official capacity; NICHOLAS J. RASMUSSEN,
Director of the National Counterterrorism Center in his official capacity; DAVID
P. PEKOSKE, Administrator of the Transportation Security Administration in his
official capacity; CHRISTOPHER ASHER WRAY, Director of the Federal
Bureau of Investigation in his official capacity; KEVIN K. MCALEENAN, Acting
Commissioner of United States Customs and Border Protection in his official
capacity

            Defendants - Appellants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:16-cv-00375-AJT-JFA |
| Date notice of appeal filed in originating court: | 03/17/2020 (Rule 5 Petition granted by 4CCA in 20-154) |
| Appellant(s) | CHARLES H. KABLE, IV, et al |
| Appellate Case Number | 20-1311 |
| Case Manager | Michael Radday 804-916-2702 |