# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **5/31/2022**  Judge: **Trenga/(IDD)**
Time: **10:01 - 10:42**  Reporter: **R. Stonestreet**

Civil Action Number: **1:16-cv-375**

**ELHADY, ET AL**

V.

**PIEHOTA, ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Justin Sadowsky** | **Christopher Healy** |
| | **Lauren Wetzler** |

Motion to/for:
[391] Objection to [387] Order on Motion to Amend/Correct by deft. - overruled
[394] Motion to Dismiss *Second Amended Complaint* by deft. - granted

(**X**) Order to Follow