IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANAS ELHADY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-375 (AJT/JFA) |
| ) | |
| CHRIS MAGNUS, Commissioner, U.S. ) | |
| Customs and Border Protection, *in his* ) | |
| *official capacity only*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint [Doc. No. 394] and Defendants' Objections to the Magistrate Judge's Pretrial Order Allowing Plaintiffs Leave to Amend Their Complaint [Doc. No. 391]. Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the arguments of counsel at the hearing held on May 31, 2022, and for the reasons stated in open court, it is hereby

ORDERED that Defendants' Objections to the Magistrate Judge's Pretrial Order Allowing Plaintiffs Leave to Amend Their Complaint [Doc. No. 391] are OVERRULED and the Magistrate Judge's Order [Doc. No. 387] is AFFIRMED; it is further

ORDERED that Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint [Doc. No. 394] is GRANTED and this action is DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record.

May 31, 2022
Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge

1